**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **v.** | : | |
| | : | **NO. 1:07-CR-231-CC** |
| **ERIN RIGGINS** | : | |

**GOVERNMENT'S MOTION FOR A DOWNWARD**
**DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE**

Comes now the United States of America, by and through counsel, Sally Quillian Yates, United States Attorney, Randy S. Chartash and Lawrence R. Sommerfeld, Assistant United States Attorneys, and hereby files this motion pursuant to USSG § 5K1.1 and Title 18, United States Code, Section 3553(e) for a downward departure based on substantial assistance to the Government, and respectfully shows as follows:

1.

Defendant Erin Riggins pled guilty to Count One of the Criminal Information in this case, which charged the defendant with conspiring to defraud the United States by distributing Schedule III and IV Controlled Substances and the laundering of funds derived from the distribution of controlled substances in violation of Title 18, United

States Code, Section 371.  According to the Pre-Sentence Report, defendant's final offense guideline range is 21, with a custody guideline range of 41-51  months.[1]

2.

Although defendant Riggins pleaded guilty to a Criminal Information charging him alone, he was part of a larger illegal internet pharmacy conspiracy.  Defendant Riggins was the first person in the larger conspiracy to plead guilty.  As a result of his plea, two other defendants, the other owners and operators of the business, Christopher Stoufflet and Troy Sobert, pleaded guilty.  Defendant Riggins also provided the government valuable Rule 404(b) information related to defendant Christopher Stoufflet's illegal drug distribution scheme and drug use.  Although defendant Riggins was not called on to testify in the trial of co-conspirators, he was prepared to so.

3.

Due to the foregoing, the Government respectfully requests that the Court depart downward pursuant to USSG § 5K1.1 and Title 18, United States Code, Section 3553(e) .  In addition to the parties joint objection as to role, the Government

---

[1]The Presentence Report recommends a four-level enhancement for role.  The parties jointly objected to the four-level enhancement and believe that a three-level enhancement for role is appropriate.  Thus, before consideration of the Government's Motion for Downward Departure, if this Court sustains this objection, the defendant's final offense level would be a 21, with a custody range of 37-46.

recommends that the Court depart downward three (3) offense levels, and impose a

sentence at the low end of the offense guideline range of 18, a sentence of 27 months.

WHEREFORE, the Government respectfully makes and files this motion for

a downward departure, and requests that the Court depart downward three offense

levels, and impose a sentence at the low end of the applicable guideline range.

Respectfully submitted, this 15th day of September, 2010.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

/s/
RANDY S. CHARTASH
ASSISTANT UNITED STATES ATTORNEY
600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30335
(404) 581-6009
(404) 581-6171 fax
Georgia Bar No. 121760

/s/
LAWRENCE R. SOMMERFELD
ASSISTANT UNITED STATES ATTORNEY
400 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30335
(404) 581-6407
(404) 581-6171 fax
Georgia Bar No. 249953

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy

of the foregoing document by electronically filing with the Clerk of Court using the

CM/ECF system which will automatically send notification via email said copy to:

Craig Gillen, Esq

This 16th day of September, 2010.

                        /s/
                        RANDY S. CHARTASH
                        ASSISTANT  UNITED STATES  ATTORNEY