IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,　）
　　　　　　　　　　　　　　　）　CRIMINAL INFORMATION
v.　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　）　NO. 1:07-CR-231-CC
ERIN RIGGINS,　　　　　　　　）
　　　　　　　　　　　　　　　）
　　Defendant.　　　　　　　　）

## AMENDED MOTION FOR DOWNWARD VARIANCE IN SENTENCE AND SENTENCING MEMORANDUM

COMES NOW, Erin Riggins, Defendant herein, by and through the undersigned counsel, and respectfully files this, his Amended Motion for Downward Variance in Sentence and Sentencing Memorandum[1], and hereby shows this honorable Court as follows:

## I. INTRODUCTION AND GROUNDS FOR REQUESTED SENTENCE

Defendant Erin Riggins now submits himself to this Court to be sentenced, fully acknowledging his guilt of the offense to which he voluntarily pled guilty. In sentencing

---

[1] Mr. Riggins initially filed a Motion for Downward Variance in Sentence and Sentencing Memorandum (hereinafter "initial Motion and Memorandum") on September 13, 2010. However, the initial Motion and Memorandum erroneously stated that Mr. Riggins had testified before the grand jury. This is not the case, although, upon information and belief, evidence provided by Mr. Riggins was presented to the grand jury. Furthermore, upon review of Mr. Riggins' Plea Agreement, it appears that Mr. Riggins agreed not to move for a downward departure. Mr. Riggins accordingly withdraws his request for a downward departure in this matter, but maintains his request for a variance pursuant to 18 U.S.C. § 3553(a) and *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738 (2005), and a sentence of probation or home confinement.

1

Mr. Riggins, several critical facts should guide the Court's determination of a reasonable sentence, sufficient, but not greater than necessary, to account for the purposes in 18 U.S.C. § 3553(a), pursuant to the wide discretion conferred on the Court in the wake of *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738 (2005). First, that Mr. Riggins was a minority partner in escripts.com whose duties were limited to managing Escripts' call center. Second, five physician co-defendants in this case have, with the Government's consent, received sentences of *probation* despite evidence that the physicians approved *hundreds* of prescriptions *in the matter of an hour or so* for patients whom they never saw. All but one of the physician co-conspirators are still licensed physicians today. Third, Mr. Riggins was the least culpable of the alleged organizer defendants and was the first defendant to come forward and cooperate with the Government, which subsequently prompted Troy Sobert to also cooperate with the Government. The Government has filed a motion for downward departure as a result of Mr. Riggins' substantial cooperation under U.S.S.G. § 5K1.1. The Government has always represented to Mr. Riggins and his counsel that Mr. Riggins was the least culpable between Stoufflet, Sobert and himself. Fourth, Mr. Riggins possesses exceptional responsibilities for a family member.[2] With these facts in mind, Mr. Riggins respectfully requests that this Court impose a sentence of probation or home confinement.

---

[2] Given the private nature of the circumstances relating to Mr. Riggins' family member, information relating to this individual will be submitted to the Court and the Government separately.

2

## A. Mr. Riggins' True "Role in the Offense"

In 2001, Christopher Stoufflet started an online or internet business called lifespanlongevity.com for the purpose of selling testosterone and human growth hormone via the internet. Presentence Investigation Report ("Presentence Report"), ¶ 12. Stoufflet and Troy Sobert were partners in lifespanlongevity.com ("Lifespan").

Mr. Riggins did not start Lifespan or escripts.com ("Escripts"), but became a partner of escripts.com ("Escripts") years later, only after a Federal Drug Administration ("FDA") agent reviewed Escripts' books and interviewed its employees. Stoufflet told Mr. Riggins that the Government had approved of Escripts' business model. He offered Mr. Riggins a minority ownership in the business.

Mr. Riggins' duties were limited to managing Escripts' call center. He was neither a physician nor a pharmacist. Mr. Riggins was not involved in the recruitment of physicians for the scheme, or in the marketing or selling human growth hormone.

## B. Sentencing Treatment of the Physician Co-Conspirators

The online or internet pharmacy model was developed in the early 2000s. The model depended on two licensed professionals to function—physicians and pharmacists.

The Presentence Report acknowledges that Stoufflet's, Sobert's and Mr. Riggins' business "employed at least fourteen physicians…" Presentence Report, ¶ 14. As the Government alleges in Mr. Riggins' Criminal Information:

16. It was further part of the conspiracy that coconspirators VLADIMIR ANDRIES, M.D., THU ANH HOANG, M.D., STEVEN DANIEL HOLLIS, M.D.,

AHSAN U. RASHID, M.D., and ANDRE D. SMITH, M.D., were physicians who authorized the distribution and dispensing of controlled substances, including Phentermine, Meridia, Bontril, and Adipex, to Internet customers. Co-conspirators VLADIMIR ANDRIES, M.D., THU ANH HOANG, M.D., STEVEN DANIEL HOLLIS, M.D., AHSAN U . RASHID, M.D., and ANDRE D. SMITH, M.D., had no face-to-face contact with these customers. The controlled substances were distributed and dispensed for other than a legitimate medical purpose and not in the usual course of professional practice.

Docket # 1, at ¶¶ 15, 16. Furthermore, as the Presentence Report states:

The physicians were expected to review [a customer's request for controlled substances] and make a medical determination regarding the validity of the request and, if legitimate, approve the prescription… The physicians' overall approval rate for prescription requests rarely (if ever) fell below 95% and remained consistently at or above 97%. During peak hours, the physicians were approving several hundred prescriptions.

Presentence Report, at ¶ 27. Upon information and belief, the physician co-conspirators were tried before a jury, however the jury could not reach a verdict. The Government proceeded to enter lenient plea and sentencing agreements with the physicians.

Mr. Riggins' Presentence Report expressly states that, from April 2002 through November 2003, Dr. Andre B. Smith "authorized his name to appear as the prescribing physician on *at least 124,941 prescriptions including Schedule III substances and Schedule IV substances.*" Presentence Report, ¶ 22 (emphasis added). The Government charged Dr. Smith in the action of *United States v. Smith*, Case # 1:08-cr-00337-CC (N.D.Ga. 2008), in a Criminal Information, Case # 1:08-cr-00337-CC, Docket # 1, with *one* count of causing prescription drugs that had been shipped in interstate commerce to become misbranded, in violation of 21 U.S.C. §§ 331(a), (a)(1) and (b)(1), and 18 U.S.C.

§ 2. 21 U.S.C. § 333 expressly provides that "[a]ny person who violates a provision of section 331… shall be imprisoned for not more than one year or fined not more than $1,000, or both." 21 U.S.C. § 333(a)(1).

On November 17, 2008, this Court entered a Judgment in a Criminal Case, Case # 1:08-cr-00337-CC, Docket # 6, finding Dr. Smith guilty of one count of distribution of misbranded prescription drugs, in violation of §§ 331(a), (a)(1) and (b)(1), and sentencing Dr. Smith to *three years' probation*, with a $25.00 special assessment and 150 hours of community service. On November 20, 2008, this Court entered an Order Amending Judgment, Case # 1:08-cr-00337-CC, Docket # 7, ordering Dr. Smith to participate in the "Home Confinement Detention Program for a period of 365 days…" Case # 1:08-cr-00337-CC, Docket # 7, p. 1. Dr. Smith is still listed as an actively licensed medical doctor by the Michigan Department of Community Health ("MDCH"), as shown by information from MDCH's website, attached hereto as Exhibit A.

Similarly, the Presentence Report acknowledges that, from August 2001 to August 2002, Dr. Steven D. Hollis "authorized his name to appear as the prescribing physician on at least 81,860 prescriptions including Schedule III substances and Schedule IV substances." Presentence Report, ¶ 20. On August 22, 2008, Dr. Hollis was also charged with one count of distribution of misbranded prescription drugs in violation §§ 331(a), (a)(1) and (b)(1) in *United States v. Hollis*, Case # 1:08-cr-00327-CC-1 (N.D.Ga. 2008), in a Criminal Information, Case # 1:08-cr-00327-CC, Docket # 1. On November 17,

2008, this Court entered a Judgment in a Criminal Case, Case # 1:08-cr-00327-CC, Docket # 8, sentencing Dr. Hollis to three years' probation. On November 20, 2008, this Court entered an Order Amending Judgment, Case # 1:08-cr-00327-CC, Docket # 7, ordering Dr. Hollis to participate in the "Home Confinement Detention Program" for one year.

The other physician co-conspirators, Dr. Vladimir Andries, Dr. Ahsan U. Rashid and Dr. Thu Anh Hoang are alleged by the Presentence Report to have authorized their names to 50,641, 38,558 and 32,300 prescriptions of controlled substances respectively. Presentence Report, ¶¶ 18, 19, 21. The physicians were charged by criminal information in the actions of *United States v. Andries*, Case # 1:08-cr-00096-CC (N.D.Ga. 2008), *United States v. Rashid*, Case # 1:08-cr-00336-CC (N.D.Ga. 2008), and *United States v. Hoang*, 1:08-cr-00094-CC (N.D.Ga. 2008) with distribution of misbranded prescription drugs. Dr. Andries was sentenced to three years' probation, with a $25.00 special assessment and 100 hours of community service, as shown by the Judgment in a Criminal Case, Case # 1:08-cr-00096-CC, Docket # 11. Dr. Rashid was sentenced to three years' probation, which was subsequently amended to one year home confinement, as shown by the Judgment in a Criminal Case, Case # 1:08-cr-00336-CC, Docket # 7, and an Order Amending Judgment, Case # 1:08-cr-00336-CC, Docket # 8. Dr. Hoang was sentenced to three years' probation, as shown by the Judgment in a Criminal Case, Case # 1:08-cr-00094-CC, Docket # 12. Drs. Andries, Rashid and Hoang are all listed as currently

licensed physicians in New York, California and Texas respectively, as demonstrated by the licensure information attached at Exhibit A.

## C. <u>Mr. Riggins' Assistance to the Government</u>

Prior to its Indictment, the Government entered into discussions with Stoufflet, Sobert and Mr. Riggins to resolve the case. The discussions broke down. However, Mr. Riggins wanted to assist the Government and give a proffer regarding Escripts', Stoufflet's, Sobert's and his own activities. Mr. Riggins furthermore did so over his counsel's written concerns regarding the terms of the proffer immunity by the Government.

Mr. Riggins' cooperation was the impetus for Sobert's subsequent cooperation with the Government. Furthermore, Mr. Riggins was required to pay $243,100 in restitution pursuant to his Plea Agreement. He paid restitution in full almost immediately upon entering into the Plea Agreement.

The Government has filed a motion for departure based upon substantial assistance pursuant to U.S.S.G. § 5K1.1.

## D. <u>Mr. Riggins' Recommended Sentence and Requested Sentence</u>

In contrast to the leniency and non-imprisonment sentences imposed in the cases of the co-conspirator physicians, the Presentence Investigation Report ("Presentence Report") calculates Mr. Riggins' base offense level under U.S.S.G. § 2X1.1 as 20. Presentence Report, ¶ 38. The Presentence Report proceeds to increase Mr. Riggins' offense level by one level for alleged conviction under 18 U.S.C. § 1957, pursuant to

U.S.S.G. § 2S1.1(b)(2)(A); and four levels for an aggravating role in the offense, pursuant to U.S.S.G. § 3B1.1(a). *Id*., ¶¶ 40, 42. It then reduces his offense level by three levels for acceptance of responsibility, pursuant to U.S.S.G. §§ 3E1.1(a), (b)(2), yielding a total offense level of 22. *Id*., ¶¶ 45, 46. The Presentence Report assigns Mr. Riggins a criminal history category of I. *Id*., ¶ 50. It recommends an advisory custody Guideline range of 46 to 57 months. *Id*., p. 24.

Irrespective of this recommended sentence, on the strength of Mr. Riggins' lack of culpability relative to the other organizer defendants, the lenient and favorable sentencing treatment given to physician co-defendants, and Mr. Riggins' assistance to the Government, this Court possesses abundant discretion and grounds to impose a sentence of probation on Mr. Riggins.

## II. <u>ARGUMENT AND CITATION OF AUTHORITIES</u>

### A. <u>A Probationary Sentence or Sentence of Home Confinement Is Authorized</u>

Pursuant to *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738 (2005), under the advisory Sentencing Guidelines, a sentencing court must consider the Guidelines, but must also consider the policies set forth in 18 U.S.C. § 3553(a), *id*., at 245-46 (internal citations omitted) (citing 18 U.S.C. § 3553(a)). *Booker* expressly held that a sentencing court may "sentence[ ] *within or outside the Guidelines range* in the exercise of his discretionary power under [18 U.S.C.] § 3553(a)…" *Id*. at 260 (emphasis added). § 3553(a) states that a "court shall impose a sentence sufficient, but not greater than

necessary, to comply with the purposes set forth in paragraph (2) of this subsection." 18 U.S.C. § 3553(a).

Following *Booker*, the Eleventh Circuit Court of Appeals has expressly held that "district courts are obligated to impose a reasonable sentence, regardless of the Guidelines range, so long as the Guidelines have been considered." *United States v. Hunt*, 459 F.3d 1180, 1184 (11th Cir. 2006). "The weight to be accorded any given § 3553(a) factor is a matter committed to the sound discretion of the district court." *United States v. Williams*, 456 F.3d 1353, 1363 (11th Cir. 2006). And "[a]fter the district court has accurately calculated the Guideline range, it 'may impose a more severe or more lenient sentence'…" *United States v. Winingear*, 422 F.3d 1241, 1244-45 (11th Cir. 2005) (quoting *United States v. Crawford*, 407 F.3d 1174, 1179 (11th Cir. 2005); citing *Booker*, 543 U.S. at 220). This Court therefore possesses discretion to vary downward from the recommended sentencing range in sentencing Mr. Riggins.

This Court also possesses authority to impose a sentence of probation or home confinement in Mr. Riggins' case. This is clear from *Gall v. United States*, 552 U.S. 38, 128 S.Ct. 586 (2007), in which the United States Supreme Court affirmed as reasonable a downward variance and sentence of 36 months probation for a former ecstasy distributor and drug user who netted $30,000 from his sales and whose recommended Guidelines range was 30 to 37 months, *id*., at 59. "[While] custodial sentences are qualitatively more severe than probationary sentences of equivalent terms. Offenders on probation are

9

nonetheless subject to several standard conditions that substantially restrict their liberty." *Id.*, at 48 (quoting *United States v. Knights*, 534 U.S. 112, 119, 122 S.Ct. 587 (2001); quoting *Griffin v. Wisconsin*, 483 U.S. 868, 874, 107 S.Ct. 3164 (1987)). Similarly, the Court of Appeals has also affirmed probationary sentences as reasonable. *See United States v. Jordan*, 582 F.3d 1239, 1251-52 (11th Cir. 2009) (*per curiam*) (upholding as reasonable sentences of 6 months' probation imposed on defendants convicted of gaining unlawful access to criminal records, whose recommended sentencing ranges were 27 to 33 months); *United States v. Anderson*, 267 Fed.Appx. 847, 850 (11th Cir. 2008) (*per curiam*) (unpublished) (affirming a downward variance from a sentencing range of 18 to 24 months to a sentence of 3 years probation for defendant who pled guilty to insider trading); *United States v. Deffes*, 874 F.2d 1501, 1501 (11th Cir. 1989) (*per curiam*) (affirming suspended sentences and consecutive sentences of 5 years' probation for defendant who pled guilty to bank fraud and possession of a firearm by a previously convicted felon).

**B.** **The Unwarranted Sentencing Disparities Between Mr. Riggins and His Co-Conspirators Warrant a Downward Variance and a Probationary Sentence or Sentence of Home Confinement**

18 U.S.C. § 3553 provides, in relevant part:

(a) Factors to be considered in imposing a sentence.—The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider…
(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct…

10

18 U.S.C. § 3553(a).

The lenient, non-incarceration sentences of probation and home confinement given to the physician co-conspirators in this case are unusual for physicians involved in online or internet pharmacy prosecutions. **The average sentence imposed on physicians in online pharmacy cases which the defense has been able to locate is approximately 25 months—two years'—incarceration.** Similar cases which Mr. Riggins counsel has been able to locate, and the outcome of these cases are set forth below. The information is based on counsel's research, as well as the Drug Enforcement Administration's publication "Cases Against Doctors" and the other materials attached as Exhibit B.

| Defendant Physician/<br>Case | Sentence |
|---|---|
| Akhil Bansal, M.D.<br>*United States v. Bansal et al.,* Case # 2:05-cr-00193-PD (E.D.Pa. 2005) | 360 months' imprisonment, 5 years' supervised release |
| Porfirio Orta-Rosario, M.D.<br>*United States v. Orta-Rosario,* Case # 3:07-cr-00154-RJC-DSC (W.D.N.C. 2007) | 60 months' imprisonment, 2 years' supervised release |
| Juan A. Ibanez, M.D.<br>*United States v. Ibanez,* Case # 8:07-cr-00537-EAK-MAP (M.D.Fla. 2007) | 51 months' imprisonment, 3 years' supervised release |
| Ricky J. Nelson, M.D.<br>*United States v. Nelson,* Case # 5:01-cr-00142-R (W.D.Ok. 2001) | 51 months' imprisonment, 2 years' supervised release |
| William F. McArthur, III, M.D.<br>*United States v. McArthur,* Case # 2:07-cr-00062-AAA-JEG (S.D.Ga. 2007) | 46 months' imprisonment, 3 years' supervised release |
| Michael J. Millette, M.D.<br>*United States v. Millette,* Case # 2:06-cr-01033-LRR (N.D.Iowa 2006) | 41 months' imprisonment, 2 years' supervised release |

| | |
|---|---|
| Daniel L. Thompson, M.D. *United States v. Chhabra et al.,* Case # 1:03-cr-00530-LMB (E.D.Va. 2003) | 36 months' imprisonment, 3 years' supervised release |
| Christopher Tobin, M.D. *United States v. LaCour et al.,* Case # 6:08-cr-00118-DDD-DAB (M.D.Fla. 2008) | 36 months' imprisonment, 3 years' supervised release |
| James A. Brinton, M.D. *United States v. Brinton et al.,* Case # 2:08-cr-00671-DAK (D.Utah 2008) | 36 months' imprisonment, 3 years' supervised release |
| Thomas A. Hanny, M.D. *United States v. Hanny,* Case # 2:06-cr-01032-LRR (N.D. Iowa 2006) | 33 months' imprisonment, 2 years' supervised release |
| Wilbur D. Hilst, M.D. *United States v. Hilst et al.,* Case # 6:07-cr-10079-WEB (D.Kan 2007) | 33 months' imprisonment, 1 year supervised release |
| Mario A. Diaz, M.D. *United States v. Diaz,* Case # 2:06-cr-01006-LRR (N.D. Iowa 2006) | 30 months' imprisonment, 2 years' supervised release |
| Akhil Baranwal, M.D. *United States v. LaCour et al.,* Case # 6:08-cr-00118-DDD-DAB (M.D.Fla. 2008) | 27 months' imprisonment, 3 years' supervised release |
| Roselyn J. Rice, M.D. *United States v. Rice,* Case # 2:07-cr-01018-LRR (N.D.Iowa 2007) | 26 months' imprisonment, 2 years' supervised release |
| David M. Baron, M.D. *United States v. Baron,* Case # 0:07-cr-60245-WJZ (S.D.Fla. 2007) | 25 months' imprisonment |
| Robert Ogle, M.D. *United States v. Fuchs et al.,* Case # 3:02-cr-00369-P (N.D.Tex. 2002) | 24 months' imprisonment, 3 years' supervised release |
| Peter C. Lopez, M.D. *United States v. Lopez,* Case # 2:07-cr-01023-LRR (N.D.Iowa 2007) | 22 months' imprisonment, 2 years' supervised release |
| Edward T. Schwab, D.O. *United States v. Schwab,* Case # 2:06-cr-01011-LRR (N.D. Iowa 2006) | 22 months' imprisonment, 2 years' supervised release |
| James E. Pickens, M.D. *United States v. LaCour et al.,* Case # 6:08-cr-00118-DDD-DAB (M.D.Fla. 2008) | 21 months' imprisonment, 3 years' supervised release |

| | |
|---|---|
| Apryl M. McNeil, M.D. *United States v. McNeil,* Case # 2:05-cr-01023-LRR (N.D.Iowa 2005) | 20 months' imprisonment, 2 years' supervised release |
| Absylom K. Nyamekye, M.D. *United States v. Nyamekye,* Case # 2:05-cr-01022-LRR (N.D.Iowa 2005) | 20 months' imprisonment, 2 years' supervised release |
| David L. Hoblit, M.D. *United States v. Hoblit,* Case # 4:09-cr-00180-MAC-ALM (E.D.Tex. 2009) | 18 months' imprisonment, 3 years' supervised release |
| Rene Guerra, M.D. *United States v. Guerra,* Case # 2:06-cr-01036-LRR (N.D.Iowa 2006) | 18 months' imprisonment, 2 years' supervised release |
| Alexis Roman-Torres, M.D. *United States v. Roman-Torres,* Case # 6:09-cr-00018-DDD-DAB (M.D.Fla. 2009) | 18 months' imprisonment, 3 years' supervised release |
| Philip Mach, M.D. *United States v. Mach,* Case # 0:05-cr-00282-MJD-JJG (D.Minn. 2005) | 15 months' imprisonment, 3 years' supervised release |
| Arturo Portales, M.D. *United States v. Chhabra et al.,* Case # 1:03-cr-00530-LMB (E.D.Va. 2003) | 12 months' and 1 day imprisonment, 2 years' supervised release |
| Torino Jennings, M.D. *United States v. Jennings,* Case # 1:09-cr-10160-RGS (D.Mass.) | 12 months' and 1 day imprisonment, 2 years' supervised release |
| Jose Crespin, M.D. *United States v. Crespin,* Case # 1:06-cr-20656-DLG (S.D.Fla. 2006) | 7 months' imprisonment, 2 years' supervised release |
| Jean C. Dominique, M.D. *United States v. Dominique,* Case # 6:06-cr-00058-ACC-KRS (M.D.Fla. 2006) | 5 years' probation |
| Steven Klinman, M.D. *United States v. Bezonsky et al.,* Case # 2:06-cr-00394-RK (E.D.Pa. 2006) | 4 years' probation |
| Kenneth Speak, M.D. *United States v. Fuchs et al.,* Case # 3:02-cr-00369-P (N.D.Tex. 2002) | 4 years' probation |
| Margaret McIntosh-Fulmore, M.D. *United States v. LaCour et al.,* Case # 6:08-cr-00118-DDD-DAB (M.D.Fla. 2008) | 3 years' probation, 12 months' home confinement |
| Abel Lau, M.D. *United States v. LaCour et al.,* Case # 6:08-cr-00118-DDD-DAB (M.D.Fla. 2008) | 3 years' probation, 6 months' home detention |

| | |
|---|---|
| Carlos M. Barrera, M.D.<br>*United States v. Barrera,* Case # 9:05-cr-80196-KLR (S.D. Fla. 2005) | 3 years' probation |
| Marvin J. Brown, M.D.<br>*United States v. Brown*, Case # 1:03-cr-00579-LMB (E.D.Va. 2003) | 3 years' probation |
| **Vladimir Andries, M.D.**<br>***United States v. Andries**, Case # **1:08-cr-00096-CC** (**N.D.Ga. 2008**) | **3 years' probation** |
| **Thu Anh Hoang, M.D.**<br>***United States v. Hoang**, **1:08-cr-00094-CC (N.D.Ga. 2008**) | **3 years' probation** |
| **Steven D. Hollis, M.D.**<br>***United States v. Hollis**, Case # **1:08-cr-00327-CC-1** (**N.D.Ga. 2008**) | **3 years' probation, changed to 1 year home detention** |
| **Ahsan U. Rashid, M.D.**<br>***United States v. Rashid**, Case # **1:08-cr-00336-CC** (**N.D.Ga. 2008**) | **3 years' probation, changed to 1 year home detention** |
| **Andre B. Smith, M.D.**<br>***United States v. Smith**, Case # **1:08-cr-00337-CC** (**N.D.Ga. 2008**) | **3 years' probation, changed to 1 year home detention** |
| Russell Johnson, M.D.<br>*United States v. Chhabra et al.,* Case # 1:03-cr-00530-LMB (E.D.Va. 2003) | 2 years' probation, 6 months' home confinement |
| Laurence Cockerille, M.D.<br>*United States v. Chhabra et al.,* Case # 1:03-cr-00530-LMB (E.D.Va. 2003) | 2 years' probation, 6 months' home confinement |
| Juan O. Gonzalez, M.D.<br>*United States v. Gonzalez*, Case # 2:06-cr-01007-LRR (N.D. Iowa 2006) | 2 years' probation |
| Megaly S. Bethencourt, M.D.<br>*United States v. Bethencourt*, Case # 2:05-cr-01009-LRR (N.D.Iowa 2005) | 2 years' probation |
| Tufan Senler, M.D.<br>*United States v. Senler*, Case # 3:09-cr-00035-JGH (W.D.Ky 2009) | 2 years' probation |

Even eliminating the first, 360 month, sentence, the average is still 16 months of

imprisonment. The foregoing statistics make clear that the physician co-conspirators in

14

this case received sentences far below the typical sentence imposed on physicians in online or internet pharmacy cases. The physician co-conspirators were allowed to plead to one or two counts misbranding pursuant § 331—a misdemeanor. These physicians authorized *tens of thousands* of illegal prescriptions, amounting to hundreds per day. Unlike the average physician in an internet pharmacy case, the physician co-conspirators, except for Dr. Hollis, are currently still licensed physicians in their states of residence.

> One of the purposes of the Sentencing Commission, and by extension the Sentencing Guidelines, is to "establish sentencing policies and practices for the Federal criminal justice system that... provide certainty and fairness in meeting the purposes of sentencing, avoiding unwarranted sentencing disparities among defendants with similar records who have been found guilty of similar criminal conduct ...."

*United States v. Docampo*, 573 F.3d 1091, 1102 (11th Cir. 2009) (quoting 28 U.S.C. § 991(b)(1)(B); citing *United States v. Clark*, 434 F.3d 684, 687 (4th Cir. 2006)); *see also United States v. Smart*, 518 F.3d 800, 804 (10th Cir. 2008) ("After *Gall*, it is clear that codefendant disparity is not a *per se* 'improper' factor, such that its consideration would constitute procedural error") (affirming district court's downward variance of 48 months from the bottom of the recommended sentencing range in sentencing the defendant, who was convicted of inducing a minor to engage in sexually explicit conduct for the purpose of producing videotapes, based on sentencing disparities with the defendant's co-defendants pursuant to § 3553(a)(6)).

The Eleventh Circuit and Georgia federal courts have relied upon disparities in sentences between similarly situated offenders with similar records in sentencing

defendants to the low end, or below, the sentencing range recommended by the United States Sentencing Guidelines. For instance, in *United States v. Colbert*, 302 Fed.Appx. 886 (11th Cir. 2008) (*per curiam*; unpublished), the defendant, who was convicted with conspiracy with intent to distribute cocaine and money laundering, argued that his co-conspirators, including the head of the conspiracy, received substantially lower sentences, and the Eleventh Circuit held that the district court did not abuse its discretion in sentencing the defendant where "[t]he court expressly chose a sentence at the low end of the guidelines range to avoid unwarranted sentencing disparities," *id*. at 889. Similarly, the defendant in *United States v. Lamonds*, 291 Fed.Appx. 314, (11th Cir. 2008) (*per curiam*; unpublished) was convicted of conspiracy to distribute or possess with intent to distribute cocaine and the Court of Appeals affirmed his sentence, observing that "the district court considered [the defendant's] arguments regarding the sentencing disparity with his co-conspirator and his limited participation in the offense, and then varied downward 120 months from the low end of the guideline range because of those factors," *id*., at 317. Furthermore in *United States v. Pressley*, 473 F.Supp.2d 1303 (N.D.Ga. 2006) (Order) this Court considered disparities between defendants convicted of continuing criminal enterprise and drug trafficking in order to impose a downward variance from 27 years to 16 years, holding that "the Court can properly evaluate the disparity factor under a reasonableness analysis, it deems a 27 1/2 year sentence for a Category I offender to be

out of kilter with the substantially reduced sentences awarded to his co-defendants, who had far worse criminal records," *id*. at 1317.

The disparities between the lenient sentences imposed on the physician co-defendants and the recommended sentence of years of incarceration for Mr. Riggins should be considered by this Court and weighed heavily in favor of a downward variance and imposition of a sentence of probation or home confinement in Mr. Riggins' case, pursuant to § 3553(a)(6). The evidence in this case clearly showed that the physician co-conspirators approved hundreds of prescriptions an hour, and yet none of the physicians are currently incarcerated, and all but one are currently still licensed.

## C. The Remaining Purposes Under 18 U.S.C. § 3553(a) Warrant a Downward Variance and a Probationary Sentence or Sentence of Home Confinement

Mr. Riggins readily acknowledges that the offense which he has pled guilty to is a serious one. He further acknowledges that he has a State drug conviction on his record, based on conduct which occurred several years after the investigation in this case began. Presentence Report, ¶ 30. However, Mr. Riggins' lack of criminal record prior to the conduct in this case, combined with his unusual family responsibilities, weigh in favor of a downward variance and a sentence of probation or home confinement, pursuant to 18 U.S.C. § 3553(a)(1).

While the offense was serious, and Mr. Riggins in no way attempts to minimize his responsibility, it is important to consider the circumstances of Mr. Riggins' involvement in the offense. The Government has informed Mr. Riggins' counsel of its belief that Mr.

17

Riggins possessed the "least culpable" role of the organizer defendants. Stoufflet and Sobert started Lifespan and were responsible for recruiting physicians and pharmacists for the scheme. In contrast, Stoufflet offered Mr. Riggins a minority share in Escripts after telling him that the Government had approved of Escripts' business model, and after an FDA agent had inspected the company's books and interviewed its employees. After becoming a minority owner, Mr. Riggins' responsibilities were limited to the call center.

Mr. Riggins' substantial assistance to the Government must also kept in mind, although it forms the basis for the motion for downward departure pursuant to U.S.S.G. § 5K1.1. Mr. Riggins was the first defendant to offer his cooperation to the Government without any guarantee by the Government, over his counsel's written concerns. His cooperation was the catalyst which caused Sobert to later agree to cooperate with the Government. Mr. Riggins voluntarily and ureservedly provided the Government with information to assist its case in his proffer.

The underlying conduct as a whole is a serious matter, yet Mr. Riggins' relative involvement and assistance to the Government urges a lesser sentence, in particular a sentence of probation, pursuant to 18 U.S.C. § 3553(a)(2)(A), especially in view of the lenient treatment of the physician co-conspirators for their serious conduct. In view of his role in the offense, a sentence of probation or home confinement of term, and under such conditions, deemed appropriate by the Court would constitute just punishment for his

conduct. Such a sentence would also be sufficient to promote respect for the law in Mr. Riggins, pursuant to § 3553(a)(2)(A).

Conversely, a sentence of imprisonment is not necessary to deter others from similar criminal conduct, under 18 U.S.C. § 3553(a)(2)(B). As the information in the preceding section demonstrates, online or internet pharmaceutical schemes have been attempted, stopped and prosecuted by the Government. It can be assumed to be obvious to all but the most unintelligent criminals that such business arrangements are illegal, and will likely be shut down with most participants being prosecuted. This is suggested by the fact that Mr. Riggins' and his counsel's research reveals that only two out of 45 prosecutions of physicians were initiated in 2009, and none thus far in 2010.

There is also no need of a sentence of imprisonment to protect the public from any further alleged crimes by Mr. Riggins, under 18 U.S.C. § 3553(a)(2)(B). Mr. Riggins is over 50 years old, and the likelihood of any recidivism is exceedingly slight.

A non-imprisonment, probationary sentence *is*, however, necessary for Mr. Riggins to continue to provide care and support for others, pursuant to 18 U.S.C. § 3553(a)(2)(D). Furthermore, as set forth above, a sentence of probation or home confinement is among the kinds of sentence available to the Court which this Court is fully authorized to impose, under 18 U.S.C. § 3553(a)(6). Under 18 U.S.C. § 3553(a)(7), Mr. Riggins promptly paid $243,100 in restitution after entering into his plea agreement with the Government. And finally, as set forth at length in the preceding section, the disparities

between the sentence recommended for Mr. Riggins and the sentences actually imposed on the physician co-defendants weighs heavily in favor of a variance in sentence and the imposition of a sentence of probation or home confinement.

Accordingly, the majority of the sentencing purposes under § 3553(a) urge a downward variance in sentence and the imposition of a sentence of probation or home confinement in Mr. Riggins' case.

### III. CONCLUSION

WHEREFORE, for the reasons set forth herein, this Court should vary downward from the advisory Guideline range in sentencing Mr. Riggins and impose a sentence of probation or home confinement, under such conditions as this Court may deem appropriate.

Respectfully submitted, this 15th day of September, 2010.

**s/Craig A. Gillen**
Craig A. Gillen, Esq.
Georgia Bar No. 294838
GILLEN WITHERS & LAKE, LLC
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone:   (404) 842-9700
Facsimile:   (404) 842-9750
E-mail:       cgillen@gwllawfirm.com

Counsel for Mr. Erin Riggins

## <u>CERTIFICATION UNDER LOCAL RULE 7.1(D)</u>

Pursuant to Local Rule 7.1(D), the undersigned hereby certifies that the foregoing filing is a computer-generated document, prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1(B).

**s/Craig A. Gillen**
Craig A. Gillen, Esq.
Georgia Bar No. 294838
GILLEN WITHERS & LAKE, LLC
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone:   (404) 842-9700
Facsimile:   (404) 842-9750
E-mail:       cgillen@gwllawfirm.com

Counsel for Mr. Erin Riggins

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 15th day of September, 2010, the undersigned electronically filed the foregoing Defendant's Amended Motion for Downward Variance in Sentence and Sentencing Memorandum, using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

**Randy Scott Chartash**
**Assistant United States Attorney**
**United States Attorney's Office for the Northern District of Georgia**
randy.chartash@usdoj.gov

<u>s/Craig A. Gillen</u>
Craig A. Gillen, Esq.
Georgia Bar No. 294838
GILLEN WITHERS & LAKE, LLC
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone:    (404) 842-9700
Facsimile:    (404) 842-9750
E-mail:       cgillen@gwllawfirm.com

Counsel for Mr. Erin Riggins

# EXHIBIT A



Department of
**Community Health**

**michigan.gov**
An Official State of Michigan Web Site

Michigan.gov Home        MDCH Home | Sitemap | Contact MDCH        Search    GO

## *VERIFY A LICENSE/REGISTRATION*

| Name and Address | |
|---|---|
| **Name :** | ANDRE BLAIR SMITH |
| **Address :** | Lansing, MI 48911 |

| Profession and License/Registration Information | | | |
|---|---|---|---|
| **Profession :** Medicine | | **Type :** Medical Doctor | |
| **Permanent ID #** 4301056626 | **Status** Active | **Issue Date** 08/10/1995 | **Expiration Date** 01/31/2011 |

| Complaint(s) | |
|---|---|
| **Open Formal Complaints** | |
| None | |

| Disciplinary Action | | |
|---|---|---|
| **Disciplinary Action** | **Date of Action** | **Date of Compliance** |
| Fine Imposed | 10/16/2009 | 10/26/2009 |
| Reprimanded | 10/16/2009 | |

New Search    Return to Search        The data on this web page is refreshed daily.

### DISCLAIMER

The **Issue Date** is the date the license/registration was first issued. Please note this information is not always available in the database. The **Expiration Date** given above is the date the license/registration expired or will expire. The license/registration may not have been active from the **Issue Date** to the **Expiration Date**. There may have been periods of non-licensure or registration.

For those licensees/registrants who have actions listed in the **Disciplinary Action** section above, the date the licensee/registrant complied with their board order is listed for all disciplinary actions subsequent to January 1, 2005. The date of compliance is not listed for disciplinary actions that began prior to that date. You should check with our office to confirm the status of the cases if the date of compliance is not listed.

You may fax a request for additional information under the Freedom of Information Act (FOIA) at 517-241-1212 or contact Mary E. Hess, Asst. FOIA Coordinator at BHP-FOIAINFO@michigan.gov for directions on how to obtain more information regarding the license/registration history or disciplinary actions.

http://www.dleg.state.mi.us/free/publicinfo.asp?rb_name=ON&rb_facility=&l_person_id=46272&l_profession_id=43...        8/30/2010 1:51:02 PM

 

## Office of the Professions

## Verification Searches

The information furnished at this web site is from the Office of Professions' official database and is updated daily, Monday through Friday. The Office of Professions considers this information to be a secure, primary source for license verification.

### License Information *

08/30/2010

**Name :** ANDRIES VLADIMIR G
**Address :** WAWARSING NY
**Profession :** MEDICINE
**License No:** 163619
**Date of Licensure :** 08/05/85
**Additional Qualification :**
**Status :** REGISTERED
**Registered through last day of :** 10/11
**Medical School:** FACULTY OF MED-BUCHAREST      **Degree Date :** 10/05/1973

(Use your browser's back key to return to licensee list.)

* Use of this online verification service signifies that you have read and agree to the terms and conditions of use. See HELP glossary for further explanations of terms used on this page.

**Note:** The Board of Regents does not discipline *physicians(medicine), physician assistants,* or *specialist assistants.* The status of individuals in these professions may be impacted by information provided by the NYS Department of Health. To search for the latest discipline actions against individuals in these professions, please check the New York State Department of Health's Office of Professional Medical Conduct homepage.

Further information on physicians may be found on the following external sites (The State Education Department is not responsible for the accuracy or completeness of information located on external Internet addresses.):

American Board of Medical Specialties

American Medical Association:
- For the general public: AMA Physician Select, On-line Doctor Finder
- For organizations that verify physician credentials: AMA Physician Profiles

American Osteopathic Association, AOA-Net

Association of State Medical Board Executive Directors-(A.I.M."DOCFINDER")

New York State Department of Health Physician Profiles

The following sites provide additional information concerning the medical profession:

CLEAR (Council on Licensure, Enforcement and Regulation)

Federation of State Medical Boards



 **MEDICAL BOARD OF CALIFORNIA**
CA.GOV   LICENSE LOOKUP SYSTEM

| Please note: | For additional information, click the "Physician Information", "Public Record Action(s)", and "Public Record Documents" tabs below. ☒ |
|---|---|

## License Information:
The following information is maintained by the Medical Board of California. For more information, click on the blue tabs above.

| License: | A 48233 |
|---|---|
| | Licensee may be a U.S. or Canadian medical school graduate whose pathway to licensure was based on the FLEX (Federation Licensing Exam), USMLE (United States Medical Licensing Exam) or LMCC (Licentiate of Medical Council of Canada) written examination and has been licensed less than four years in another state OR may be an International medical school graduate whose pathway to licensure was based on the above exams or approved combinations of the NBME (National Board Medical Exam), FLEX or USMLE. |
| License Type: | Physician and Surgeon |
| Name: | AHSAN U RASHID, M.D. |
| Address of Record: | 16100 SAND CANYON AVE # 310 IRVINE, CA 92618 |
| Address of Record County: | ORANGE |
| License Status: | License Renewed & Current |
| | Licensee meets requirements for the practice of medicine in California. |
| Public Record Action(s): | Limits On Practice |
| | Limitations have been placed on the physician's practice. |
| | Probation |
| | Probation is the result of disciplinary action. Probation is ordered for a specified period of time during which the physician must comply with specified terms and conditions and report to a Board probation monitor. Practice is permitted unless otherwise specified. Probation has not been completed. |
| Original Issue Date: | May 7, 1990 |
| Expiration Date: | August 31, 2011 |
| School Name: | UNIVERSITY OF KARACHI, DOW MEDICAL COLLEGE |
| Year Graduated: | 1982 |

## Physician Information:
The following information is self-reported by the licensee and has not been verified by the Board.

| Activities In Medicine: | PATIENT CARE - 40+ HOURS ADMINISTRATION - 1 TO 9 HOURS |
|---|---|
| Primary Practice Location Zip Code: | 92618 |
| Board Certification(s): | INTERNAL MEDICINE Visit ABMS to verify |
| Primary Practice Area(s): | INTERNAL MEDICINE |
| Secondary Practice Area(s): | No secondary practice areas identified |
| Post Graduate Training Years: | 3 YEARS |
| Ethnic Background: | ASIAN - PAKISTANI |
| Foreign Language(s): | HINDI PUNJABI |
| Gender: | Male |

## Public Record Action(s):
Please select the Public Record Documents tab to view the public document database. If information is posted in the Administrative Disciplinary Actions, Court Order, Administrative Citation Issued, or License Issued with Public Letter of Reprimand categories below, documents may be available for review. To find out what information is and is not available, please click here

**Administrative Disciplinary Actions:**
The Medical Board's public disclosure screens are updated periodically as new information becomes available. Please contact the Central File Room at (916) 263-2525 or at 2005 Evergreen Street, Suite 1200, Sacramento, CA 95815, to obtain a copy of public documents at a minimal charge.

| Case Number: | 23-2003-148729 |
|---|---|
| Description of Action: | FIVE YEARS PROBATION WITH VARIOUS TERMS & CONDITIONS. RESTRICTIONS: PROHIBITED FROM PRESCRIBING OVER THE INTERNET AND PROHIBITED FROM SUPERVISING PA'S WITH THE SOLE EXCEPTION THAT HE SHALL BE ALLOWED TO CONTINUE SUPERVISING THE PA WHO HE CURRENTLY EMPLOYS. |
| Effective Date of Action: | October 20, 2005 |

**Court Order:**
This information would be provided if a physician's practice has been temporarily restricted or suspended pursuant to a court order. Please contact the Central File Room at (916) 263-2525 or at 2005 Evergreen Street, Suite 1200, Sacramento, CA 95815, to obtain a copy of the public documents.
No Court Orders found.

**Administrative Action Taken by Other State or Federal Government:**

This information is provided by another state/federal government agency. The Medical Board of California may take administrative action based on the action imposed by another state/federal government agency. For more information or verification, contact the agency listed below that imposed the action.

**No Administrative Actions Taken by Other State or Federal Government found.**

**Felony Conviction:**

The information provided only includes felony convictions that are known to the Board. All felony convictions known to the Board are reviewed and administrative action is taken only if it is determined that a violation of the Medical Practice Act occurred. For more information regarding felony convictions, contact the court of jurisdiction listed below.

**No Felony Convictions found.**

**Misdemeanor Conviction:**

California Business and Professions Code section 2027 (A)(7) states effective 1/1/07, any misdemeanor conviction that results in a disciplinary action or an accusation that is not subsequently withdrawn or dismissed shall be posted on the Internet.

**No Misdemeanor Convictions found.**

**Administrative Citation Issued:**

A citation and/or fine has been issued for a minor violation of the law. This is not considered disciplinary action under California law but is an administrative action. Payment of the fine amount represents satisfactory resolution of this matter.

**No Administrative Citations found.**

**License Issued with Public Letter of Reprimand:**

The Medical Board of California has concurrently issued the applicant a medical license and a Public Letter of Reprimand for a minor violation that does not require probationary status or warrant denial. The issuance of a Public Letter of Reprimand is not considered disciplinary action and is not reported to the National Practitioner Databank or the Federation of State Medical Boards.

**No License Issued with Public Letter of Reprimand found.**

**Hospital Disciplinary Action:**

The action taken by this healthcare facility against this physician's staff privileges to provide health care services at this facility was for a medical disciplinary cause or reason. The Medical Board is authorized by law to disclose only revocations and terminations of staff privileges. The Medical Board is prohibited from releasing a copy of the actual report or any other information.

**No Hospital Disciplinary Actions found.**

**Malpractice Judgment:**

A malpractice judgment is a payment for damages and does not necessarily reflect that the physician's medical competence is below the standard of care. The Medical Board reviews all such reported judgments and action is taken only if it is determined that a violation of the Medical Practice Act occurred. The Medical Board is prohibited by law from releasing a copy of the judgment report or any other information concerning the judgment. For more information contact the court of jurisdiction listed below.

**No Malpractice Judgments found.**

**Arbitration Award:**

An arbitration award is a payment for damages and does not necessarily reflect that the physician's medical competence is below the standard of care. The Medical Board reviews all such reported arbitration awards and action is taken only if it is determined that a violation of the Medical Practice Act occurred. The Medical Board is prohibited by law from releasing a copy of the arbitration award report or any other information concerning the award.

**No Arbitration Awards found.**

**Malpractice Settlements:**

A settlement entered into by the licensee is a resolution of a claim for damages for death or personal injury caused by the licensee's negligence, error, or omission in practice, or by his or her rendering of unauthorized professional services. The Medical Board is required by law to disclose certain information related to the existence of multiple settlements made on or after January 1, 2003 in an amount of $30,000 or more.

**No Malpractice Settlements found.**

Note: "No information available from this agency" may not indicate none exists; but indicates no information has been reported to the Medical Board of California and/or that the Board is unable to post the information on the Web site by law.

**Disclaimer**

*All information provided by the Medical Board of California on this Web page, and on its other Web pages and Internet sites, is made available to provide immediate access for the convenience of interested persons. While the Board believes the information to be reliable, human or mechanical error remains a possibility, as does delay in the posting or updating of information. Therefore, the Board makes no guarantee as to the accuracy, completeness, timeliness, currency, or correct sequencing of the information. Neither the Board, nor any of the sources of the information, shall be responsible for any errors or omissions, or for the use or results obtained from the use of this information. Other specific cautionary notices may be included on other Web pages maintained by the Board. All access to and use of this Web page and any other Web page or Internet site of the Board is governed by the Disclaimers and Conditions for Access and Use as set forth at California Department of Consumer Affairs' Disclaimer Information and Use Information.*

Referer = http://licenselookup.mbc.ca.gov/licenselookup/search.php



# PUBLIC VERIFICATION / PHYSICIAN PROFILE

**PHYSICIAN**

**NAME:** THU ANH HOANG    MD                    **DATE:** 08/30/2010

**THE INFORMATION IN THIS BOX HAS BEEN VERIFIED
BY THE TEXAS MEDICAL BOARD**

**Date of Birth:** 1968
**License Number:** K2925 - Physician License
**Issuance Date:** 08/09/1997
**Expiration Date of Physician's Annual Registration Permit:** 05/31/2011

**Registration Status:** ACTIVE          **Registration Date:** 09/30/1997
**Disciplinary Status:** SEE PREVIOUS ORDER     **Disciplinary Date:** 07/21/2010
**Licensure Status:** NONE               **Licensure Date:** NONE

**Medical School of Graduation:**
At the time of licensure, TMB verified the physician's graduation from medical school as follows:
TEXAS TECH UNIV HLTH SCI CTR, LUBBOCK

**Medical School Graduation Year:** 1995

**TMB Actions and License Restrictions**
The Texas Medical Board has taken the following board actions against this physician. (Also included are any formal complaints filed by TMB that are currently pending before the State Office of Administrative Hearings).

View the documents containing action taken by the Board against this individual.

View Order(s)  Get Adobe Reader

**Action Date:** 07/21/2010
**Description:** STATUS CLEARED 07/21/2010

**Action Date:** 08/21/2009
**Description:** ON AUGUST 21, 2009, THE BOARD AND DR. HOANG ENTERED INTO AN AGREED ORDER REQUIRING THAT WITHIN ONE YEAR DR. HOANG TAKE AND PASS THE TEXAS MEDICAL JURISPRUDENCE EXAMINATION AND THAT WITHIN ONE YEAR SHE OBTAIN 22 HOURS OF CONTINUING MEDICAL EDUCATION, INCLUDING 10 HOURS EACH IN RISK MANAGEMENT AND MEDICAL RECORDKEEPING AND TWO HOURS IN ETHICS. THE ACTION WAS BASED ON DR. HOANG'S PLEADING GUILTY TO A FEDERAL CLASS A MISDEMEANOR FOR ONE COUNT OF MISBRANDING DRUGS WHILE WORKING FOR A COMPANY THAT DISTRIBUTED CONTROLLED SUBSTANCES VIA THE INTERNET.

**Investigations by TMB of Medical Malpractice**
Section 164.201 of the Act requires that: the board review information relating to a physician against whom three or more malpractice claims have been reported within a five year period. Based on these reviews, the following investigations were conducted with the listed resolutions.

NONE

**Status History**
Status history contains entries for any updates to the individual's registration, licensure or disciplinary status types (beginning with 1/1/78, when the board's records were first automated). Entries are in

reverse chronological order; new entries of each type supersede the previous entry of that same type.
These records do not display status type. Should you have any questions, please contact our
Customer Information Center at 512-305-7030 or verifcic@tmb.state.tx.us

**Status Code:** CL                          **Effective Date:** 07/21/2010
**Description:** SEE PREVIOUS ORDER

**Status Code:** RB                          **Effective Date:** 08/21/2009
**Description:** UNDER BOARD ORDER

**Status Code:** AC                          **Effective Date:** 09/30/1997
**Description:** ACTIVE

**Status Code:** LI                          **Effective Date:** 08/09/1997
**Description:** LICENSE ISSUED

Welcome to the TMB Website
Case 1:07-cr-00231-CC   Document 35   Filed 09/15/10   Page 31 of 98
Page 5

**THE INFORMATION IN THIS BOX WAS REPORTED BY THE LICENSEE AND HAS NOT BEEN VERIFIED BY THE TEXAS MEDICAL BOARD**

**Gender:** FEMALE
**\*Ethnicity:** ASIAN OR PACIFIC ISLANDER
**Race:** ASIAN
\* We are in the process of transitioning from the current ethnic origin values to federal standards for race and Hispanic origin. The transition period will allow time for individuals to submit updated race and Hispanic origin data to the TMB.
**Place of Birth:** VIET NAM
**Primary Practice Address:**
837 FM 1960 W STE 105
HOUSTON , TX  77090

**Years of Active Practice in the U.S. or Canada:**
The physician reports that he/she has actively practiced medicine in
the United States or Canada for **10** year(s).

**Years of Active Practice in Texas:**
The physician reports that, of the above years he/she has actively practiced in
the State of Texas for **10** year(s).

**Specialty Board Certification**
The physician reports that he/she holds the following specialty certifications issued by
a board that is a member of the American Board of Medical Specialties or the Bureau
of Osteopathic Specialists:

NONE

**Primary Specialty**
The physician reports his/her primary practice is in the area of FAMILY PRACTICE.

**Secondary Specialty**
The physician did not report a secondary practice area.

**Name, Location and Graduation Date of All Medical Schools Attended**
**Name:** TX TECH HSC
**Location:** LUBBOCK
**Graduation Date:** 1999

**Graduate Medical Education In The United States Or Canada**
**Program Name:** NONE
**Location:** AMARILLO, TX                         **Begin Date:** 08/1996
**Type:** RESIDENCY                                **End Date:** 01/1999
**Specialty:** FAMILY MEDICINE

**Program Name:** TX TECH GENERAL SURGERY
**Location:** LUBBOCK, TX                          **Begin Date:** 07/1995

**Type:** INTERNSHIP                        **End Date:** 05/1996
**Specialty:** GENERAL SURGERY


## Hospital Privileges

The physician reports that he/she has hospital privileges in the following in the State of Texas:

NONE


## Patient Services

**Accessibility:** The physician reports that the patient service area **is** accessible to persons with disabilities as defined by federal law.

**Language Translation Services:** The physician reports that the following language translation services are provided for patients: VIETNAMESE

**Medicaid Participant:** The physician reports that he/she **does not** participate in the Medicaid program.


## Awards, Honors, Publications and Academic Appointments

**Optional Information**
The physician may optionally report descriptions of up to five such honors and has reported the following:

NONE


## Malpractice Information

Section 154.006(b)(16) of the Act requires that: a physician profile display a description of any medical malpractice claim against the physician, not including a description of any offers by the physician to settle the claim, for which the physician was found liable, a jury awarded monetary damages to the claimant, and the award has been determined to be final and not subject to further appeal. The physician has the following reportable claims.

**Description:** NONE


## Criminal History

**Self-Reported Criminal Offenses:**The physician is required to report a description of (1) "any conviction for an offense constituting a felony, a Class A or Class B misdemeanor, or a Class C misdemeanor involving moral turpitude" and (2) "any charges reported to the board to which the physician has pleaded no contest, for which the physician is the subject of deferred adjudication or pretrial diversion, or in which sufficient facts of guilt were found and the matter was continued by a court of competent jurisdiction."

The physician has reported the following:

**Description:** PLEASE SEE RELATED TMB ACTIONS AND LICENSE

RESTRICTIONS NOTED ABOVE.

**Criminal history information is also obtained by TMB from the Texas Department of Public Safety. Resulting action, if any, will be reported under the TMB Action and Non-Disciplinary Restrictions section above.**

## Disciplinary Actions By Other State Medical Boards

The physician has reported the following:

**Description:** NONE

## Physician Assistant Supervision

**To obtain primary source verifications, click name**

**Description:** NONE

## Advanced Practice Nurse Delegation

**To obtain primary source verifications, click name**

**Description:** None

# Cases Against Doctors



This is a listing of investigations of physician registrants in which DEA was involved that resulted in the arrest and prosecution of the registrant.

Last Updated: August 13, 2010

| | |
|---|---|
| Name: | **ABBEY, Julian A., MD** |
| City, State: | Saugus, MA |
| Date of Arrest: | 10/28/2005 |
| Date of Conviction: | 04/30/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Possession with intent to distribute |
| DEA Registration: | Revoked 03/09/2007 |

**Remarks**:

Julian A. Abbey, MD, age 47, of Saugus, MA, pled guilty to possession with intent to distribute controlled substances.

Abbey was sentenced to five years probation.

| | |
|---|---|
| Name: | **ADAMS, Lawrence, MD** |
| City, State: | Phillipsburg, PA |
| Date of Arrest: | 6/12/2007 |
| Date of Conviction: | 10/31/2008 |
| Judicial Status: | Jury Conviction |
| Conviction: | Prescribing outside accepted medical treatment principles; Criminal conspiracy to obtain possession of a controlled substance by misrepresentation or fraud; Dispensing/prescribing to a drug dependent person; Refusal or failure to keep required records; Willful dispensing of a controlled substance without proper labeling; Delivery of or possession with the intent to deliver a controlled substance; Criminal use of communication facility; and Criminal conspiracy to commit delivery of or possession with the intent to deliver a controlled substance |
| DEA Registration: | Retired 07/09/2009 |

**Remarks:**

Lawrence Adams, MD, age 48, of Phillipsburg, PA, was found guilty in the Court of Common Pleas of Center County, Pennsylvania of 11 counts Prescribing Outside Accepted Medical Treatment Principles; four counts Criminal Conspiracy to Obtain Possession of a Controlled Substance by Misrepresentation or Fraud; 10 counts Dispensing/Prescribing to a Drug Dependent Person; four counts Refusal or Failure to Keep Required Records, three counts Willful Dispensing of a Controlled Substance without Proper Labeling; six counts Delivery of or Possession with the Intent to Deliver a Controlled Substance; one count Criminal Use of Communication Facility; and one count Criminal Conspiracy to Commit Delivery of or Possession with the Intent to Deliver a Controlled Substance.

According to court documents, Adams continually prescribed controlled substances to drug dependent individuals.

Adams was sentenced to seven to 14 years incarceration, with a credit of 59 days time served, followed by 20 years probation. In addition, Adams was ordered to pay a $30,000 fine.

| | |
|---|---|
| Name: | **AGRAWAL, Pankaj, MD** |
| City, State: | Sicklerville, NJ |
| Date of Arrest: | 06/27/2008 |
| Date of Conviction: | 03/25/2009 |
| Judicial Status: | Plead Guilty |
| Conviction: | Distribution of Oxycodone and Money Laundering |
| DEA Registration: | Surrendered 07/28/2008 |

**Remarks:**

Pankaj Agrawal, MD, age 62, of Sicklerville, NJ, plead guilty in U.S. District Court, District of New Jersey, to one count Distribution Oxycodone and one count Money Laundering.

According to court documents, between January 2005 and June 2008, Agrawal knowingly, intentionally distributed and dispensed to several individuals Oxycodone, specifically Percocet tablets.

Agrawal was sentenced to 63 months incarceration, followed by three years supervised release.

| | |
|---|---|
| Name: | **AHLES, Peter, MD** |
| City, State: | Anaheim, CA |
| Date of Arrest: | 06/14/2005 |
| Date of Conviction: | 10/05/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Dispensing a controlled substance outside the scope of professional practice |
| DEA Registration: | Revoked 09/25/2006 |

**Remarks:**

Peter Ahles, MD, age 67, of Anaheim, CA, pled guilty in United States District Court to one count of dispensing hydrocodone, a controlled substance, outside the scope of professional practice with no legitimate medical purpose.  According to court documents, Ahles dispensed 500 units of hydrocodone to confidential informants in exchange for $500.

Ahles was placed on home detention for a period of six months and sentenced to three years probation.

| | |
|---|---|
| Name: | **AHMAD, Salahuddin, MD** |
| City, State: | Ferndale, MI |
| Date of Arrest: | 05/13/2008 |
| Date of Conviction: | 09/24/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to Possess with Intent to Distribute and to Distribute Oxycodone |

DEA Registration:              Surrendered 10/03/2008
**Remarks:**

Salahuddin S. Ahmad, MD, of Ferndale, MI, pled guilty in U.S. District Court, Eastern District of Michigan, to one count of Conspiracy to Possess with Intent to Distribute and to Distribute Oxycodone.

According to court documents, on May 13, 2008, Ahmad, outside the scope of his legitimate practice of medicine, planned to sell (and possessed with the intent to sell) over 2,400 OxyContin tablets.

Ahmad was sentenced to 36 months incarceration, followed by 36 months supervised release. Ahmad was also ordered to pay a $50,000 fine.

| | |
|---|---|
| Name: | **ALEXANDER, Bruce, MD** |
| City, State: | Frisco, TX |
| Date of Arrest: | 12/5/2006 |
| Date of Conviction: | 5/16/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to possess morphine, a schedule ii controlled substance, with intent to distribute |
| DEA Registration: | Surrender 2/22/2006 |

**Remarks:**

Bruce Alexander, MD, age 40, of Frisco, TX, pled guilty to conspiracy to possess morphine, a Schedule II controlled substance, with intent to distribute.

According to the court documents, Alexander knowingly conspired with others to possess with the intent to distribute morphine, a Schedule II controlled substance. Alexander mailed numerous packages containing various controlled substances (including morphine, alprazolam, and hydrocodone) to an accomplice in Indiana.

Alexander was sentenced to 6 months home confinement and 3 years probation. He was also fined $2,000.00.

| | |
|---|---|
| Name: | **ALEXANDERIAN, Harry, MD** |
| City, State: | West Pittston, PA |
| Date of Arrest: | 10/4/2004 |
| Date of Conviction: | 5/24/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Dispensing controlled substances with no legitimate medical purpose |
| DEA Registration: | Surrendered 3/30/2004 |

**Remarks:**

Harry Alexanderian, MD, age 80, of West Pittston, PA, pled guilty in state court to dispensing controlled substances outside of the scope of professional practice with no legitimate medical purpose. He also pled guilty to Medicaid fraud and unlicensed treatment of drug addiction.

Alexanderian was sentenced to six months house arrest to be followed by two years probation.

| | |
|---|---|
| Name: | **ALLARA, Robert, MD** |
| City, State: | Charleston, WV |
| Date of Arrest: | 4/28/2008 |
| Date of Conviction: | 4/28/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Obtaining a controlled substance by fraud |
| DEA Registration: | Surrendered 08/03/2007 |

**Remarks:**

Robert Allara, MD, age 52, of Charleston, WV, pled guilty in U.S. District Court, Southern District of West Virginia, to Obtaining a Controlled Substance by Fraud.

According to court documents, Allara knowingly and intentionally aided and abetted another person in acquiring and obtaining possession of a quantity of hydrocodone by deception.

Allara was sentenced to 5 months incarceration followed by 1 year supervised release (five months of the supervised release will be completed on home confinement) and ordered to pay a fine of $10,000.

| | |
|---|---|
| Name: | **ARMASHI, A. Hussam, MD** |
| City, State: | Spring Hill, FL |
| Date of Arrest: | 02/22/2005 |
| Date of Conviction: | |
| Judicial Status: | Outstanding arrest warrant for sexual battery on person incapacitated; battery |
| Conviction: | |
| DEA Registration: | Surrendered 09/08/2006 |

**Remarks:**

Hussam Armashi, MD, age 60, was charged with intentionally administering a narcotic, anesthetic, or intoxicating substance to a female patient who was under his care that resulted in the patient's mental or physical incapacitation, and then attempting to engage the patient in sexual activity without her consent and causing her injury.

There continues to be an active, outstanding arrest warrant for Armashi in Hernando County, FL. Anyone who has information pertaining to Dr. Armashi's whereabouts is encouraged to contact the nearest Drug Enforcement Administration office or the Hernando County (Florida) Police Department.

| | |
|---|---|
| Name: | **ASTIN, Phil III, MD** |
| City, State: | Carrollton, GA |
| Date of Arrest: | 07/02/2007 |

| | |
|---|---|
| Date of Conviction: | 01/29/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Unlawful drug distribution |
| DEA Registration: | Retired 07/09/2007 |

**Remarks**:

Phil Astin III, MD, age 54, of Carrollton, GA, pled guilty in U.S. District Court for the Northern District of Georgia to 175 counts of illegal distribution of controlled substances.

According to the indictment, Astin distributed and dispensed a quantity of controlled substances for other than a legitimate medical purpose and not in the usual course of professional practice.  The controlled substances included Schedule II pharmaceuticals Percocet and Adderall; Schedule III pharmaceuticals Vicoprofen and Lorcet; and the Schedule IV pharmaceutical Xanax.  In the plea agreement, Astin admitted that he knowingly violated federal law by illegally writing prescriptions for 19 patients.

Astin was sentenced to 10 years imprisonment, followed by 3 years supervised release and 250 hours community service.  He was ordered to pay a special assessment of $17,500.

| | |
|---|---|
| Name: | **AUZINE, Donald, MD** |
| City, State: | Prairieville, LA |
| Date of Arrest: | 05/13/2008 |
| Date of Conviction: | 05/19/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Unlawful distribution of adderall, oxycodone, hydrocodone and benzphetamine |
| DEA Registration: | Surrendered 06/16/2006 |

**Remarks:**

Donald Auzine, MD, age 38, of Prairieville, LA, pled guilty in U.S. District Court, Middle District of Louisiana, to one count unlawful distribution of adderall, oxycodone, hydrocodone and benzphetamine

According to court documents, Auzine prescribed and dispensed controlled substances without a legitimate medical purpose and not in the usual course of medical practice.

Auzine was sentenced to 37 months incarceration, followed by three years probation. He was also ordered to pay a fine of $10,000.00.

| | |
|---|---|
| Name: | **AYCOCK, George C. Jr., MD** |
| City, State: | Sumter, SC |
| Date of Arrest: | 07/01/2009 |
| Date of Conviction: | 09/09/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Possession with Intent to Distribute a Controlled Substance |
| DEA Registration: | Revoked 4/16/2009 |

**Remarks:**

George Aycock Jr., MD, of Sumter, SC, pled guilty in U.S. District Court, District of South Carolina, to one count Possession with Intent to Distribute a Controlled Substance.

According to court documents, Aycock knowingly, intentionally and unlawfully distributed and dispensed, not for a legitimate medical purpose and outside the usual course of professional practice, Oxycodone, Schedule II controlled substance to another individual.

Aycock was sentenced to one year and one day incarceration, followed by 3 years supervised release.

| | |
|---|---|
| Name: | **BAJWA, Jatinder, MD** |
| City, State: | Springdale, PA |
| Date of Arrest: | 3/17/2005 |
| Date of Conviction: | 9/26/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Obtaining a Schedule II controlled substance by fraud; Insurance fraud |
| DEA Registration: | Surrendered  3/11/2005 |

**Remarks**:

Jatinder Bajwa, MD, age 57, of Springdale, PA, pled guilty in state court to obtaining OxyContin, a Schedule II controlled substance, by fraud and insurance fraud.

Bajwa was sentenced to two years probation and ordered to pay restitution to insurance providers in the amount of $6,502.02.

| | |
|---|---|
| Name: | **BAMDAD, Masoud, MD** |
| City, State: | San Fernando, CA |
| Date of Arrest: | 04/17/2008 |
| Date of Conviction: | 5/06/2009 |
| Judicial Status: | Jury Conviction |
| Conviction: | Distribution and dispensing of a controlled substance; Distribution and dispensing of a controlled substance to persons under twenty-one years of age |
| DEA Registration: | Retired 09/01/2009 |

**Remarks:**

Masoud Bamdad, MD, age 55, of San Fernando, CA, was found guilty by a federal jury in the Central District of California on ten counts of distribution and dispensing of a controlled substance; and three counts distribution and dispensing of a controlled substance to persons under twenty-one years of age.

According to court documents, Bamdad, while acting and intending to act outside the usual course of professional practice and without legitimate medical purpose, knowingly and intentionally distributed and dispensed a number of pills containing a detectable amount of Oxycodone, a Schedule II controlled substance to several patients, some of whom were under twenty-one years of age.

Bamdad is currently awaiting sentencing.

| | |
|---|---|
| Name: | **BARANWAL, Akhil, MD** |
| City, State: | Douglas, GA |
| Date of Arrest: | 05/09/2008 |
| Date of Conviction: | 04/30/2009 |
| Judicial Status: | Jury Conviction |
| Conviction: | Distribution of controlled substances |
| DEA Registration: | Retired 09/01/2009 |

**Remarks:**

Akhil Baranwal, MD, age 35, of Douglas, GA, was found guilty by a federal jury in the Middle District of Florida (Orlando Division) on two counts of distribution of Schedule IV controlled substances and one count of distribution of Schedule III controlled substances.

According to court documents, Baranwal knowingly and intentionally distributed and dispensed Adipex-P and phentermine, Schedule IV controlled substances, and Phendimetrazine, a Schedule III controlled substance, other than for a legitimate medical purpose and not in the usual course of professional practice.

As a doctor recruited by Jive Network, an organization that used the Internet to unlawfully distribute and dispense prescription drugs to customers, Baranwal reviewed health questionnaire answers provided by customers over the Internet or telephone and approved customer orders for controlled pharmaceuticals solely on the basis of those answers.

Baranwal was sentenced to 27 months in federal prison followed by 3 years supervised release and ordered to pay a special assessment of $300 and a fine of $25,000.

| | |
|---|---|
| Name: | **BARNETT, Randy, MD** |
| City, State: | Philadelphia, PA |
| Date of Arrest: | 01/12/2005 (formal arrest processing delayed until sentencing date) |
| Date of Conviction: | 10/12/2004 |
| Judicial Status: | Pled Guilty |
| Conviction: | Illegal sale of prescription drug samples |
| DEA Registration: | Active |

**Remarks:**

Randy Barnett, MD, age 42, of Philadelphia, PA, pled guilty to one count of illegal sale of prescription drug samples.

According to court records, Barnett delivered thousands of non-controlled prescription drug samples to a pharmacist who, in turn, placed the drug samples into inventory and sold them to patients.  The patient's insurers reimbursed the pharmacist for the drug samples. Barnett was paid approximately $10,000 by the pharmacist for the drug samples.

Barnett was sentenced to in federal court in the Eastern District of Pennsylvania to 24 months probation and ordered to pay a $10,000 fine.

| | |
|---|---|
| Name: | **BARON, David M., MD** |
| City, State: | Pueblo, CO |
| Date of Arrest: | 02/13/2007 |

| | |
|---|---|
| Date of Conviction: | 01/23/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute pharmaceutical controlled substances |
| DEA Registration: | Retired 08/01/2008 |

**Remarks:**

David M. Baron, MD, age 61, of Pueblo, CO, pled guilty in U.S. District Court, Southern District of Florida, to conspiracy to distribute pharmaceutical controlled substances.

According to court documents, Baron was involved with the illegal distribution of Schedule III and Schedule IV controlled pharmaceuticals via the Internet. Baron was paid to review online customer questionnaires and authorize the filling of customer orders for controlled substances. There was no contact between the physician and the customer and therefore no established physician/patient relationship which is required for a valid prescription.

Baron was sentenced to 25 months in federal prison followed by supervised release for a term of three (3) years, and ordered to pay an assessment of $100. An appeal has been filed and further judicial action is pending.

| | |
|---|---|
| Name: | **BARRERA, Carlos Manuel, MD** |
| City, State: | Miami, FL |
| Date of Arrest: | 01/20/2006 |
| Date of Conviction: | 04/20/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute controlled substances; Conspiracy to launder money |
| DEA Registration: | Retired 02/17/2006 |

**Remarks:**

Carlos M. Barrera, MD, age 57, of Miami, FL, pled guilty in federal court to one count of conspiracy to distribute Schedule III and Schedule IV controlled substances, and one count of conspiracy to launder money.

According to court documents, between August and October of 2003 in the Northern District of Iowa, Barrera unlawfully dispensed thousands of dosage units of controlled substances by means of electronic prescriptions outside the usual course of medical practice and without legitimate medical purpose.

Barrera was sentenced to probation for a term of three (3) years with the first six months in home detention and ordered to pay a fine of $10,000 and a special assessment of $200.00. Barrera also forfeited $10,897.50.

| | |
|---|---|
| Name: | **BASS, Harriston, MD** |
| City, State: | Las Vegas, NV |
| Date of Arrest: | 12/20/2006 |
| Date of Conviction: | 03/05/2008 |
| Judicial Status: | Convicted |
| Conviction: | Murder in the second degree; Sale of Schedule II controlled substances; and Unlawful possession with intent to sell Schedule II controlled substances |
| DEA Registration: | Revoked 05/19/2009 |

**Remarks:**

Harriston Bass, MD, age 54, of Las Vegas, NV, was found guilty in the District Court of Clark County, Nevada, of one count murder in the second degree; 49 counts of sale of a controlled substance; and six counts of possession of a controlled substance for purpose of sale.

According to court documents, Bass prescribed controlled substances to young adults and juveniles without a medical indication at their homes and hotels/casinos in Las Vegas. Several young adults overdosed and/or died as a result of Bass' prescribing and dispensing patterns.

Bass was sentenced to ten years to life incarceration, with a credit of 57 days time served. Bass filed an appeal on December 22, 2008.

| | |
|---|---|
| Name: | **BATES, Jeffrey Kent, MD** |
| City, State: | South Charleston, WV |
| Date of Arrest: | 08/31/2006 |
| Date of Conviction: | 08/31/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Obtaining controlled substance by fraud |
| DEA Registration: | Surrendered 05/04/2006 |

**Remarks:**

Jeffrey Kent Bates, MD, age 42, of South Charleston, WV, pled guilty in federal court to one count of obtaining controlled substance by fraud.

According to court documents, from August 2005 and continuing until April 2006, Dr. Bates, knowingly and intentionally acquired and obtained possession of hydrocodone, a schedule III controlled substance, by deception and subterfuge.

Bates was sentenced to three months in prison; one year supervised release, and fined $5000.00.

| | |
|---|---|
| Name: | **BATTLE, Frederick, MD** |
| City, State: | Michigan City, IN |
| Date of Arrest: | 04/12/2004 |
| Date of Conviction: | 10/22/2004 |
| Judicial Status: | Pled Guilty |
| Conviction: | Unlawful dispensing of a Schedule II controlled substance |
| DEA Registration: | Surrendered 03/26/2004 |

**Remarks:**

Frederick Battle, MD, age 72, of Michigan City, IN, pled guilty in U.S. District Court to one count of unlawful dispensing of a Schedule II controlled

substance.

According to court documents, Battle prescribed OxyContin, a Schedule II controlled substance, outside the scope of professional practice to an individual working with law enforcement.

Battle was sentenced to one year probation and ordered to pay an assessment of $100.

| | |
|---|---|
| Name: | **BEDI, Sukhdarshan S., MD** |
| City, State: | Marion, IL |
| Date of Arrest: | 7/10/2009 |
| Date of Conviction: | 11/4/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Obstruction of Justice; Tampering with a Witness; Illegal Dispensation of Controlled Substances – Substance II |
| DEA Registration: | Surrender for Cause 1/16/2009 |

**Remarks:**

Sukhdarshan Bedi, MD of Marion, IL, pled guilty in U.S. District Court, Southern District of Illinois, to two counts Obstruction of Justice; one count Tampering with a Witness, one count Illegal Dispensation of Controlled Substances – Schedule II.

According to court documents, Bedi attempted to obstruct or impede an official proceeding by making false accusations of misconduct against the DEA Diversion Investigator assigned to this case and causing his patient to sign a letter containing false accusations of misconduct against the HHS Special Agent assigned to this case. Bedi did knowingly attempt to use intimidation, threaten and corruptly persuade a laborer who had received a prescription of a controlled substance from Bedi in exchange for work and not in the course of professional practice, by telling the laborer to keep his "mouth shut" to the federal agents during the investigation. And finally, Bedi did knowingly dispense a prescription of 60 Methadone pills to an individual not in the usual course of professional practice.

Bedi was sentenced to 8 months imprisonment, followed by 3 years supervised release. He was also ordered to pay $49,014.82 restitution.

| | |
|---|---|
| Name: | **BEK, Jong H., MD** |
| City, State: | Gary, IN |
| Date of Arrest: | 08/23/2003 |
| Date of Conviction: | 05/27/2005 |
| Judicial Status: | Jury Conviction |
| Conviction: | Illegal distribution; Conspiracy to distribute; Aiding and abetting |
| DEA Registration: | Revoked 02/09/2004 |

**Remarks:**

Jong H. Bek, MD, of Gary, IN, was convicted on 26 of 27 counts for Illegal distribution, conspiracy to distribute controlled substances, and aiding and abetting.

Bek was sentenced to 41 months in prison followed by 2 years supervised release.

| | |
|---|---|
| Name: | **BETHENCOURT, Megaly S., MD** |
| City, State: | Miami, FL |
| Date of Arrest: | 03/22/2005 |
| Date of Conviction: | 04/04/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute Schedule III and IV controlled substances |
| DEA Registration: | Surrendered 12/16/2005 |

**Remarks:**

Megaly S. Bethencourt, MD, age 56, of Miami, FL, pled guilty in federal court to one count of conspiracy to distribute Schedule III and IV controlled substance.

According to court documents, between October 2003 and November 2003, Bethencourt authorized at least 6,060 dosage units of Schedule III and IV controlled substances via the internet. Said prescriptions were not issued for a legitimate medical purpose and not in the usual course of a practitioner's professional practice.

Bethencourt was sentenced to two years probation, six months home detention, and ordered to forfeit $7,710.00.

| | |
|---|---|
| Name: | **BILYEU, Stuart W., DO** |
| City, State: | Southfield, MI |
| Date of Arrest: | 07/20/2005 |
| Date of Conviction: | 04/12/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Unlawful distribution of a controlled substance |
| DEA Registration: | Expired 07/31/2006 |

**Remarks**:

Stuart W. Bilyeu, DO, age 46, of Southfield, MI, pled guilty to the unlawful distribution of hydrocodone, a Schedule III controlled substance.

According to court documents, the defendant admitted that he prescribed without medical necessity or justification quantities of controlled substances to patients.  For example, in October, 2004, the defendant wrote a prescription for #120 Vicodin to an individual, without any good faith attempt to determine the legitimate medical needs of the patient. From January 2003 until May 10, 2005, Bilyeu prescribed without medical necessity or justification 100 dosage units of oxycodone 80mg; 100 dosage units of Dilaudid, 20,000 Schedule III drugs, and 40, 000 Schedule IV drugs.

Bilyeu was sentenced to five years imprisonment, followed by three years of supervised release.

| | |
|---|---|
| Name: | **BISCHOFF, James, MD** |

| | |
|---|---|
| City, State: | Ennis, MT |
| Date of Arrest: | 08/30/2004 |
| Date of Conviction: | 09/20/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Negligent homicide; fraudulently obtaining dangerous drugs; robbery with a weapon |
| DEA Registration: | Revoked 04/14/2005 |

**Remarks**:

James Bischoff, MD, age 48, of Ennis, Montana, pled guilty in state court to negligent homicide and to two counts of fraudulently obtaining dangerous drugs.

Bischoff was sentenced to ten years imprisonment with five years suspended on the first count and was sentenced to six years imprisonment on the additional counts, to be served concurrently.

| | |
|---|---|
| Name: | **BORKSON, Joseph, MD** |
| City, State: | Philadelphia, PA |
| Date of Arrest: | 04/30/2007 |
| Date of Conviction: | 9/02/2008 |
| Judicial Status: | Plead Guilty |
| Conviction: | Conspiracy to Distribute Controlled Substances; Distribution of Controlled Substances and Aiding and Abetting |
| DEA Registration: | Surrendered 06/14/2007 |

**Remarks:**

Joseph Borkson, MD of Philadelphia, PA, plead guilty in U.S. District Court, District of Pennsylvania, to one count Conspiracy to Distribute Controlled Substances; and four counts Distribution of Controlled Substances and Aiding and Abetting.

According to court documents, from around 2001 through February 2007, Borkson operated a prescription "pill mill", at which customers paid Borkson for prescriptions for drugs, without there being any medical necessity for these prescriptions.

Borkson was sentenced to 60 months incarceration, followed by three years supervised release. He was also ordered to forfeit $600,000.

| | |
|---|---|
| Name: | **BLEDSOE, Horace, MD** |
| City, State: | Lexington, SC |
| Date of Arrest: | 08/04/2009 |
| Date of Conviction: | 10/15/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Obtaining Testosterone by Fraud |
| DEA Registration: | Surrender for Cause 10/21/2009 |

**Remarks:**

Horace Bledsoe, MD of Lexington, SC, pled guilty in U.S. District Court, District of South Carolina, to count one of an indictment charging Obtaining Testosterone by Fraud.

According to court documents, on or around October 2, 2008, Bledsoe acquired and obtained possession of a Schedule III Controlled Substance, Testosterone, by fraud.

Bledsoe was sentenced to 3 years probation.

| | |
|---|---|
| Name: | **BRADLEY, Thomas, MD** |
| City, State: | Dubois, PA |
| Date of Arrest: | 01/22/2008 |
| Date of Conviction: | 10/28/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Procure drug for self/other by fraud |
| DEA Registration: | Active |

**Remarks:**

Thomas Bradley, MD, age 57, of Dubois, PA, pled guilty to seven counts procuring drug for self/other by fraud.

According to court documents, during 2007, Bradley obtained for his own personal use controlled substances, such as hydrocodone/acetaminophen, that had been prescribed by Bradley to another person.

Bradley was sentenced to five years probation and ordered to pay $2,100 in fines.

| | |
|---|---|
| Name: | **BRAUN, Robert Z, MD** |
| City, State: | West Hills, CA |
| Date of Arrest: | 10/19/2005 |
| Date of Conviction: | 03/05/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to unlawfully distribute controlled substances |
| DEA Registration: | Retired 11/18/2005 |

**Remarks:**

Robert Z. Braun, MD, age 56, of West Hills, CA, pled guilty in federal court to one count of conspiracy to unlawfully distribute controlled substances.

According to court documents, Braun's license to practice medicine and prescribe controlled substances was revoked by the Medical Board of California in March 2005. Subsequent to that date and up to August 2005, Braun conspired with others to unlawfully distribute and dispense oxycodone, methadone, morphine, and hydromorphone, all Schedule II controlled substances, hydrocodone, a Schedule III controlled substance, and lorazepam, a Schedule IV controlled substance.

Braun was sentenced to seventy (70) months in federal prison followed by probation for a term of three (3) years and ordered to pay a fine of $17,500 and an assessment of $100.00.

| | |
|---|---|
| Name: | **BREGAR, Frank, MD** |
| City, State: | Pittsburgh, PA |
| Date of Arrest: | 10/17/2005 |
| Date of Conviction: | 4/24/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Insurance fraud; Felony Drug Act violation |
| DEA Registration: | Surrendered  6/8/2005 |

**Remarks**:

Frank Bregar, MD, age 52, of Pittsburgh, Pennsylvania, pled guilty in state court to one count of insurance fraud and a felony Drug Act violation. Bregar was sentenced to 23 months intermediate punishment with the first three months on house arrest, followed by 20 months probation.  He was also ordered to perform 100 hours of community service and pay a $5,000 fine.

| | |
|---|---|
| Name: | **BRINDLEY, Milton Lee, MD** |
| City, State: | Augusta, KY |
| Date of Arrest: | 12/22/2008 |
| Date of Conviction: | 10/26/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute controlled substance |
| DEA Registration: | Surrendered 06/19/2007 |

**Remarks:**

Milton Lee Brindley, MD, age 33, of Augusta, KY, pled guilty in U.S. District Court, Eastern District of Kentucky – Northern Division, to one count of conspiracy to distribute a controlled substance.

According to court documents, Brindley conspired with other individuals to unlawfully obtain and distribute Schedule II, III, and IV controlled substances.  Brindley wrote prescriptions for the controlled pharmaceuticals in return for cash payments and other inducements.  The prescriptions were not issued for a legitimate medical purpose and were written outside the usual course of medical practice.  These prescriptions resulted in the illegal distribution of approximately 45.6 grams of Schedule II controlled substances; over 40,000 units of Schedule III controlled substances; and over 40,000 units of Schedule IV controlled substances.  The conversion of these substances into marijuana equivalents result in an amount of 365.51 kilograms of marijuana.

Brindley was sentenced to federal prison for a term of 71 months followed by 3 years of supervised release and ordered to pay a special assessment of $100.

| | |
|---|---|
| Name: | **BROADNAX, Walter, MD** |
| City, State: | Cincinnati, OH |
| Date of Arrest: | 05/11/2007 |
| Date of Conviction: | 11/13/2007 |
| Judicial Status: | Plead Guilty |
| Conviction: | Conspiring to unlawfully distribute and possess with intent to distribute certain controlled substances; Willfully failing to pay over certain employment taxes |
| DEA Registration: | Retired 01/07/2008 |

**Remarks:**

Walter Broadnax, MD, age 50, of Cincinnati, OH, plead guilty to one count conspiring to unlawfully distribute and possess with intent to distribute certain controlled substances and one count willfully failing to pay over certain employment taxes.

According to court documents, Broadnax operated a sole proprietorship known as "The Pain Management Group".  He participated in the conspiracy by writing prescriptions, at the direction of his co-conspirators, for OxyContin and Percocet to persons that were not patients of Dr. Broadnax, who had not been medically examined, and who were not in need of the medication.  In addition, Broadnax failed to file the quarterly employment tax returns and to pay over the collected employment taxes to the Internal Revenue Service.

Broadnax was sentenced to five years probation and ordered to pay $145,691.00 in restitution.

| | |
|---|---|
| Name: | **BROWN, Michael R., MD** |
| City, State: | Mashpee, MA |
| Date of Arrest: | 08/22/2005 |
| Date of Conviction: | 07/20/2007 |
| Judicial Status: | Jury Conviction |
| Conviction: | Distribution of a controlled substance; Medicaid fraud; possession; larceny |
| DEA Registration: | Retired 09/20/2005 |

**Remarks:**

Michael R. Brown, MD, age 52, of Mashpee, MA, was found guilty in Barnstable Superior Court, Commonwealth of Massachusetts, on seventeen counts of distribution of a controlled substance; ten counts of Medicaid fraud; one count of possession of a controlled substance; and one count of larceny.

Brown was sentenced to 2 ½ to 3 years in state prison followed by five years probation.

| Name: | **BUSH, Irving, MD** |
|---|---|
| City, State: | Elgin, IL |
| Date of Arrest: | 07/11/2008 |
| Date of Conviction: | 12/04/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Unlawful Delivery of a Controlled Substance |
| DEA Registration: | Surrendered 09/11/2008 |

**Remarks:**

Irving Bush, MD, age 74, of Elgin, IL, pled guilty to Unlawful Delivery of a Controlled Substance.

According to court documents, Bush knowingly delivered a substance containing alprazolam, a controlled substance without a legitimate medical purpose.

Bush was sentenced to 30 months probation and order to pay a $1000 fine.

| Name: | **CANNELLA, Louis, MD** |
|---|---|
| City, State: | Menominee, MI |
| Date of Arrest: | 7/30/2008 |
| Date of Conviction: | 01/12/2009 |
| Judicial Status: | Plead Guilty |
| Conviction: | Unlawful Distribution of an Unspecified Quantity of Controlled Substances |
| DEA Registration: | Surrendered 12/01/2006 |

**Remarks:**

Louis Cannella, MD, age 62, of Menominee, MI, pled guilty to one count Unlawful Distribution of an Unspecified Quantity of Controlled Substances.

According to court documents, between January 20, 2006 and June 2, 2006, Cannella knowingly, intentionally distributed and dispensed to another person, various controlled substances, including Methadose, a Schedule II controlled substance. Although not a dentist, Cannella distributed and dispensed 948 10mg Methadose wafers to another person to treat a self-reported chronic toothache.

Cannella was sentenced to 48 months incarceration (based on relevant conduct), followed by three years supervised release.

| Name: | **CASTELLANOS, Agustin M., MD** |
|---|---|
| City, State: | Palm Beach Garden, FL |
| Date of Arrest: | 02/22/2006 |
| Date of Conviction: | 07/25/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to commit health care fraud |
| DEA Registration: | Surrendered 05/29/2007 |

**Remarks:**

Agustin M. Castellanos, MD, age 51, of Palm Beach Gardens, FL, pled guilty in federal court to one count of conspiracy to commit health care fraud.

According to court documents, Castellanos knowingly allowed a licensed pharmacist to use his name in submitting false and fraudulent prescription drug claims for Ketamine HCL and other prescription medications to private health insurance companies.  In exchange for allowing the pharmacist to use his name, Castellanos received prescription drugs, including hydrocodone.

Castellanos was sentenced to thirty-six months imprisonment and three years supervised release.

| Name: | **CAVINESS, Paul H., MD** |
|---|---|
| City, State: | Middleton, PA |
| Date of Arrest: | 06/07/2007 |
| Date of Conviction: | 11/14/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Possession with Intent to Deliver and Criminal Conspiracy to Engage in Delivery |
| DEA Registration: | Surrendered 06/08/2007 |

**Remarks:**

Paul Caviness, MD, age 49, of Middleton, PA, pled guilty to two charges: Possession with Intent to Deliver and Delivery of Controlled Substances; and Criminal Conspiracy to Possess with Intent to Deliver and Delivery of Controlled Substances.

According to court documents, from January 2006 to June 2007, Caviness ordered large sums of various Controlled Substances, rarely used in dermatology, Caviness' medical specialty. Caviness admitted he ordered the drugs to sell them for money.

Caviness was sentenced to a period of 9 to 23 months incarceration, followed by 3 years of probation.

| Name: | **CHAIT, Michael, MD** |
|---|---|

| | |
|---|---|
| City, State: | Sag Harbor, NY |
| Date of Arrest: | 03/13/2007 |
| Date of Conviction: | 04/03/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy in the second degree; Grand larceny; and criminal possess of a controlled substance |
| DEA Registration: | Surrendered 08/13/2008 |

**Remarks:**

Michael Chait, MD, age 49, of Sag Harbor, NY, pled guilty in the Suffolk County Court one count Conspiracy in the Second Degree; one count Grand Larceny; and one count Criminal Possession of a Controlled Substance.

According to court documents, Chait prescribed hundreds of prescriptions for controlled substances, particularly OxyContin and Dilaudid, to new "patients" for conditions he made no attempt to verify, without making bona fide inquiries into whether the patients had previous experience with these drugs or other opiates, and without determining whether the dosages prescribed would be safe to take alone or in combination with other substances the patient might be ingesting.

Chait was sentenced to 3 years in prison, followed by 5 years supervised parole.

| | |
|---|---|
| Name: | **CHAUDHRY, Aziz, MD** |
| City, State: | Philadelphia, PA |
| Date of Arrest: | 10/11/2006 |
| Date of Conviction: | 06/24/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute and distribution of controlled substances |
| | Fraud against the Social Security Administration |
| DEA Registration: | Surrendered 01/22/2007 |

**Remarks:**

Aziz Chaudhry, MD, age 59, of Philadelphia, PA, pled guilty in U.S. District Court, Eastern District of Pennsylvania, to one count of conspiracy to distribute controlled substances; two counts of distribution of controlled substances; and one count of fraud against the Social Security Administration.

According to court documents, Chaudhry operated the Family Medical Center ("FMC") in Philadelphia, PA.  Although it purported to be a medical clinic, FMC was in actuality a "pill mill" at which so-called patients ("customers") could, for a fee, obtain medical prescriptions for Schedule III, IV, and V controlled substances without there being any medical necessity for these prescriptions.  Chaudhry allowed customers to obtain prescriptions under multiple false names as long as the customer initially provided some sort of identification in each false name so that FMC could establish a "patient file."  Chaudhry would also sometimes write prescriptions for customers, and then direct those customers to fill the prescriptions at local pharmacies and bring the pills back to FMC where Chaudhry would sell the pills.

Chaudhry also pled guilty to concealing and failing to report an event that he knew affected his initial and continued right to obtain payment under Title II of the Social Security Act, that is, his return to employment, in order to fraudulently secure payment when no payment was authorized.

Chaudhry was sentenced to prison for a term of 15 months followed by supervised release for two years, and ordered to pay a special assessment of $400, a fine of $7,500, and restitution in the amount of $59,684 to the Social Security Administration.  Chaudhry was also ordered to forfeit over $1 million in cash and properties that were the proceeds of his sales of fraudulent prescriptions.

| | |
|---|---|
| Name: | **CHENG, PAUL P., MD** |
| City, State: | Enid, OK |
| Date of Arrest: | 10/25/2006 |
| Date of Conviction: | 07/27/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Knowingly and intentionally distributed a Schedule IV controlled substance |
| DEA Registration: | Surrendered 09/20/2007 |

**Remarks:**

Paul P. Cheng, MD, age 49, of Enid, OK, pled guilty in federal court to one count of knowingly and intentionally distributing a Schedule IV controlled substance.

According to court documents, Cheng was an anesthesiologist licensed to practice in the State of Oklahoma.  In February 2006, Cheng provided a prescription for alprazolam, a Schedule IV controlled substance, to an individual who was not one of his patients and with whom he did not have a doctor-patient relationship.

Cheng was sentenced to probation for a term of two (2) years, 104 hours of community service, and ordered to pay a fine of $17,500 and an assessment of $100.

| | |
|---|---|
| Name: | **CHUA, Noel N., MD** |
| City, State: | Kingsland, GA |
| Date of Arrest: | 09/13/2006 |
| Date of Conviction: | 10/20/2007 |
| Judicial Status: | Jury Conviction |
| Conviction: | Felony Murder |
| DEA Registration: | Retired 09/01/2009 |

**Remarks**:

Noel N. Chua, MD, age 46, of Kingsland, GA, was found guilty by a jury in the Superior Court of Camden County, State of Georgia, of violating the Georgia Controlled Substances Act, the result of which was the death of an individual.

According to court documents, Chua prescribed or ordered multiple controlled substances for the victim, said prescriptions not being for legitimate medical purpose and said act not being in the usual course of Chua's professional practice.

Chua was sentenced to life in prison.

| | |
|---|---|
| Name: | **CHUBE, Charles Randall, MD** |
| City, State: | Gary, IN |
| Date of Arrest: | 10/25/2004 |
| Date of Conviction: | 05/01/2006 |
| Judicial Status: | Jury Conviction |
| Conviction: | Distribution of a controlled substance outside the scope of professional practice |
| DEA Registration: | Surrendered 05/27/2006 |

**Remarks**:

Charles Chube was found guilty by a federal jury of one count of distribution of a controlled substance outside the scope of professional practice and not for a legitimate medical purpose.  He was sentenced to be imprisoned for a term of 60 months followed by 2 years supervised release.

| | |
|---|---|
| Name: | **CHUBE, David, MD** |
| City, State: | Gary, IN |
| Date of Arrest: | 10/25/2004 |
| Date of Conviction: | 05/01/2006 |
| Judicial Status: | Jury Conviction |
| Conviction: | Distribution of a controlled substance outside the scope of professional practice; Healthcare fraud |
| DEA Registration: | Surrendered 05/27/2006 |

**Remarks**:

David Chube was found guilty by a federal jury of four counts of distribution of a controlled substance outside the scope of professional practice and not for a legitimate medical purpose; and two counts of healthcare fraud.  He was sentenced to be imprisoned for a term of 188 months followed by 3 years supervised release.

| | |
|---|---|
| Name: | **CLARK, Cordell, MD** |
| City, State: | Dallas, TX |
| Date of Arrest: | 04/23/2003 |
| Date of Conviction: | 10/09/2003 |
| Judicial Status: | Pled Guilty |
| Conviction: | Fraudulent use of a controlled substance registration |
| DEA Registration: | Revoked 10/17/2003 |

**Remarks:**

Cordell Clark, MD, pled guilty in State Criminal Court in Texas to fraudulently using a DEA controlled substance registration that had previously been suspended to prescribe dihydrocodeine.

Clark was sentenced to 10 years community supervision and ordered to pay a fine of $5,000.

| | |
|---|---|
| Name: | **CONNOLLY, Christine Ann, MD** |
| City, State: | Littleton, CO |
| Date of Arrest: | 3/11/2008 |
| Date of Conviction: | 12/09/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Possession of a Controlled Substance – Schedule II |
| DEA Registration: | Suspended 3/12/2008 |

**Remarks:**

Christine Ann Connolly, MD, age 45, of Littleton, CO, pled guilty in First Judicial District of Colorado to one count of possession of a controlled substance.

According to the court documents, Connolly prescribed a controlled substance, specifically oxycodone, to a known drug dependent patient, outside the usual course of medical practice and not for legitimate medical purposes.

Connolly was sentenced to one year probation.

| | |
|---|---|
| Name: | **CRAKE, Robert J, DO** |
| City, State: | Wheeling, WV |
| Date of Arrest: | 03/20/2008 |
| Date of Conviction: | 06/30/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Unlawful possession of a controlled substance |
| DEA Registration: | Active |

**Remarks:**

Robert J. Crake, DO, age 40, of Wheeling, WV, pled guilty in U.S. District Court, Southern District of West Virginia, to one count of unlawfully, knowingly, and intentionally possessing controlled substances, namely phentermine, a Schedule IV controlled substance, which was not obtained directly or pursuant to a valid prescription or order from a practitioner while acting in the course of the practitioner's professional practice or as otherwise authorized.

Crake was sentenced to probation for a term of 36 months and ordered to pay a special assessment of $25 and a fine of $1,000.

| | |
|---|---|
| Name: | **CROUTHAMEL, Matthew R., MD** |
| City, State: | Seattle, WA |
| Date of Arrest: | 12/07/2007 |

| | |
|---|---|
| Date of Conviction: | 03/07/2008 |
| Judicial Status: | Guilty Plea |
| Conviction: | Aiding and abetting unlawful acquisition of a controlled substance |
| DEA Registration: | Retired 12/07/2007 |

**Remarks:**

Matthew R. Crouthamel, MD, age 29, of Seattle, WA, pled guilty in federal court to one count of aiding and abetting unlawful acquisition of a controlled substance.

According to court documents, Crouthamel provided blank prescription scripts to others, knowing that the scripts would be forged and used to unlawfully acquire oxycodone, a Schedule II controlled substance.

Crouthamel was sentenced to three years probation and ordered to pay an assessment of $100.

| | |
|---|---|
| Name: | **CRUZ-LOPEZ, Pablo, MD** |
| City, State: | Ponce, PR |
| Date of Arrest: | 05/01/2008 |
| Date of Conviction: | 11/21/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to Commit Mail Fraud |
| DEA Registration: | Surrendered 05/06/2009 |

**Remarks:**

Pablo Cruz-Lopez, MD, age 48, of Ponce, PR, pled guilty in U.S. District Court, District of Puerto Rico, to one count Conspiracy to Commit Mail Fraud.

According to court documents, Cruz-Lopez worked with an internet facilitation center to prescribe non-controlled substances for various internet customers, who lived in states across the continental United States. Cruz-Lopez had no face-to-face contact with these customers, nor was he licensed to practice medicine in the states where the internet customers were located. The prescriptions were made after only an alleged internet consultation.

Cruz-Lopez was sentenced to 12 months and one day incarceration, followed by three years supervised release. He was also ordered to forfeit $67,270.00.

| | |
|---|---|
| Name: | **CULLINS, Suzette, MD** |
| City, State: | New Orleans, LA |
| Date of Arrest: | 04/12/2005 |
| Date of Conviction: | 07/25/2006 |
| Judicial Status: | Jury Conviction |
| Conviction: | Illegal dispensing of controlled substances |
| DEA Registration: | Retired 08/01/2009 |

**Remarks:**

Suzette Cullins, MD, age 45, was found guilty by a federal jury on one count of conspiracy to illegally dispense controlled substances and five counts of illegally dispensing controlled substances. According to court documents, Cullins, a staff physician at three pain management clinics (Scherer's Clinics), engaged in a sham operation in which individuals obtained controlled substance pharmaceuticals without regard for medical necessity.

According to court documents, prosecutors presented evidence that Cullins and a co-defendant allowed the same individual patients to receive overlapping prescriptions from each of the three Scherer's Clinics.  In one instance, over a hundred day period, the same person received twenty prescriptions, each for a twelve to fourteen day supply of hydrocodone, Xanax and Soma.

Cullins was sentenced to 60 months in federal prison followed by three years supervised release and ordered to pay an assessment of $600 and a fine of $7,500.

| Name: | **DAVIS, John Blevins, MD** |
|---|---|
| City, State: | Winston Salem, NC |
| Date of Arrest: | 10/09/2007 |
| Date of Conviction: | 06/04/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Obtaining and attempting to obtain possession of a controlled substance by fraud |
| DEA Registration: | Retired 02/13/2006 |

**Remarks:**

John Blevins Davis, MD, age 54, of Winston Salem, NC, pled guilty in U.S. District Court, Middle District of North Carolina, to one count of obtaining and acquiring possession of a controlled substance by misrepresentation, deception and subterfuge, and one count of attempting to obtain and acquire possession of a controlled substance by misrepresentation, deception and subterfuge.

According to court documents, Davis forged another doctor's signature on a stolen prescription pad in order to obtain hydrocodone, a Schedule III controlled substance.

Davis was sentenced to three years probation and ordered to pay a special assessment of $200, a fine of $5,000, and $257.42 in restitution to Blue Cross Blue Shield of North Carolina.

| Name: | **DAYANANDA, Dewundara P., MD** |
|---|---|
| City, State: | Waterford, MI |
| Date of Arrest: | 10/15/2003 |
| Date of Conviction: | 07/26/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Delivery / manufacture of controlled substances |
| DEA Registration: | Surrendered 11/04/2005 |

**Remarks:**

Dewundara P. Dayananda, MD, age 57, pled guilty in the State of Michigan 6th Judicial Circuit to eight counts of illegal delivery / manufacture of a controlled substance.

According to court documents, Dr. Dayananda prescribed Vicodin and OxyContin, controlled substances, for other than legitimate and professionally recognized therapeutic or scientific purposes or outside the scope of the practitioner's practice.

Dayananda was sentenced to four years probation and ordered to pay a $10,000 fine and court costs and fees.

| Name: | **DEHART, Gail E, MD** |
|---|---|
| City, State: | Gouverneur, NY |
| Date of Arrest: | 05/18/2005 |
| Date of Conviction: | 02/22/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Criminal Sale of a Prescription for a controlled substance |
| DEA Registration: | Surrendered 10/06/2006 |

**Remarks:**

Gail E. Dehart, MD, age 54, of Gouverneur, NY, pled guilty to criminal sale of a prescription for a controlled substance.

According to court documents, between May 24, 2004 and September 14, 2004, Dehart did knowingly and unlawfully sell, or cause to be given, four separate prescriptions for Methadone, a Schedule II Controlled Substance.  The prescriptions were provided to an individual in violation of federal and New York State law and regulations and were not provided in good faith in the course of Dehart's professional medical practice.

 Dehart was sentenced to five years probation.

| Name: | **DELOACH, Betty, MD** |
|---|---|
| City, State: | Shreveport, LA |
| Date of Arrest: | 04/12/2005 |
| Date of Conviction: | 04/17/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Misprision (concealment) of a felony |
| DEA Registration: | Surrendered 04/12/2005 |

**Remarks:**

Betty DeLoach, MD, age 68, pled guilty in federal court to one count of misprision of a felony.

According to court documents, DeLoach was employed by Advanced Pain Management at clinics located in Metairie, Slidell, and Gretna, LA.  During her employment, DeLoach was aware of the clinics' operations and practices including the issuance of controlled substance prescriptions without medical necessity or not in the course of usual medical practice and the scheduling and treatment of hundreds of patients per day, often seen by one doctor, and the clinics' failure to comply with medical standards applicable to pain management.

Despite this knowledge, DeLoach failed to notify any authorities or to disclose the information in meetings with agents of the Drug Enforcement Administration.

DeLoach was sentenced to six months in federal prison followed by one year of supervised release and ordered to pay a fine of $5,000 and an assessment of $100.00.

| Name: | **DELP, William, DO** |
|---|---|
| City, State: | Bethlehem, PA |
| Date of Arrest: | 11/05/2003 |
| Date of Conviction: | 01/20/2005 |

| | |
|---|---|
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy; illegal prescribing |
| DEA Registration: | Surrendered 01/23/2003 |

**Remarks:**

William Delp, DO, age 75, of Bethlehem, PA, pled guilty in state court to conspiracy and illegal prescribing of controlled substances.

According to court documents, between January 1999 and January 2003, Delp did knowingly, intentionally, and unlawfully administer, dispense, deliver, and/or prescribe controlled substances outside the scope of a doctor/patient relationship. Delp did not act in good faith or in accordance with accepted treatment principles accepted by a responsible segment of the medical profession.  Delp conspired with individuals with the intent of promoting or facilitating the commission of a crime of obtaining controlled substances by fraud, deceit, misrepresentation and subterfuge.

Delp was sentenced to 12-24 months incarceration followed by 24 months of probation and fined $5,000.

| | |
|---|---|
| Name: | **DEUNDARA, Patabendige S., MD** |
| City, State: | Waterford, MI |
| Date of Arrest: | 10/15/2003 |
| Date of Conviction: | 07/26/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Delivery / manufacture of controlled substances |
| DEA Registration: | Surrendered 11/04/2005 |

**Remarks:**

Patabendige S. Deundara, MD, age 51, pled guilty in the State of Michigan 6th Judicial Circuit to seven counts of illegal delivery / manufacture of a controlled substance.

According to court documents, Dr. Deundara prescribed Vicodin and OxyContin, controlled substances, for other than legitimate and professionally recognized therapeutic or scientific purposes or outside the scope of the practitioner's practice.

Deundara was sentenced to four years probation and ordered to pay a $10,000 fine and court costs and fees.

| | |
|---|---|
| Name: | **DEWILDE, Steven B., DO** |
| City, State: | St. Clair, MI |
| Date of Arrest: | 11/25/2003 |
| Date of Conviction: | 04/26/2004 |
| Judicial Status: | Pled No Contest |
| Conviction: | Illegal manufacturing and delivery of a prescription |
| DEA Registration: | Surrendered 06/15/2004 |

**Remarks:**

Steven B. DeWilde, DO, age 43, pled no contest in a State of Michigan Circuit Court to three counts of illegal manufacture and delivery of a prescription.

DeWilde was sentenced to 12 months in jail, 60 months probation, and ordered to enter a drug treatment program.

| | |
|---|---|
| Name: | **DIAZ, Mario Alberto, MD** |
| City, State: | Miami, FL |
| Date of Arrest: | 03/23/2006 |
| Date of Conviction: | 03/23/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to Distribute Schedule III and IV controlled substances and Conspiracy to Launder Money |
| DEA Registration: | Surrendered 05/20/2004 |

**Remarks:**

Mario Alberto Diaz, MD, age 55, of Miami, FL, pled guilty in federal court to one count of conspiracy to distribute schedule III and IV controlled substances and one count of conspiracy to launder money.

According to court documents, between April 2003 and October 2003, Dr. Diaz authorized at least 53,125 dosage units of Schedule III controlled substances and 17,890 dosage units of Schedule IV controlled substances via the internet.  Said prescriptions were not issued for a legitimate medical purpose and not in the usual course of a practitioner's professional practice.

Diaz was sentenced to 30 months in prison; two years supervised release; and ordered to forfeit $272,061.00.

| | |
|---|---|
| Name: | **DIETRICH, Peter Scott, MD** |
| City, State: | Sacramento, CA |
| Date of Arrest: | 01/14/2009 |
| Date of Conviction: | 11/19/2009 |
| Judicial Status: | Pled Nolo Contendere |
| Conviction: | Unlawfully Issue a Prescription for a Controlled Substance; Unlawfully and Knowing Prescribe, Administer, Dispense and Furnish a Controlled Substance |
| DEA Registration: | Surrender 03/10/2009 |

**Remarks:**

Peter Dietrich, MD of Sacramento, CA, pled nolo contendere on two counts of Unlawfully Issue a Prescription for a Controlled Substance; and two counts Unlawfully and Knowing Prescribe, Administer, Dispense and Furnish a Controlled Substance (not in the regular practice of the defendant's profession).

Dietrich was sentenced to 60 days in jail; however, imposition of judgment and sentence were suspended.  Dietrich was placed on formal probation for a period of 4 years. Dietrich was ordered to complete 600 hours community service. He was also ordered to a restitution fine of $800.

| | |
|---|---|
| Name: | **DODGE, Jack, MD** |
| City, State: | Mitchell, SD |
| Date of Arrest: | 8/30/2005 |
| Date of Conviction: | 4/26/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to possess with intent to distribute a controlled substance |
| DEA Registration: | Surrendered  12/16/2004 |

**Remarks:**

Jack Dodge, age 48, of Mitchell, SD, pled guilty in federal court to one count of conspiracy to possess with intent to distribute a controlled substance.

According to court records, between June, 2003 and October, 2004, Dodge wrote multiple prescriptions for OxyContin for other individuals outside the scope of his legitimate doctor/patient relationship in return for receiving all or a portion of the prescription drugs back from the others.

Dodge was sentenced to 60 months imprisonment, to be followed by three years supervised release.

| | |
|---|---|
| Name: | **DOMINIQUE, Jean C., MD** |
| City, State: | Tampa, FL |
| Date of Arrest: | 05/05/2006 |
| Date of Conviction: | 05/05/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to Possess with Intent to Distribute Hydrocodone |
| DEA Registration: | Surrendered 08/05/2004 |

**Remarks:**

Jean C. Dominique, MD, age 59, of Tampa, FL, pled guilty in federal court to one count of conspiracy to possess with intent to distribute hydrocodone.

According to court documents, after being hired by a pharmaceutical website, Dominique permitted various physician's assistants to use his DEA registration number to authorize controlled substance prescriptions and refills.  In some instances, Dominique never spoke with the on-line patients or received medical records confirming their reported condition.  Dominique and the physician's assistants would receive a commission for each prescription filled.  In addition to the initial prescription, patients would automatically receive two or three refills for controlled substances.

Dominique was sentenced to five years probation, 300 hours of community service, and ordered to forfeit $380,507.

| | |
|---|---|
| Name: | **DOUGLAS, Kelvin Lynn, MD** |
| City, State: | Jackson, TN |
| Date of Arrest: | 10/31/2007 |
| Date of Conviction: | 09/29/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Omitted required reporting to the DEA of the distribution of hydrocodone |
| DEA Registration: | Surrendered 09/24/2007 |

**Remarks:**

Kelvin L. Douglas, MD, age 55, of Jackson, TN, pled guilty in federal court, admitting that he knowingly and intentionally omitted reporting to the Drug Enforcement Administration the distribution of hydrocodone as required by law.

Douglas was sentenced to time served followed by supervised release for a term of 6 months, ordered to pay a special assessment of $100, and fined $1,000.

| | |
|---|---|
| Name: | **DURFEY, John Q., MD** |
| City, State: | Panama City, FL |
| Date of Arrest: | 12/13/2006 |
| Date of Conviction: | 08/30/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Health care fraud; illegal dispensing of controlled substances |
| DEA Registration: | Expired 06/30/2007 |

**Remarks:**

John Q. Durfey, MD, age 77, of Panama City, FL, pled guilty in federal court to six counts of health care fraud and six counts of illegally dispensing, and causing to be dispensed, controlled substances.

According to court documents, Dr. Durfey submitted claims for medical services and procedures that were not provided and were not medically necessary.  By issuing prescriptions for controlled substances that were not based upon medical necessity, Durfey also  caused pharmacies to obtain money from health care benefit programs by causing the pharmacies to file claims for filling prescriptions for controlled substances that were false and fraudulent in that the prescriptions were issued outside the usual course of professional practice, and for which Durfey lacked any documentation in patient files justifying the prescriptions, thus making the prescriptions not authorized for the pharmacies to obtain reimbursement.  Durfey also knowingly and intentionally dispensed, and caused to be dispensed, quantities of oxycodone, methadone, diazepam, fentanyl, morphine, and hydrocodone without determining a medical necessity and outside the usual course of professional practice.

Durfey was sentenced to federal prison for a term of 240 months followed by three years of supervised release.  Durfey was also ordered to pay an assessment of $1,200.00 and to make restitution in the amount of $466,723.03 to Blue Cross/Blue Shield, Tricare, Medicaid and Medicare.

| | |
|---|---|
| Name: | **DURGAPPA, Janardhanna, MD** |
| City, State: | Coral Springs, FL |
| Date of Arrest: | 04/05/2006 |
| Date of Conviction: | 08/08/2008 |

| | |
|---|---|
| Judicial Status: | Pled No Contest |
| Conviction: | Unlawful Operation of a Pharmacy without a License |
| DEA Registration: | Surrendered 01/31/2008 |

**Remarks:**

Janardhanna Durgappa, MD, age 42, of Coral Springs, FL, pled no contest to Unlawful Operation of a Pharmacy without a License.

According to court documents, from January 1, 2005 to February 4, 2005, Durgappa unlawfully filled prescriptions without holding an active license as a pharmacist in the state of Florida. In addition, Durgappa owned and operated a pharmacy, in which no licensed personnel were employed.

Durgappa was sentenced to 12 months probation and voluntarily relinquished his Florida medical license, agreeing never again to apply for licensure in the State of Florida.

| | |
|---|---|
| Name: | **EATOUGH, Philip B., DO** |
| City, State: | Middleton, NJ |
| Date of Arrest: | 10/11/2007 |
| Date of Conviction: | 03/30/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Distribution; Possession with intent to distribute |
| DEA Registration: | Expired 08/31/2008 |

**Remarks:**

Philip B. Eatough, DO, age 60, of Middleton, NJ, pled guilty in the U.S. District Court of New Jersey to one count of conspiracy to launder the proceeds of illegal drug transactions; and two counts of possession with intent to distribute controlled substances

According to court documents, Eatough unlawfully prescribed excessive amounts of controlled substances in return for payments from patients.

Eatough was sentenced to federal prison for a term of 41 months followed by three years of supervised release, and ordered to pay a fine of $9,000.

| | |
|---|---|
| Name: | **EICHER, Mary Jane, DO** |
| City, State: | St. Petersburg, FL |
| Date of Arrest: | 05/22/2006 |
| Date of Conviction: | 01/25/2007 |
| Judicial Status: | Nolo Contendere |
| Conviction: | Delivery of a controlled substance; practicing medicine without a license |
| DEA Registration: | Surrendered 05/22/2006 |

**Remarks:**

Mary Jane Eicher, age 71, of St. Petersburg, FL, pled nolo contendere (no contest) to two counts of delivery of a controlled substance, and two counts of unlicensed practice of Healthcare Profession.

Eicher was sentenced to 36 months probation.

| | |
|---|---|
| Name: | **EMERSON, Paul H, DO** |
| City, State: | Taylor, MI |
| Date of Arrest: | 08/29/2007 |
| Date of Conviction: | 01/27/2009 |
| Judicial Status: | Guilty Plea |
| Conviction: | Conspiracy to distribute controlled substances; Distribution of controlled substances resulting in death |
| DEA Registration: | Retired 03/13/2007 |

**Remarks:**

Paul Howard Emerson, DO, age 50, of Taylor, MI, agreed to enter a plea of guilty in the Eastern District of Michigan to one count of conspiracy to distribute controlled substances, and one count of distribution of controlled substances resulting in death.

According to the plea agreement, Emerson operated the "Emerson Medical Clinic" in Taylor, MI. As part of his illicit activities, and while acting outside the course of legitimate medical practice and for no legitimate medical purpose, Emerson would falsify, and direct and instruct others to falsify, patient files; prescribe controlled pharmaceuticals in such combinations as were likely to cause death or injury; prescribe or approve the prescription of controlled substances without performing an appropriate physical examination and without determining medical necessity; prescribe controlled substances at such strength, frequencies, and amounts as were likely to cause and did cause patients to become dependant on the medications; and prescribe controlled substances and prescription drugs to persons that Emerson knew were addicted to controlled substances, abused controlled substances, and/or illegally distributed the controlled substances. Emerson also provided various controlled substance prescriptions in exchange for sexual favors.

Prescriptions illegally provided by Emerson, as described above, included Schedule II drugs oxycodone, methadone hydrochloride, and hydromorphone; Schedule III drugs hydrocodone bitartrate and buprenorphine; and Schedule IV drugs alprazolam, diazepam, and propoxyphene. Emerson distributed methadone hydrochloride to one individual without performing a proper assessment, without trying alternate methods of pain relief, without an individualized treatment plan, and without close monitoring and regular reassessment, which resulted in the death of that individual due to methadone intoxication.

Emerson is scheduled to be sentenced in March 2010.

| | |
|---|---|
| Name: | **FASWALA, Munir Hussain, MD** |
| City, State: | Millville, NJ |
| Date of Arrest: | 02/16/2005 |
| Date of Conviction: | |
| Judicial Status: | Trial Pending |
| Conviction: | |
| DEA Registration: | Expired 09/30/2006 |

**Remarks:**

Munir Hussain Faswala, MD, age 50, of Millville, NJ was arrested by the Millville Police Department on February 16, 2005, and charged with four counts of illegal distribution of a controlled substance; three counts of transaction with property from criminal activities; and three counts of distribution of prescription drugs.

On March 29, 2006, Faswala was indicted in the Superior Court of New Jersey, Cumberland County on four counts of Conspiracy to Obtain a Controlled Dangerous Substance by Fraud-Third Degree; and one count of Financial Facilitation-Second Degree. Faswala was scheduled to appear for a Pre-Arraignment Hearing on April 11, 2006, but failed to appear. A bench warrant was subsequently issued for his arrest.

Currently, Faswala is a fugitive. Anyone who has information pertaining to Faswala's whereabouts is encouraged to contact the nearest Drug Enforcement Administration office or the Millville Police Department.

| | |
|---|---|
| Name: | **FERNANDO, Samuel Cube, MD** |
| City, State: | Justice, IL |
| Date of Arrest: | 11/30/2006 |
| Date of Conviction: | 08/23/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Delivery of a controlled substance |
| DEA Registration: | Retired 10/12/2006 |

**Remarks:**

Samuel Cube Fernando, MD, age 62, of Justice, IL, entered a voluntary plea of guilty in the Circuit Court of Cook County, Illinois, to one count of delivery of the controlled substance hydrocodone (50 grams or more but less than 200 grams), a Class 1 felony.

Fernando was sentenced to probation for a term of two years.

| | |
|---|---|
| Name: | **FISCHER, David V., MD** |
| City, State: | New Carlisle, IN |
| Date of Arrest: | 04/05/2004 |
| Date of Conviction: | 09/17/2004 |
| Judicial Status: | Pled Guilty |
| Conviction: | Illegal dispensing of a controlled substance |
| DEA Registration: | Surrendered 03/26/2004 |

**Remarks:**

David V. Fischer, MD, age 38, pled guilty in United States District Court to one count of illegal dispensing of a controlled substance.

According to court documents, Fischer knowingly and intentionally dispensed a mixture and substance containing OxyContin to an undercover police officer without any legitimate medical need and outside the scope of professional practice.

Fischer was sentenced to 24 months in a federal prison followed by three years supervised probation.

| | |
|---|---|
| Name: | **FLETCHER, Christopher W., MD** |
| City, State: | Nashville, TN |
| Date of Arrest: | 09/19/2005 |
| Date of Conviction: | 09/19/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Causing a controlled substance to be dispensed without a written prescription |
| DEA Registration: | Expired 09/30/2003 |

**Remarks:**

Christopher W. Fletcher, MD, age 50, pled guilty to one count of causing a controlled substance to be dispensed without a written prescription.

According to court documents, while employed as the Medical Director for the Corrections Corporation of America, Fletcher provided prescriptions to co-workers for hydrocodone and oxycodone, schedule II controlled substances. At the direction of Dr. Fletcher, his co-workers had the prescriptions filled at local pharmacies and then gave the controlled substances to Fletcher for his own use.

Fletcher was sentenced to three years probation and ordered to pay a $5,000 fine.

| | |
|---|---|
| Name: | **FRIEDES, Lawrence (Larry) M., MD** |
| City, State: | St. Augustine, FL |
| Date of Arrest: | 02/21/2007 |
| Date of Conviction: | 02/11/2008 |
| Judicial Status: | Guilty Plea |
| Conviction: | Trafficking in hydrocodone; Writing a prescription for monetary benefit |
| DEA Registration: | Retired 02/23/2007 |

**Remarks:**

Lawrence (Larry) M. Friedes, MD, age 47, of St. Augustine, FL, pled guilty in the Seventh Judicial Circuit Court, St. Johns County, FL, to two counts of

trafficking in hydrocodone (28 grams or more) and one count of writing a prescription for monetary benefit.

According to court documents, Friedes knowingly and unlawfully sold an amount of hydrocodone consistent with trafficking to a confidential informant. The transaction was conducted in Friedes' residence.

Friedes was sentenced to a term of ten years imprisonment followed by a period of ten years on probation / community control under the supervision of the Florida Department of Corrections. Friedes was also ordered to pay mandatory and discretionary costs of $6,473.

| Name: | **GIRARDI, David, MD** |
|---|---|
| City, State: | Curwensville, PA |
| Date of Arrest: | 7/22/2008 |
| Date of Conviction: | 3/10/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Procure for self by fraud |
| DEA Registration: | Surrendered 2/26/2008 |

**Remarks:**

David Girardi, MD, age 31, of Curwensville, PA, pled guilty to seven counts of procuring for self by fraud.

According to court documents, Girardi wrote narcotic prescriptions for himself and others, and then would purchase the drugs for himself at local area pharmacies.

Girardi was sentenced to two years probation.

| Name: | **GOGENOLA, Lawrence Joseph, MD** |
|---|---|
| City, State: | Bellevue, WA |
| Date of Arrest: | 05/28/2008 |
| Date of Conviction: | 08/25/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Unlawful possession of a controlled substance |
| DEA Registration: | Surrendered 01/10/2008 |

**Remarks:**

Lawrence J. Gogenola, MD, age 59, of Bellevue, WA, pled guilty in U.S. District Court, Western District of Washington, to one count of unlawful possession of a controlled substance.

According to court documents, while he was employed at the Bellevue Dermatology Clinic in Bellevue, WA, Gogenola wrote prescriptions on a monthly basis for 50 pill quantities of Percocet, containing oxycodone, in the name of another individual.  On each occasion, Gogenola then presented the prescriptions to a pharmacy claiming to be the individual in whose name the prescriptions were written.  In an interview with investigators, Gogenola acknowledged that he wrote such prescriptions with the intent of unlawfully acquiring the drugs for his own consumption.  By his conduct, Gogenola did unlawfully possess oxycodone in that his possession of such drugs was not pursuant to a valid prescription issued to a patient by a treating physician.

Gogenola was sentenced to probation for a term of two years, ordered to participate in a program for treatment of narcotic addiction, and required to perform 100 hours of community service.  Gogenola was also ordered to pay a special assessment of $25 and a fine of $5,000.

| Name: | **GLASS, Ted Alan, MD** |
|---|---|
| City, State: | Jackson, MS |
| Date of Arrest: | 11/29/2006 |
| Date of Conviction: | 02/12/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Acquiring a controlled substance by fraud |
| DEA Registration: | Retired 12/06/2006 |

**Remarks:**

Ted A. Glass, MD, age 50, of Jackson, MS, pled guilty in federal court to one count of acquiring a controlled substance by fraud.

According to court documents, in February 2006, Glass knowingly and intentionally forged a prescription for oxycodone, a Schedule II controlled substance, using the name of another medical doctor and filled the prescription at a local pharmacy.

Glass was sentenced to probation for a term of four (4) years and ordered to pay a fine of $5,000 and an assessment of $100.  Glass also had to make restitution in the amount of $4,186.06 to the State Insurance Administrator, Mississippi Office of Insurance.

| Name: | **GONZALEZ, Juan Oscar, MD** |
|---|---|
| City, State: | Miami, FL |
| Date of Arrest: | 03/23/2005 |
| Date of Conviction: | 03/23/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute Schedule III and IV controlled substances |
| DEA Registration: | Retired 02/18/2004 |

**Remarks:**

Juan Oscar Gonzalez, MD, age 50, of Miami, FL pled guilty in federal court to two counts of conspiracy to distribute Schedule III and IV controlled substance and conspiracy to launder money.

According to court records, between September 2003 and November 2003, Dr. Gonzalez authorized at least 6,870 dosage units of Schedule III controlled substances and 31,890 dosage units of Schedule IV controlled substances via the internet. Said prescriptions were issued outside the usual course of medical practice and without a legitimate medical purpose.

Gonzalez was sentenced to two years probation, eight months home detention, and ordered to forfeit $17,500.

| Name: | **GORIN, Kevin, MD** |
|---|---|
| City, State: | Lake Charles, LA |
| Date of Arrest: | 01/12/2006 |
| Date of Conviction: | 06/19/2006 |
| Judicial Status: | Pled Guilty |

| | |
|---|---|
| Conviction: | Distribution of, and possession with intent to distribute, a controlled substance |
| DEA Registration: | Surrendered 01/12/2006 |

**Remarks:**

Kevin E. Gorin, MD, age 47, of Lake Charles, LA, pled guilty in federal court to four counts of distribution of controlled substances and one count of possession with intent to distribute a controlled substance.

According to court documents, Gorin knowingly, intentionally, and unlawfully distributed OxyContin, Xanax, Percocet, Valium, and Ambien, Schedule II - IV controlled substances, outside the usual course of professional practice and not for a legitimate medical purpose.

Gorin was sentenced to federal prison for a term of 48 days with credit for time served followed by two years supervised release and ordered to pay a fine of $50,000 and an assessment of $500.00.

| | |
|---|---|
| Name: | **GREEN, Spurgeon Jr, MD** |
| City, State: | Perry, GA |
| Date of Arrest: | 07/26/2004 |
| Date of Conviction: | 11/06/2008 |
| Judicial Status: | Jury Conviction |
| Conviction: | Conspiracy to distribute controlled substances; Unlawfully dispensing controlled substances |
| DEA Registration: | Out of Business 10/11/2004 |

**Remarks:**

Spurgeon Green, Jr, MD, age 70, of Perry, GA, was found guilty by a federal jury in the Middle District of Georgia, Macon Division, on one count of conspiracy to distribute controlled substances and 45 counts of unlawfully dispensing controlled substances.

According to court documents, Green conspired with others to distribute and dispense Schedule II, III and IV controlled substances containing oxycodone, fentanyl, methadone, morphine, hydrocodone, and alprazolam, not for a legitimate medical purpose and outside the usual course of professional practice. Green prescribed excessive amounts of controlled substances, ignoring obvious indications that people were abusing, misusing and distributing the drugs, thereby causing, aiding, abetting, and facilitating the misuse, abuse, and subsequent distribution of these substances. Green also prescribed narcotics at the first appointment without conducting a physical examination and without determining a sufficient medical necessity for the prescription, and prescribed controlled substances at monthly follow-up visits without further examination. Green prepared false medical records indicating extensive comprehensive exams that had not been performed. In one instance, Green intentionally distributed and dispensed a Schedule II controlled substance containing a detectable amount of oxycodone not for a legitimate medical purpose and outside the usual course of professional practice resulting in serious bodily harm to the individual.

Green was sentenced to federal prison for a term of 360 months followed by five years of supervised release and ordered to pay a special assessment of $4,600.

| | |
|---|---|
| Name: | **GRYSKEVICH, Cheri, DO** |
| City, State: | Weirton, WV |
| Date of Arrest: | 09/28/2006 |
| Date of Conviction: | 07/24/2007 |
| Judicial Status: | Guilty Plea |
| Conviction: | Delivery of a controlled substance |
| DEA Registration: | Retired 10/01/2007 |

**Remarks:**

Cheri Gryskevich, DO, age 37, of Weirton, WV, pled guilty in the Circuit Court of Hancock County, West Virginia, to one count of delivery of a controlled substance, oxycodone.

Gryskevich was sentenced to serve not less than one or more than fifteen years in the West Virginia Penitentiary system. The sentence was suspended and Gryskevich was placed on one year of supervised probation.

| | |
|---|---|
| Name: | **GUERRA, Rene, MD** |
| City, State: | Miami Lakes, FL |
| Date of Arrest: | 07/14/2006 |
| Date of Conviction: | 04/13/2007 |
| Judicial Status: | Guilty Plea |
| Conviction: | Conspiracy to distribute Schedule III and IV controlled substances |
| DEA Registration: | Retired 08/01/2009 |

**Remarks:**

Rene Guerra, MD, age 44, of Miami Lakes, FL, pled guilty in United States District Court, Northern District of Iowa, to one count of conspiracy to distribute Schedule III and IV controlled substances.

According to court documents, Guerra dispensed controlled pharmaceuticals by means of electronic prescriptions outside the usual course of medical practice and without legitimate medical purpose.

Guerra was sentenced to 18 months in federal prison, followed by supervised release for a term of two years, and ordered to pay a special assessment of $100 and a fine of $6,000.

| | |
|---|---|
| Name: | **GUENTHER, Joseph, MD** |
| City, State: | Metairie, LA |
| Date of Arrest: | 04/12/2005 |
| Date of Conviction: | 04/18/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to and illegally dispensing and distributing controlled substances |
| DEA Registration: | Surrendered 04/12/2005 |

**Remarks:**

Joseph F. Guenther, MD, age 76, of Metairie, LA, pled guilty in federal court to four counts of dispensing Schedule III and Schedule IV controlled substances outside the scope of professional practice and not for legitimate medical purposes; and one count of conspiracy to illegally dispense and distribute Schedule III and Schedule IV controlled substances and mixtures of Schedule III and Schedule IV controlled substances outside the scope of professional practice and not for legitimate medical purposes.

According to court documents, Guenther was employed by Advanced Pain Management at clinics located in Metairie, Slidell, and Gretna, LA.  During his employment, Guenther knowingly used his DEA registration to issue controlled substance prescriptions that were not medically necessary or were issued for overlapping treatment periods for the same medical condition.

Guenther was sentenced to ten months in federal prison followed by three years of supervised release and ordered to pay a fine of $40,000 and an assessment of $500.00.

| Name: | **HACKNEY, David T., MD** |
|---|---|
| City, State: | Washington, DC |
| Date of Arrest: | 12/21/2006 |
| Date of Conviction: | 10/17/2007 |
| Judicial Status: | Guilty Plea |
| Conviction: | Healthcare fraud; Obtaining a controlled substance by fraud |
| DEA Registration: | Withdrawn 05/28/2008 |

**Remarks:**

David T. Hackney, MD, age 44, of Washington, DC, pled guilty in federal court to one count of health care fraud and one count of obtaining a controlled substance by fraud.

According to court documents, Hackney knowingly and willfully devised a scheme to defraud Medicare and Medicaid in order to obtain oxycodone products. Hackney wrote numerous prescriptions in the names of Medicare and Medicaid patients who never received the oxycodone. At the time, Hackney did not hold a valid, current DEA registration to prescribe controlled substances.

Hackney was sentenced to three years probation. He was ordered to pay an assessment of $200 and to make restitution to the District of Columbia. Department of Health in the amount of $1,791.96.

| Name: | **HANNY, Thomas Anthony, MD** |
|---|---|
| City, State: | South Glastonbury, CT |
| Date of Arrest: | 07/14/2006 |
| Date of Conviction: | 12/20/2006 |
| Judicial Status: | Guilty Plea |
| Conviction: | Conspiracy to distribute controlled substances; monetary transactions from unlawful activity |
| DEA Registration: | Retired 05/30/2007 |

**Remarks:**

Thomas A. Hanny, MD, age 70, of South Glastonbury, CT, pled guilty in United States District Court, Northern District of Iowa, to two counts of conspiracy to distribute Schedule III and IV controlled substances, and one count of engaging in monetary transactions in property derived from the specified unlawful activity.

According to court documents, Hanny conspired to dispense, dispensed, and caused to be dispensed, multiple dosage units of Schedule III and IV controlled substances by means of electronic prescriptions outside the usual course of medical practice and without legitimate medical purpose. Hanny also did knowingly engage in a monetary transaction through a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the defendant withdrew $15,000 to purchase a vehicle, such property having been derived from the drug conspiracy.

Hanny was sentenced to 33 months in federal prison, followed by supervised release for a term of two years, and ordered to pay an assessment of $300.

| Name: | **HAQUE, Ehteshamul, MD** |
|---|---|
| City, State: | Norfolk, VA |
| Date of Arrest: | 10/06/2008 |
| Date of Conviction: | 11/17/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Prescription fraud; Possession of Schedule IV controlled substance with intent to distribute; Possession with intent to distribute a schedule vi substance and Solicitation for prostitution |
| DEA Registration: | Surrendered 09/23/2008 |

**Remarks:**

Ehteshamul Haque, MD, age 42, of Norfolk, VA, pled guilty to two counts Prescription Fraud; one count possession of schedule iv controlled substance with intent to distribute; five counts possession with intent to distribute a schedule vi substance and one count solicitation for prostitution.

According to court documents, on several occasions, Haque prescribed methadone to a patient in exchange for sexual favors. In addition, Haque instructed his patients to turn over to him Schedule II-V controlled substances and Schedule VI medications that the patients no longer needed. Haque collected and stored the prescription bottles in a drawer at his office. Haque admitted to crossing out the original patient's name on the prescription labels and writing in a new patient's name before distributing the medications to patients. Haque was not licensed to dispense medication, only to prescribe it.

Haque was sentenced to a total of four years and 150 days. The sentence was suspended for 10 years probation. In addition, Haque's driver's license was suspended for 48 months.

| Name: | **HEALY, Daniel, MD** |
|---|---|
| City, State: | Arcadia, CA |
| Date of Arrest: | 2/10/2009 |
| Date of Conviction: | 7/6/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Possession with intent to distribute and dispense a controlled substance |
| DEA Registration: | Currently Under Review |

**Remarks:**

Daniel Healy, MD, age 53, of Arcadia, CA, pled guilty in U.S. District Court, Central District of California, to one count possession with the intent to distribute and dispense a controlled substance.

According to court documents, between February 2008 and February 2009, Healy knowingly and intentionally distributed Oxycodone and hydrocodone, both of which are controlled substances, to individuals in Los Angeles County. Specifically, on February 9, 2009, Healy knowingly and intentionally distributed approximately 100 pills, each containing a detectable amount of Oxycodone to an individual. In distributing the Oxycodone, Healy acted outside the usual course of professional practice and without a legitimate medical purpose.

Healy was sentenced to four years incarceration, followed by 10 years supervised release. Healy was also ordered to pay $150,000 fine.

| | |
|---|---|
| Name: | **HENRY, Jesse B., MD** |
| City, State: | Albuquerque, NM |
| Date of Arrest: | 06/23/2003 |
| Date of Conviction: | 09/14/2004 |
| Judicial Status: | Pled Guilty |
| Conviction: | Involuntary manslaughter, money laundering, racketeering, trafficking |
| DEA Registration: | Surrendered 10/21/2005 |

**Remarks:**

Jesse B. Henry, MD, age 69, of Albuquerque, NM, pled guilty in the Second Judicial District Court, County of Bernalillo, New Mexico, to seven counts of involuntary manslaughter, one count of money laundering, one count of racketeering, and one count of drug trafficking.  An investigation by the State Medical Investigator found that the deaths of three of Dr. Henry's patients were attributable to the quantities and combinations of methadone, hydrocodone, OxyContin, alprazolam, and diazepam prescribed by Henry.

Henry was sentenced to five years supervised probation and ordered to pay a $50,000 fine.

| | |
|---|---|
| Name: | **HERNANDEZ, Adolfo Pliego, MD** |
| City, State: | Noblesville, IN |
| Date of Arrest: | 03/21/2008 |
| Date of Conviction: | 11/20/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Illegal dispensing of oxycodone |
| DEA Registration: | Out of Business 11/26/2008 |

**Remarks:**

Adolfo Pliego Hernandez, MD, age 68, of Noblesville, IN, pled guilty in U.S. District Court, Southern District of Indiana, to one count of knowingly dispensing oxycodone (Percocet) outside the scope of professional practice and not for a legitimate medical purpose.

According to court documents, Hernandez admitted in a plea agreement to knowingly and intentionally distributing a controlled substance; knowing that the prescription drug Percocet was a controlled substance; and that the drugs were intentionally dispensed or distributed outside the scope of professional practice and not for a legitimate medical purpose.

Hernandez was sentenced to federal prison for a term of 72 months followed a term of six years supervised release and ordered to pay a special assessment of $100. He was also ordered to forfeit his interest in certain property including funds due him under the terms of a promissory note with principal in the amount of $101,000 and real property of five acres located in Indiana.

| | |
|---|---|
| Name: | **HERPIN, Callie, MD** |
| City, State: | Houston, TX |
| Date of Arrest: | 09/30/2004 |
| Date of Conviction: | 04/06/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to commit fraud; Illegal distribution of a controlled substance |
| DEA Registration: | Expired 01/31/2005 |

**Remarks:**

Callie Herpin, MD, age 35, of Houston, TX, pled guilty to conspiracy to illegally distribute in excess of 1,765,000 dosage units of hydrocodone and 2,500 gallons of promethazine with codeine.   She also pled guilty to conspiracy to defraud Medicare and violation of the Anti-Kickback statute.

According to court documents, Herpin wrote prescriptions using a list of names generated from the phone book.

Herpin was sentenced to 120 months in prison, three years supervised release, and was ordered to pay $12.9 million in restitution to Medicare.

| | |
|---|---|
| Name: | **HINDMAN, Keith, DO** |
| City, State: | Deer Park, WA |
| Date of Arrest: | 7/11/2007 |
| Date of Conviction: | 4/27/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Prescribing Schedule II controlled substances for other than a legitimate medical purpose and outside the usual course of professional practice; Healthcare Fraud |
| DEA Registration: | Retired 02/22/2008 |

**Remarks:**

Keith Leroy Hindman, DO, age 69, of Deer Park, WA, pled guilty in U.S. District Court, Eastern District of Washington; to one count of prescribing Schedule II controlled substances for other than a legitimate medical purpose and outside the usual course of professional practice and one count Health Care Fraud.

According to the court documents, Hindman prescribed Schedule II controlled substances, including Methadone and Oxycodone, to a patient despite Hindman being informed that the patient was abusing drugs. Hindman also routinely issued prescriptions for Schedule II controlled substances without performing an office examination.

Hindman was sentenced to nine months incarceration, followed by three years supervised release. Hindman was also ordered to complete 240 hours of community service. He also agreed to forfeit his medical license and DEA registration number.

| | |
|---|---|
| Name: | **HOWARD, Douglas, MD** |
| City, State: | Melrose, MA |
| Date of Arrest: | 01/28/2005 |
| Date of Conviction: | 09/30/2005 |
| Judicial Status: | Pled Guilty |

| | |
|---|---|
| Conviction: | Illegal distribution of a controlled substance |
| DEA Registration: | Surrendered 06/10/2005 |

**Remarks:**

Douglas Howard, MD, age 57, of Melrose, MA, pled guilty to illegal distribution of oxycodone and possession of cocaine.

Howard was sentenced to 30 months in jail (three months to serve and the balance suspended for four years) and four years probation.

| | |
|---|---|
| Name: | **HOXIE, David Albert, MD** |
| City, State: | Waverly, OH |
| Date of Arrest: | 05/13/05 |
| Date of Conviction: | 08/21/06 |
| Judicial Status: | Pled Guilty |
| Conviction: | Illegal processing of drug documents |
| DEA Registration: | Revoked 09/20/04 |

**Remarks:**

David Albert Hoxie, age 52, of Waverly, OH, pled guilty to one count of illegal processing of drug documents.

Hoxie was sentenced to serve three years under community control sanctions including a period of three years basic probation.

| | |
|---|---|
| Name: | **HUSSAIN, Abul, MD** |
| City, State: | Wilkes-Barre, PA |
| Date of Arrest: | 07/29/2005 |
| Date of Conviction: | 01/25/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Illegal prescribing; Medicaid fraud |
| DEA Registration: | Surrendered 09/21/2005 |

**Remarks:**

Abul Hussain, MD, age 53, of Wilkes-Barre, PA, pled guilty in state court to illegal prescribing, a violation of the State Controlled Substances Act, and attempted Medicaid fraud.

According to court documents, Hussain did not act in accordance with treatment principles accepted by any reasonable segment of the medical profession.  Hussain committed Medicaid fraud by referring a medical assistance-recipient to a provider for services that were not documented in the record in the prescribed manner and was of little or no benefit to the recipient.  Hussain did not act in good faith when he prescribed controlled substances outside the course of his professional practice by not establishing a proper doctor/patient relationship.

Hussain was sentenced to 36 to 120 months of incarceration, fined $13,000 and ordered to surrender his Pennsylvania medical license.

| Name: | **IBANEZ, Juan Antonio, MD** |
|---|---|
| City, State: | Haines City, FL |
| Date of Arrest: | 10/28/2008 |
| Date of Conviction: | 11/19/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute hydrocodone; money laundering |
| DEA Registration: | Out of Business 07/10/2008 |

**Remarks:**

Juan Antonio Ibanez, MD, age 60, who had practiced in Tampa, Haines City, and Winter haven, FL, pled guilty in federal court to conspiracy to illegally distribute hydrocodone; conspiracy to illegally use DEA controlled substance registration numbers issued to other physicians in the course of distributing hydrocodone; conspiracy to use communication facilities to commit and facilitate the conspiracy to illegally distribute hydrocodone; conspiracy to use pharmacies to illegally distribute hydrocodone; engaging in a monetary transaction in property criminally derived from the conspiracy to commit drug trafficking offenses; and illegally distributing hydrocodone to undercover investigators.

According to court documents, Ibanez's criminal organization grossed in excess of $85 million by distributing over 50 million hydrocodone pills to customers located throughout the United States who had placed orders on various internet website clinics owned and operated by Ibanez and others. Ibanez advertised hydrocodone using forms of mass marketing that enticed customers to obtain prescription drugs without a prescription from their own treating physician. Ibanez personally authorized or allowed his name, scanned signature, and DEA registration number to be used to authorize the issuance of over 74,000 orders (in excess of 6.6 million pills) of hydrocodone. Tens of thousands of orders were issued under the names, scanned signatures, and DEA registration numbers of physicians who were not employed by the organization.

Ibanez was sentenced to serve fifty-one months in federal prison with credit for time served followed by thirty-six months of supervised release, and ordered to pay a special assessment of $400. Ibanez was also ordered to forfeit three vehicles, funds in his domestic and foreign financial accounts, and properties located in the United States and Costa Rica.

| Name: | **IGNASIAK, Robert Leonard, Jr., MD** |
|---|---|
| City, State: | Freeport, FL |
| Date of Arrest: | 03/18/2008 |
| Date of Conviction: | 07/27/2009 |
| Judicial Status: | Jury Conviction |
| Conviction: | Healthcare fraud; Unlawfully dispensing controlled substances |
| DEA Registration: | Out of Business 04/02/2009 |

**Remarks:**

Robert Leonard Ignasiak, Jr, MD, age 52, of Freeport, FL, was found guilty on November 3, 2008 by a federal jury in the Northern District of Florida, Pensacola Division, on twelve counts of health care fraud and thirty one counts of unlawfully dispensing controlled substances.

According to court documents, Ignasiak prescribed controlled substances to patients without determining a sufficient medical necessity for the prescription of controlled substances and outside the usual course of professional practice. Ignasiak committed health care fraud in that he caused patients to fill such prescriptions at various pharmacies, allowing the pharmacies to file claims and obtain reimbursement from Medicaid, Blue Cross, and other health care benefit programs. Ignasiak prescribed controlled substances in quantities and dosages that he knew would cause patients to abuse, misuse, and become addicted; he prescribed controlled substances to patients knowing that they were addicted, misusing the controlled substances, or "doctor shopping;" and he prescribed controlled substances to patients that resulted in the overdose deaths of patients from the use of the prescriptions.

Dr. Ignasiak was sentenced to federal prison for a term of imprisonment of 292 months followed by three years supervised release. Initially he was also fined $1 million dollars but when the Court learned of the forfeiture terms, as further described below, the court reduced the fine to $250,000.00. A special monetary assessment as required by law in the amount of $4,300.00 was imposed. Limited restitution was ordered. The defendant was remanded to the custody of the United States Bureau of Prisons at the close of sentencing and is currently incarcerated. The defendant has filed a notice of appeal, which is still pending.

In addition, prior to the initiation of civil suits, the defendant, through his attorneys, agreed to forfeit the defendant's medical building and an investment account by either forfeiting the building used by the defendant to prescribe the medication, valued at $575,000.00, or selling the property at public or private sale and turning the entire amount over to the government so long as the sale realized at least $575,000.00. A sale of the property is still pending. The defendant further agreed to forfeit $260,000.00. The defendant has already delivered the $260,000.00 in cash. The settlement requires a total civil forfeiture of not less than $835,000.00 in cash.

| Name: | **JASZCZULT, Joan, DO** |
|---|---|
| City, State: | Belleville, NJ |
| Date of Arrest: | 09/20/2005 |
| Date of Conviction: | 03/04/2008 |
| Judicial Status: | Jury Conviction |
| Conviction: | Conspiracy to distribute, and distribution of, oxycodone |
| DEA Registration: | Retired 11/28/2006 |

**Remarks:**

Joan Jaszczult, DO, age 46, of Belleville, NJ, was found guilty by a federal jury on one count of conspiracy to distribute oxycodone and one count of distribution of oxycodone. According to court documents, Jaszczult wrote illegal prescriptions for drugs containing oxycodone without a legitimate medical purpose and outside the usual course of professional practice. Jaszczult provided these illegal prescriptions to her co-conspirators in exchange for money and services rendered. She also directed certain co-conspirators to create false patient files to justify the illegal prescriptions and caused the filing of a false police report that alleged that prescription pads had been stolen from her office to conceal her issuance of illegal prescriptions.

Jaszczult was sentenced to 132 months in federal prison, followed by supervised release for a term of three (3) years, and ordered to pay a fine of $12,500.

| Name: | **JACOBSON, Joel C., MD** |
|---|---|
| City, State: | Oshkosh, WI |
| Date of Arrest: | 09/28/2005 |
| Date of Conviction: | 08/28/2006 |
| Judicial Status: | Pled No Contest |
| Conviction: | Obtaining controlled substances by fraud |
| DEA Registration: | Surrendered 12/22/06 |

**Remarks:**

Joel C. Jacobson, MD, age 47, of Oshkosh, WI, plead No Contest to two counts of obtaining controlled substances by fraud.

According to court documents, on at least nineteen separate occasions, Dr. Jacobson withdrew fentanyl from a hospital Pyxis system and did not administer the fentanyl to the corresponding patients for which it was withdrawn.

Jacobson was sentenced to six months in jail, 100 hours of community service, and four years probation. His jail sentence was stayed pending completion of his probation period.

| Name: | **JEWETT, Stephen S., MD** |
|---|---|
| City, State: | Centerville, IA |
| Date of Arrest: | 03/10/2006 |
| Date of Conviction: | 06/29/2007 |
| Judicial Status: | Guilty Plea |
| Conviction: | Conspiracy; Acquiring or obtaining a controlled substance by fraud |
| DEA Registration: | Retired 06/27/2007 |

**Remarks:**

Stephen S. Jewett, MD, age 67, of Centerville, IA, pled guilty in federal court to one count of conspiracy to fraudulently obtain controlled substances and four counts of acquiring or obtaining a controlled substance by misrepresentation, fraud, deception, or subterfuge.

According to court documents, Jewett knowingly and intentionally conspired with others to acquire and possess hydrocodone, a Schedule III controlled substance, and phentermine, a Schedule IV controlled substance, through misrepresentation, fraud, deception, and subterfuge. Jewett would prescribe, for no legitimate medical purpose and outside the scope of professional practice, controlled substances to individuals who would fill the prescriptions and obtain the controlled substances, and then return the drugs to Dr. Jewett.

Jewett was sentenced to four months in federal prison, followed by supervised release for a term of one year, and ordered to pay an assessment of $500 and a fine of $11,000.

| Name: | **JOHNSTON, Sharon L., DO** |
|---|---|
| City, State: | Naples, FL |
| Date of Arrest: | 08/22/2007 |
| Date of Conviction: | 07/29/2008 |
| Judicial Status: | Jury Conviction |
| Conviction: | Illegally dispensing controlled pharmaceuticals |
| DEA Registration: | Expired 12/31/2009 |

**Remarks:**

Sharon L. Johnston, DO, age 44, of Naples, FL, was found guilty by a federal jury on all four counts of illegally dispensing the controlled substances oxycodone, alprazolam, and methadone.

According to court documents, Johnston knowingly and willfully acted outside the scope of professional practice by dispensing quantities of Schedule II and IV pharmaceuticals to undercover agents posing as patients.

Johnston was sentenced to 30 months in federal prison followed by supervised release for a term of three years.

| Name: | **JORGENSEN, Eric, MD** |
|---|---|
| City, State: | St. Joseph, MO |
| Date of Arrest: | 04/1/2003 |
| Date of Conviction: | 08/19/2003 |
| Judicial Status: | Pled Guilty |

Conviction:                 Possession of a controlled substance
DEA Registration:           Surrendered 12/03/2002
**Remarks:**

Eric Jorgensen, MD, age 42, of St. Joseph, MO, pled guilty to possession of a controlled substance in the 5th Judicial Circuit Court of Buchanan County, Missouri.

According to court documents, Jorgensen represented to the court that, due to stress and his personal addiction, on September 2, 2002, he misappropriated a narcotic, fentanyl, a Schedule II controlled substance, by administering it to himself after finishing a 24 hour work shift in a hospital.

Jorgensen was sentenced tp probation for three years beginning on August 19, 2003, ordered to pay court costs and crime victim's compensation fund, enter into and successfully complete any treatment program recommended by the Probation Department and complete 100 hours of community service.

Name:                       **JUNCO, Anthony Jr., MD**
City, State:                Savannah, GA
Date of Arrest:             01/13/06
Date of Conviction:         03/27/2006
Judicial Status:            Pled Guilty
Conviction:                 Obtaining controlled substances by fraud
DEA Registration:           Surrendered 01/13/2006
**Remarks:**

Anthony Junco, Jr., MD, age 47, of Savannah, GA, pled guilty to one count of obtaining controlled substances by fraud.

According to court documents, Junco, aided and abetted by another, knowingly and intentionally obtained and acquired possession of a controlled substance, namely Norco 10/325 tablets containing hydrocodone bitartrate, a Schedule III controlled substance, by misrepresentation, fraud, deception and subterfuge.

Junco was sentenced to three months imprisonment, one year supervised release, 50 hours community service, and fined $10,000.

| Name: | **KANE, Gerald, MD** |
|---|---|
| City, State: | Highland Park, IL |
| Date of Arrest: | 04/09/2008 |
| Date of Conviction: | 9/29/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Reckless Conduct |
| DEA Registration: | Surrender for Cause 8/14/2007 |

**Remarks:**

Gerald Kane, MD of Highland Park, IL pled guilty in Circuit Court of the Nineteenth Judicial Circuit Court of Illinois, to one count Reckless Conduct.

According to court documents, between June 1, 2006 and November 2, 2008, Kane caused permanently disability to an orthopedic patient of his by regularly prescribing large amounts of narcotics. Kane prescribed the narcotic, Oxycodone, to his patient after she had two negative urine screens, thereby indicating she was not using prescribed narcotic wherein the patient then became addicted and dependent on the narcotics.

Kane was sentenced to 12 months incarceration (stayed) and 30 months probation. He was also pay $3000 contribution to Lake County Bar Foundation; $1000 contribution to Lake County Children's Advocacy Center; and pay $1000 contribution to Crime Stoppers.

| Name: | **KAPANJIE, Theodore, MD** |
|---|---|
| City, State: | Seattle, WA |
| Date of Arrest: | 05/05/2009 |
| Date of Conviction: | 05/26/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Failure to Maintain Records of Receipt and Distribution of Controlled Substances |
| DEA Registration: | Surrendered 05/05/2009 |

**Remarks:**

Theodore Kapanjie, MD of Seattle, WA, pled guilty in U.S. District Court, Western District of Washington, to one count Failure to Maintain Records of Receipt and Distribution of Controlled Substances.

According to court documents, on nine separate instances during 2007 and 2008, Dr. Kapanjie ordered quantities of controlled substances, which he ingested himself and/or provided to family members, without making or maintaining any records of his receipt or dispensing of such drugs, as required by law.

Kapanjie was sentenced to one year probation. He was also fined $10,000.

| Name: | **KASKIW, Richard P., MD** |
|---|---|
| City, State: | New Hartford, NY |
| Date of Arrest: | 6/19/2007 |
| Date of Conviction: | 8/20/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Criminal possession of a controlled substance; Forgery |
| DEA Registration: | Retired 5/31/2007 |

**Remarks:**

Richard Kaskiw, MD, of New Hartford, NY, pled guilty to criminal possession of a controlled substance and forgery.

According to court documents, Kaskiw, representing himself as a patient, attempted to fill a prescription for oxycodone. Kaskiw attempted to obtain the controlled substance for his personal use.

Kaskiw was sentenced to three years probation. The probation was reduced to one year, due to his compliance with treatment.

| Name: | **KATHPAL, Gurbachan, MD** |
|---|---|
| City, State: | Canonburg, PA |
| Date of Arrest: | 11/17/2004 |
| Date of Conviction: | 05/05/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Violation of the Pennsylvania State Controlled Substance Drug, Device and Cosmetic Act |
| DEA Registration: | Surrendered 08/04/2004 |

**Remarks:**

Gurbachan Kathpal, MD, age 62, of Canonburg, PA, pled guilty in State Court to six counts of violating the Pennsylvania State Controlled Substance Drug, Device and Cosmetic Act, and one count each of Medicaid Fraud and Criminal Attempt. Kathpal also entered a plea of no contest to one count of indecent assault on an unrelated charge.

According to court documents, Kathpal did knowingly, unlawfully, and illegally prescribe controlled substances to individuals under circumstances wherein the prescription was not prescribed in good faith in the course of his professional practice; and/or within the scope of the patient relationship; and/or in accordance with treatment principles accepted by a responsible segment of the medical profession.

Kathpal was sentenced to 24 to 48 months of incarceration for the controlled substances violations, and probation of six months home electronic monitoring for indecent assault.

| Name: | **KATZ, Harry M., MD** |
|---|---|
| City, State: | Cedar Hill, MO |
| Date of Arrest: | 6/18/2004 |
| Date of Conviction: | 3/15/2005 |

| | |
|---|---|
| Judicial Status: | Jury Conviction |
| Conviction: | Illegal distribution of a controlled substance |
| DEA Registration: | Surrendered 03/26/2004 |

**Remarks:**

Harry Meyer Katz, MD, age 79, of Cedar Hill, MO, was found guilty by a jury on 176 counts of illegal distribution of alprazolam, diazepam, and hydrocodone.

According to court documents, an expert witness described the prescribing of 1,729,845 dosage units of controlled pharmaceuticals over a two-year period in a medical practice such as Dr. Katz's as "incomprehensible."

Katz was sentenced to sixteen months in federal prison followed by two years supervised release and ordered to pay a fine of $75,000 and an assessment of $17,600.

| | |
|---|---|
| Name: | **KEENAN, Robert M., MD** |
| City, State: | Towson, MD |
| Date of Arrest: | 10/25/2004 |
| Date of Conviction: | 6/30/2005 |
| Judicial Status: | Jury Conviction |
| Conviction: | Conspiracy to manufacture MDMA; Attempting to manufacture MDMA; Aiding and Abetting |
| DEA Registration: | Retired 7/31/2006 |

**Remarks:**

Robert M. Keenan, MD, age 47, owner / operator of Elite Weight Management Center, Towson, MD, was convicted on April 25, 2005 in United States District Court on one count of conspiracy to manufacture MDMA (Ecstasy); one count of attempting to manufacture MDMA; and one count of aiding and abetting.

Keenan was sentenced to 84 months imprisonment, to be followed by three years supervised release and 1,800 hours of community service.

| | |
|---|---|
| Name: | **KEITH, Rosalie, DO** |
| City, State: | Alfred, NY |
| Date of Arrest: | 10/7/2005 |
| Date of Conviction: | 1/25/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Failure to maintain proper controlled substance records |
| DEA Registration: | Surrendered  2/10/2006 |

**Remarks:**

Rosalie Keith, DO, age 60, of Alfred, NY, pled guilty in federal court on October 6, 2005 to one count of failure to maintain proper controlled substance records.

According to court records, between November 2003 and January 2004 Dr. Keith obtained quantities of fentanyl, a Schedule II controlled substance, and midazolam, a Schedule IV controlled substance, and failed to keep complete and accurate records of the receipt and disposition of those drugs. Dr. Keith was employed at St. James Mercy Hospital, Hornell, NY.

Keith was ordered to pay a fine of $5,000.

| | |
|---|---|
| Name: | **KISER, Donald Raymond, DO** |
| City, State: | Marietta, OH |
| Date of Arrest: | 04/16/2007 |
| Date of Conviction: | 02/06/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute controlled substances |
| DEA Registration: | Retired 07/17/2007 |

**Remarks:**

Donald Raymond Kiser, DO, age 50, of Marietta, OH, pled guilty in federal court to one count of conspiracy to distribute controlled substances.

According to court documents, Kiser knowingly and intentionally conspired to and distributed oxycodone, hydrocodone, and alprazolam, all controlled substances, without lawful authorization.

Kiser was sentenced to 87 months in federal prison followed by supervised release for a term of three (3) years and ordered to pay an assessment of $100.

| | |
|---|---|
| Name: | **KLUG, Gerardo, MD** |
| City, State: | Palm Beach, FL |
| Date of Arrest: | 02/15/2008 |
| Date of Conviction: | 03/12/2009 |
| Judicial Status: | Jury Conviction |
| Conviction: | Conspiracy to distribute controlled substance; Money laundering |
| DEA Registration: | Surrendered 2/21/2008 |

**Remarks:**

Gerardo Klug, MD, age 65, of Palm Beach, FL, was convicted by a federal jury in U.S. District Court, Northern District of Florida, on one count of conspiracy to distribute controlled substance and one count money laundering

Klug was sentenced to 30 months incarceration, followed by two years of supervised release.  Klug was also ordered to pay a fine of $10,000 and a special assessment of $200.

| Name: | **KOFF, Richard, MD** |
|---|---|
| City, State: | Richboro, PA |
| Date of Arrest: | 01/27/05 |
| Date of Conviction: | 01/28/05 |
| Judicial Status: | Pled Guilty |
| Conviction: | Illegal sale of prescription samples |
| DEA Registration: | Active |

**Remarks**:

Richard Koff, MD, age 49, of Richboro, PA, pled guilty in federal court to one count of illegal sale of prescription drug samples.

Koff was sentenced to four years probation with six months home detention with electronic monitoring, 400 hours community service, and ordered to pay a fine of $20,000.

| Name: | **KOFSKY, Albert, DO** |
|---|---|
| City, State: | Huntingdon Valley, PA |
| Date of Arrest: | 08/04/2006 |
| Date of Conviction: | 09/16/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | False statements to obtain controlled substances; aiding and abetting |
| | Use of proceeds to make purchases in excess of $10,000; aiding and abetting |
| DEA Registration: | Surrendered 09/22/2006 |

**Remarks**:

Albert Kofsky, DO, age 76, of Huntingdon Valley, PA, pled guilty in U.S. District Court, Eastern District of Pennsylvania, to two counts of making false statements to obtain controlled substances, and one count of engaging in a monetary transaction in criminally derived property of a value over $10,000.

According to court documents, Kofsky engaged in and directed the sale of 500,000 units of phentermine, a Schedule IV diet pill, and 2,000,000 units of phendimetrazine, a Schedule III diet pill. Kofsky paid others to package diet pills and facilitate their distribution. Kofsky knowingly and intentionally acted to acquire and obtain possession and willfully caused the acquisition and obtaining of controlled substances, that is, approximately 500,000 pills containing controlled substances, by misrepresentation, fraud, deception, and subterfuge, namely by misrepresenting to a pharmaceutical wholesaler that he was dispensing the controlled substances within the course of his professional medical practice and for a legitimate medical purpose when, in fact, he was distributing the controlled substance diet pills on a first-come, first-served basis to whomever entered his place of business.

Kofsky was sentenced to federal prison for a term of one year and one day followed by three years of supervised release, the sentence on each count to be run concurrently. Kofsky was also ordered to pay a special assessment of $300, a fine of $200,000, and to forfeit $1,530,189 in U.S. currency seized from his residence, plus accrued interest; all funds in a bank account under his name; $50,000 in a safe deposit box; and the real property where he conducted the illegal acts.

| Name: | **KORNELL, Bernard, MD** |
|---|---|
| City, State: | Duncanville, TX |
| Date of Arrest: | 11/29/2005 |
| Date of Conviction: | 03/19/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Obtaining controlled substances by fraud |
| DEA Registration: | Surrendered 07/21/2005 |

**Remarks**:

Bernard Kornell, MD, age 60, of Duncanville, TX, pled guilty in State court to obtaining controlled substances by fraud.

According to court documents, Kornell unlawfully obtained dihydrocodeinone from a legally registered pharmacist by use of a false and forged prescription.

Kornell was sentenced to ten years imprisonment, probated ten years, and fined $2,500 for each offense, totaling $7,500.

| Name: | **KUTSCHBACH, Joan Z., MD** |
|---|---|
| City, State: | Elk Grove, CA |
| Date of Arrest: | 6/20/2007 |
| Date of Conviction: | 8/22/2007 |
| Judicial Status: | Pled No Contest |
| Conviction: | Obtaining a controlled substance through fraud |
| DEA Registration: | Active |

**Remarks**:

Joan Kutschbach, MD, of Elk Grove, CA, pled no contest to obtaining a controlled substance through fraud.

According to the court documents, Kutschbach forged a prescription to obtain Methadone for her own personal use.

Kutschbach was sentenced to 30 days in jail and three years probation.

| Name: | **LAU, Abel, MD** |
|---|---|
| City, State: | Catoosa, OK |
| Date of Arrest: | 05/13/2008 |
| Date of Conviction: | 08/05/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Distribution of a controlled substance |
| DEA Registration: | Surrendered 11/05/2009 |

**Remarks:**

Abel Lau, MD, age 48, of Catoosa, OK, pled guilty in U.S. District Court, Middle District of Florida, to one count of distribution of a controlled substance.

According to court documents, Lau reviewed and approved orders for Schedule III and Schedule IV controlled substances based on an online questionnaire for Jive Network, an organization based in Orlando, FL, that used the Internet to unlawfully distribute and dispense controlled substances.  In doing so, Lau knowingly and intentionally distributed or dispensed controlled substances other than for a legitimate medical purpose and outside the course of professional practice.

Lau was sentenced to probation for a term of 3 years with 6 months home detention with electronic monitoring and ordered to pay a special assessment of $100.

| Name: | **LAZARO-PAULINA, Juan Carol, MD** |
|---|---|
| City, State: | Westbrook, ME |
| Date of Arrest: | 08/11/2004 |
| Date of Conviction: | 11/18/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Theft by deception; Unlawful sexual contact |
| DEA Registration: | Terminated 08/05/2005 |

**Remarks:**

Juan Carol Lazaro-Paulina, MD, age 58, of Westbrook, ME, pled guilty in Kennebec County Superior Court to one count of theft by deception.  Lazaro-Paulina was sentenced to 30 days incarceration and forfeited $6,380.  Lazaro-Paulina also pled guilty in Cumberland County District Court to three counts of Unlawful Sexual Contact.

Lazaro-Paulina was sentenced to 30 days incarceration on each count, to be served concurrently.

| Name: | **LE, Vu, MD** |
|---|---|
| City, State: | Midway City, CA |
| Date of Arrest: | 12/01/2006 |
| Date of Conviction: | 11/17/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Unlawful distribution of Schedule II and Schedule III controlled substances |
| DEA Registration: | Expired 03/31/2008 |

**Remarks:**

Vu Le, MD, age 55, of Midway City, CA, pled guilty in U.S. District Court, Central District of California, to fifteen counts of knowingly, intentionally, and unlawfully distributing and dispensing Schedule II and Schedule III controlled substances while acting outside the scope of professional practice.

According to court documents, Le operated a medical office in Westminster, CA.  A portion of Le's practice was devoted to prescribing controlled substances to patients without performing the appropriate medical examinations in exchange for cash payment for the prescriptions.  Individuals seeking controlled substances without a legitimate medical reason would pay $150 in cash to Le's receptionist in order to be seen by Le.  These persons would tell Le they had pain and needed medication.  Le would prescribe controlled substances, usually Vicodin and OxyContin, without further examination, referral slips, or other documentation showing a legitimate medical reason for the prescription.  Le's actions in prescribing controlled substances in this manner were outside the scope of professional practice.

Le was sentenced to 57 months in federal prison followed by 3 years supervised release, and ordered to pay a special assessment of $1,500.

| Name: | **LEVINE, Howard J., MD** |
|---|---|
| City, State: | Seattle, WA |
| Date of Arrest: | 06/26/2007 |
| Date of Conviction: | 02/19/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Distribution of a controlled substance |
| DEA Registration: | Retired 03/23/2007 |

**Remarks:**

Howard J. Levine, MD, age 58, of Seattle, WA, pled guilty in federal court to one count of distribution of a controlled substance.

According to court documents, Levine unlawfully, knowingly and intentionally distributed, dispensed, and possessed with the intent to distribute, substances containing nandrolone decanoate gel and testosterone gel which are anabolic steroids and Schedule III controlled substances, and that Levine acted outside the scope of professional practice in distributing the controlled substance.

Levine was sentenced to 22 months in federal prison followed by supervised release for a term of three (3) years.

| Name: | **LEVITT, Keith Neil, MD** |
|---|---|
| City, State: | Seattle, WA |
| Date of Arrest: | 7/31/2008 |
| Date of Conviction: | 10/31/2008 |

| | |
|---|---|
| Judicial Status: | Pled Guilty |
| Conviction: | Acquiring a controlled substance by misrepresentation, deception, and subterfuge |
| DEA Registration: | Surrendered 07/31/2007 |

**Remarks:**

Keith Neil Levitt, MD, age 50, of Seattle, WA, pled guilty in U.S. District Court, Western District of Washington, to one count of acquiring a controlled substance by misrepresentation, deception, and subterfuge.

According to court documents, while he was the owner, operator, and medical director of Regeneration Medispa and Salon in Seattle, WA, Levitt placed an order for 600 pills of 10mg hydrocodone. Upon receipt of the drugs, Levitt unlawfully removed the drugs from the Regeneration Spa and diverted them for his own use. Levitt also called in prescriptions for hydrocodone in the name of a third party who would then pick up the drugs and return them to Levitt. In addition, after his DEA registration was suspended, Levitt called in prescriptions for hydrocodone using the DEA numbers of other physicians working at the Spa. In performing the above acts, Levitt knowingly, intentionally, and unlawfully acquired a controlled substance by misrepresentation, deception, and subterfuge.

Levitt was sentenced to probation for a term of three years and ordered to participate in a program for treatment of narcotic addiction. Levitt was also ordered to pay a special assessment of $100.

| | |
|---|---|
| Name: | **LIEBERMAN, Ira, DO** |
| City, State: | North Branch, MI |
| Date of Arrest: | 10/20/2003 |
| Date of Conviction: | 10/08/2004 |
| Judicial Status: | Pled Guilty |
| Conviction: | Illegal distribution of a controlled substance |
| DEA Registration: | Surrendered 04/16/2004 |

**Remarks:**

Ira Lieberman, DO, age 56, of North Branch, MI, pled guilty to 14 counts of illegal distribution of a controlled drug.

According to court documents, Lieberman supplied Demerol to a medical assistant so that she could inject him with the Demerol without a legitimate medical reason and outside the scope of legitimate medical practice.

Lieberman was sentenced to 27 months in prison followed by 36 months supervised release and ordered to pay an assessment of $1,400.

| | |
|---|---|
| Name: | **LIPSON, Philip A., DO** |
| City, State: | Churchville, PA |
| Date of Arrest: | 06/22/2005 (formal arrest processing delayed until sentencing date) |
| Date of Conviction: | 06/22/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Illegal sale of prescription drug samples |
| DEA Registration: | Expired 03/31/2007 |

**Remarks:**

Philip Lipson, DO, age 56, of Churchville, PA, pled guilty in federal court in the Eastern District of Pennsylvania to one count of illegal sale of prescription drug samples. Lipson had previously pled guilty to this charge on January 13, 2005, but formal arrest proceedings were delayed until he was sentenced.

According to court records, Lipson delivered thousands of non-controlled prescription drug samples to a pharmacist who, in turn, placed the drug samples into inventory and sold them to patients. The patient's insurers reimbursed the pharmacist for the drug samples. Lipson was paid approximately $40,000 by the pharmacist for the drug samples.

Lipson was sentenced to 36 months probation and ordered to pay a $40,000 fine.

| | |
|---|---|
| Name: | **LISNICHY (aka LISNYCZYJ), Nicholas, MD** |
| City, State: | Dunmore, PA |
| Date of Arrest: | 12/08/2004 |
| Date of Conviction: | 02/07/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Delivery of a controlled substance; fraud |
| DEA Registration: | Surrendered 12/29/2004 |

**Remarks:**

Nicholas Lisnichy, MD, age 47, of Dunmore, PA, pled guilty to felony drug delivery by a practitioner, drug delivery to an addict, and health insurance fraud.

According to court documents, on numerous occasions, Lisnichy wrote prescriptions for controlled substances on the condition that the patients fill the prescriptions, often using their health insurance plan, and then return half of the drugs to him for his own personal use and distribution. At times, he used the drugs with his patients for other than legitimate medical need.

Lisnichy was sentenced to 6 to 12 years in prison followed by 10 years probation and agreed to forfeit $173,000, two Mercedes-Benz vehicles valued at $75,000, and $50,000 from the sale of real estate.

| | |
|---|---|
| Name: | **LITTLE, Albert, G., MD** |
| City, State: | Catonsville, MD |
| Date of Arrest: | 01/25/2007 |
| Date of Conviction: | 07/12/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Healthcare fraud; Obtaining drugs by fraud |
| DEA Registration: | Retired 10/31/2005 |

**Remarks:**

Albert Little, MD, of Catonsville, MD, pled guilty to four counts healthcare fraud and one count obtaining drugs by fraud.

According to the court documents, from June 2002 through December 2003, Little defrauded the health care benefit programs by submitting reimbursements for the cost of medical services and procedures never provided and by providing reimbursements for the cost of prescriptions for controlled substances, which were provided to patients in exchange for cash and with no legitimate medical purpose.

Little was sentenced to three years probation. Little, who earlier forfeited $574,426.61 in illegal profits, was also ordered to pay restitution in the amount of $113,782.00.

| | |
|---|---|
| Name: | **LOCKRIDGE, William R., MD** |
| City, State: | Lake Park, FL |
| Date of Arrest: | 04/07/2008 |
| Date of Conviction: | 09/30/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute a controlled substance |
| DEA Registration: | Revoked 01/26/2007 |
| **Remarks:** | |

William R. Lockridge, MD, age 63, of Lake Park, FL, pled guilty in US District Court, Western District of Pennsylvania, to one count of conspiracy to distribute a controlled substance.

According to court documents, Lockridge knowingly, intentionally, and unlawfully conspired with others to distribute and possess with intent to distribute a quantity of hydrocodone, a Schedule III controlled substance; a quantity of diazepam, a Schedule IV controlled substance; and a quantity of Alprazolam, a Schedule IV controlled substance.  During the period of the conspiracy, Lockridge wrongfully issued 28,000 prescriptions.

Lockridge was sentenced to federal prison for a term of 12 months and one day followed by 2 years of supervised release and ordered to pay a special assessment of $100.

| | |
|---|---|
| Name: | **LOPEZ, Peter Colon, MD** |
| City, State: | Miami, FL and Caguas, PR |
| Date of Arrest: | 10/25/2007 |
| Date of Conviction: | 12/08/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to dispense controlled substances; conspiracy to launder money |
| DEA Registration: | Retired 11/02/1996 |
| **Remarks:** | |

Peter Colon Lopez, MD, age 54, pled guilty in U.S. District Court, Northern District of Iowa, to conspiracy to dispense and cause to be dispensed Schedule III and Schedule IV controlled substances, and conspiracy to launder money.

According to court documents, Lopez worked for Pharmacom International Corporation, a company in the business of using the Internet to sell prescription drugs.  Customers completed a short online health history questionnaire and provided credit card payment information.  Customers' identities were not verified, nor were customers required to submit any medical records.  Lopez, a medical doctor, was hired to review the prescription drug orders.  He would review the orders without examining any of the customers and, in the vast majority of cases, without reviewing any medical records.  The only contact he had with customers, if any, was an occasional brief telephone call or exchange of emails.  During the time he worked for Pharmacon, Lopez was not licensed to practice medicine anywhere in the United States, nor did Lopez have a valid DEA registration to prescribe controlled pharmaceuticals.

Lopez was sentenced to federal prison for a term of 22 months followed by two years of supervised release, and ordered to pay a special assessment of $200.

| | |
|---|---|
| Name: | **LOXLEY, Sidney S., MD** |
| City, State: | Chesapeake, VA |
| Date of Arrest: | 1/19/2005 |
| Date of Conviction: | 12/23/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to traffic in controlled substances |
| DEA Registration: | Revoked 06/27/2006 |
| **Remarks:** | |

Sidney S. Loxley, MD, age 63, of Chesapeake, VA, pled guilty to one count of conspiracy to traffic in controlled substances.

According to court documents, Loxley unlawfully conspired to dispense controlled substances not for a legitimate medical purpose and beyond the bounds of medical practice, and that death and serious bodily injury resulted from the use of these substances.

Loxley was sentenced to 87 months in prison followed by three years supervised release.

| | |
|---|---|
| Name: | **LY, Hung Thien, MD** |
| City, State: | Savannah, GA |
| Date of Arrest: | 10/3/2007 |
| Date of Conviction: | 05/15/2009 |
| Judicial Status: | Jury Conviction |
| Conviction: | Unlawful dispensation of controlled substances |
| DEA Registration: | Expired 03/31/2009 |
| **Remarks:** | |

Hung Thien Ly, MD, age 51, of Savannah, GA, was found guilty by a jury in U.S. District Court, Southern District of Georgia, Savannah Division, on all 129 counts of unlawful dispensation of controlled substances charged in the indictment.

According to court documents, Ly knowingly, intentionally, and unlawfully directly dispensed, and caused to be dispensed, controlled substances outside the usual course of professional practice and without legitimate medical purpose by selling controlled substances to individuals and by means

of written prescriptions.

Ly was sentenced to federal prison for a term of 97 months followed by five years of supervised release, and ordered to pay a special assessment of $12,900 and a fine of $200,000.

| | |
|---|---|
| Name: | **MACH, Philip, MD** |
| City, State: | New Brunswick, NJ |
| Date of Arrest: | 08/31/2005 |
| Date of Conviction: | 05/10/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute and dispense, and aiding and abetting the unlawful distribution and dispensing of, controlled substances |
| DEA Registration: | Surrendered 04/26/2007 |

**Remarks:**

Phillip Mach, MD, age 49, of New Brunswick, NJ, pled guilty in federal court to conspiracy to distribute and dispense, and aiding and abetting the unlawful distribution and dispensing of, controlled substances by means that were outside of the usual course of professional medical practice and without a legitimate medical purpose.

According to court documents, Mach was a physician licensed to practice medicine by the State of New Jersey with offices in New Brunswick. Mach entered into an agreement with Xpress Pharmacy Direct, located in Minnesota, to provide prescriptions to online customers.

Mach was sentenced to 15 months in federal prison followed by three years of supervised release, and assessed a $200.00 criminal monetary penalty.

| | |
|---|---|
| Name: | **MANFREDONIA, Seraphin J., MD** |
| City, State: | North Palm Beach, FL |
| Date of Arrest: | 10/20/2006 |
| Date of Conviction: | 02/05/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Distributing and dispensing controlled substances |
| DEA Registration: | Retired 04/24/2006 |

**Remarks:**

Seraphin J. Manfredonia, MD, age 78, of North Palm Beach, FL, pled guilty in federal court to four counts of distributing and dispensing controlled substances.

According to court documents, Manfredonia knowingly and intentionally distributed and dispensed, and caused to be distributed and dispensed, a mixture and substance containing detectable amounts of Schedule II - IV controlled substances, including Roxicodone, Methadone, Percocet, Dilaudid, Lorcet, Xanax, and Valium, outside the course of professional practice.

Manfredonia was sentenced to probation for a term of three (3) years, participation in the Home Confinement Program for one year, and ordered to pay a fine of $12,500 and an assessment of $400.

| | |
|---|---|
| Name: | **MARTINEZ, Estrella, MD** |
| City, State: | Albany, NY |
| Date of Arrest: | 11/30/2006 |
| Date of Conviction: | 05/08/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Criminal possession of a controlled substance |
| DEA Registration: | Surrendered 11/29/2006 |

**Remarks:**

Estrella Martinez, MD, age 49, of Colonie, NY, pled guilty in Albany City Court, to criminal possession of a controlled substance.

According to court documents, Martinez ordered and possessed hydrocodone tablets without a valid NY medical license.

Martinez was sentenced to 3 years probation and ordered to pay a surcharge of $160.

| | |
|---|---|
| Name: | **MARTINEZ, Jorge A., MD** |
| City, State: | Boardman, OH |
| Date of Arrest: | 9/13/2004 |
| Date of Conviction: | 06/14/2006 |
| Judicial Status: | Jury Conviction |
| Conviction: | Healthcare fraud resulting in death; Distribution of controlled substances |
| DEA Registration: | Retired 08/31/2006 |

**Remarks:**

Jorge A. Martinez, MD, age 56, of Boardman, OH, was found guilty by a federal jury on two counts of healthcare fraud resulting in death; twenty-one additional counts of healthcare fraud; ten counts of wire fraud; fifteen counts of mail fraud; and eight counts of distribution of controlled substances.

According to court documents, from 1998 to September 2004, Martinez submitted false bills to insurance plans for injections and office visits. The jury found that the defendant's health care fraud scheme resulted in the deaths of two insurance beneficiaries. The jury also found the defendant guilty of drug trafficking in OxyContin (oxycodone), a Schedule II controlled substance.

Martinez was sentenced to life in federal prison and ordered to pay an assessment of $5,600. Martinez has filed an appeal which is pending.

| | |
|---|---|
| Name: | **MARTINEZ, Rogelio, MD** |
| City, State: | Pensacola, FL |
| Date of Arrest: | 2/14/2008 |
| Date of Conviction: | 4/1/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute controlled substances |

DEA Registration:          Suspended 2/27/2008
**Remarks:**

Rogelio Martinez, MD, age 69, of Pensacola, FL, pled guilty in U.S. District Court, Northern District of Florida, to one count of conspiracy to distribute controlled substances.

Martinez was sentenced to 72 months incarceration, followed by 3 years of supervised release. Martinez was also ordered to pay a fine of $10,000.

| | |
|---|---|
| Name: | **MARSHALL, Harold, MD** |
| City, State: | Dallas, TX |
| Date of Arrest: | 9/12/2007 |
| Date of Conviction: | 06/25/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Fraudulent delivery of a prescription form |
| DEA Registration: | Surrendered 09/07/2007 |

**Remarks:**

Harold Marshall, MD, age 45, of Dallas, TX, pled guilty to three counts of fraudulent delivery of a controlled substance, to wit: clonazepam..

According to court documents, Marshall intentionally and knowingly delivered a prescription and prescription form to a patient without a valid medical purpose in the course of professional practice.

Marshall was sentenced to 10 years probation and ordered to complete 160 hours of community service.

| | |
|---|---|
| Name: | **MAYNARD, Paul V., MD** |
| City, State: | Charlotte Amalie, VI |
| Date of Arrest: | 09/18/2003 |
| Date of Conviction: | 02/15/2007 |
| Judicial Status: | Jury Conviction |
| Conviction: | Distributing and dispensing Schedule II and III controlled substances |
| DEA Registration: | Expired 01/31/2008 |

**Remarks:**

Paul Maynard, MD, age 55, of Charlotte Amalie, St. Thomas, US Virgin Islands, was convicted on four counts distributing and dispensing Schedule II and III Controlled Substances (namely: Percocet, Percodan, and Vicodin ES).

According to court documents, Maynard distributed and dispensed controlled substances without a legitimate medical purpose and beyond the bounds of acceptable medical practice.

Maynard was sentenced to seven months incarceration to be followed by three years of supervised release. In addition, Maynard was ordered to forfeit his medical office.

| | |
|---|---|
| Name: | **MAZUR, Richard A., MD** |
| City, State: | Pass Christian, MS |
| Date of Arrest: | 07/07/2004 |
| Date of Conviction: | 06/20/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Dispensing a controlled substance for an unlawful purpose |
| DEA Registration: | Surrendered 07/07/2004 |

**Remarks:**

Richard R. Mazur, MD, age 52, of Pass Christian, MS, pled guilty in U.S. District Court to one count of dispensing a controlled substance for an unlawful purpose.

Mazur was sentenced to 27 months in prison followed by one year of supervised release and ordered to pay an assessment of $100.

| | |
|---|---|
| Name: | **MCARTHUR III, William Frank, MD** |
| City, State: | Jesup, GA |
| Date of Arrest: | 11/15/2006 |
| Date of Conviction: | 01/16/20098 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute controlled substances; money laundering conspiracy |
| DEA Registration: | Surrendered 09/12/2006 |

**Remarks:**

William Frank McArthur III, MD, age 40, of Jesup, GA, pled guilty in U.S. District Court, Northern District of Texas - Dallas Division, to one count of conspiracy to distribute controlled substances and one count of conspiracy to launder money.

According to court documents, McArthur operated a call center to "approve" drug orders and conduct "consultations" with Internet customers who had completed an online questionnaire explaining the customers' need for the controlled substances they were ordering.  McArthur knowingly and intentionally combined, conspired, confederated and agreed with others to distribute hydrocodone (Schedule III), phentermine (Schedule IV), and alprazolam (Schedule IV) outside the scope of professional practice and not for a legitimate medical purpose.  When approving the online drug orders, McArthur did not physically examine or observe any Internet customer or verify any personal or medical information provided by the customer.

McArthur also pled guilty to having knowingly and intentionally combined, conspired, confederated and agreed with others to attempt to conduct, conduct, and cause to be conducted, financial transactions affecting interstate commerce, that is, the wire transfer of funds totaling $1,136,150, with the intent to promote an unlawful activity, and knowing that the funds represented proceeds derived from the unlawful activity, that is, the distribution of controlled pharmaceuticals outside the scope of professional practice and not for a legitimate medical purpose.

McArthur was sentenced to prison for a term of 30 months followed by supervised release for two years, and ordered to pay a special assessment of $200.

| Name: | **MCINTOSH-FULMORE, Margaret, MD** |
|---|---|
| City, State: | Charlotte, NC |
| Date of Arrest: | 05/15/2008 |
| Date of Conviction: | 08/04/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Distribution of a controlled substance |
| DEA Registration: | Pending |

**Remarks:**

Margaret McIntosh-Fulmore, age 54, of Charlotte, NC, pled guilty in the Middle District of Florida (Orlando Division) to one count of distribution of a controlled substance.

According to court documents, McIntosh-Fulmore knowingly and intentionally distributed and dispensed Schedule III and Schedule IV controlled substances other than for a legitimate medical purpose and not in the usual course of professional practice.

As a doctor recruited by Jive Network, an organization that used the Internet to unlawfully distribute and dispense prescription drugs to customers, McIntosh-Fulmore reviewed health questionnaire answers provided by customers over the Internet or telephone and approved customer orders for controlled pharmaceuticals solely on the basis of those answers.

McIntosh-Fulmore was sentenced to 3 years probation with home confinement for a period of 12 months and ordered to pay a special assessment of $100.

| Name: | **MCGRAIL, Carolyn, MD** |
|---|---|
| City, State: | Fort Walton Beach, FL |
| Date of Arrest: | 08/24/2009 |
| Date of Conviction: | 07/29/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Health Care Fraud; Unlawful Dispensing of a Schedule III Controlled Substance |
| DEA Registration: | Surrendered 11/10/2009 |

**Remarks:**

Carolyn McGrail, MD, of Fort Walton Beach, FL, pled guilty in U.S. District Court, Northern District of Florida, to one count Health Care Fraud and one count Unlawful Dispensing of a Schedule III Controlled Substance.

According to court documents, McGrail prescribed Schedule III Controlled Substance, Hydrocodone, to her husband without determining a sufficient medical necessity for the prescription and outside the course of usual professional practice, never treating him as a patient and never maintaining a patient file for him.

McGrail was sentenced to 5 months incarceration, followed by 3 years supervised release. McGrail was also ordered to pay a $1,000 fine and $8.17 in restitution.

| Name: | **MCELWEE, Tandy, MD** |
|---|---|
| City, State: | Bossier City, LA |
| Date of Arrest: | 09/25/2008 |
| Date of Conviction: | 10/02/2009 |
| Judicial Status: | Jury Conviction |
| Conviction: | Conspiracy to Obtain Controlled Substance by Fraud; Obtain or Acquire a Controlled Substance by Fraud; Conspiracy to Possess with Intent to Distribute Hydrocodone; Possession with Intent to Distribute Hydrocodone; Providing False Information in Record and Health Care Fraud |
| DEA Registration: | Surrendered 08/30/2007 |

**Remarks:**

Tandy McElwee, Jr., MD, of Bossier City, LA, was found guilty by a U.S. District Court, Western District of Louisiana jury of the following: one count Conspiracy to Obtain Controlled Substance by Fraud; nineteen counts Obtain or Acquire a Controlled Substance by Fraud; one count Conspiracy to Possess with Intent to Distribute Hydrocodone; nine count Possession with Intent to Distribute Hydrocodone; one count Providing False Information in Record and one count Health Care Fraud.

According to court documents, McElwee, with co-defendants, submitted improper prescriptions for controlled substances to pharmacies in the Shreveport-Bossier City area in one another's names, as well as the names of family members and false names. The defendants would then pick up the improper prescriptions controlled substances for each other, signing the signature logs at various pharmacies and deliver the controlled substances to each other.

McElwee was sentenced to 60 months incarceration, to be followed by 3 years supervised release. McElwee was fined $550,000.00; ordered to pay $235.41 in restitution; and ordered to forfeit his medical license. McElwee has filed an appeal.

| Name: | **MCIVER, Ronald Allen, DO** |
|---|---|
| City, State: | Hodges, SC |
| Date of Arrest: | 08-26-2004 |
| Date of Conviction: | 09/19/2005 |
| Judicial Status: | Jury Conviction |
| Conviction: | Distribution and dispensing of controlled substances outside the usual course of medical practice |
| DEA Registration: | Surrendered 04-12-2004 |

**Remarks:**

Ronald A. McIver, DO, age 64, of Hodges, SC, was found guilty in federal court on nine counts of distribution and dispensing of controlled substances outside the usual course of medical practice. On three of the nine counts, McIver was found guilty of distribution of controlled substances resulting in

death or serious bodily injury.

McIver was sentenced to 360 months in prison, to be followed by five years supervised release, and ordered to pay a $900.00 special assessment.

| | |
|---|---|
| Name: | **MCNEIL, Apryl Mamzette, MD** |
| City, State: | New York, NY |
| Date of Arrest: | 07/28/2005 |
| Date of Conviction: | 04/21/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to Distribute Schedule III and IV controlled substances and Conspiracy to Launder Money |
| DEA Registration: | Surrendered 05/02/2006 |

**Remarks**:

Apryl Mamzette McNeil, MD, age 44, of New York City, NY, pled guilty in federal court to one count of conspiracy to distribute schedule III and IV controlled substances and one count of conspiracy to launder money.

According to court documents, between November 2003 and May 2004, McNeil authorized at least 220,090 dosage units of Schedule III controlled substances and 15, 510 dosage units of Schedule IV controlled substances via the internet.  Said prescriptions were not issued for a legitimate medical purpose and not in the usual course of a practitioner's professional practice.

McNeil was sentenced to 20 months in prison, two years supervised release, and ordered to forfeit $26,960.00.

| | |
|---|---|
| Name: | **MERRILL, Thomas, DO** |
| City, State: | Apalachicola, FL |
| Date of Arrest: | 08/09/2005 |
| Date of Conviction: | 07/10/2006 |
| Judicial Status: | Jury Conviction |
| Conviction: | Unlawful dispensing of controlled substances resulting in death; fraud |
| DEA Registration: | Surrendered 05/07/2004 |

**Remarks**:

Thomas G. Merrill, MD, age 72, of Apalachicola, FL, was found guilty by a federal jury on eighteen counts of wire fraud; five counts of defrauding health care benefit programs, including two counts that charged that death resulted from the violation; and 75 counts of dispensing or distributing controlled substances including oxycodone, morphine, hydrocodone, fentanyl, alprazolam, and diazepam, including four counts that charged that death resulted from the use of the drugs.

According to court documents, between January 2000 and May of 2004, Merrill wrote prescriptions for controlled substances without conducting any physical examination and without determining a sufficient medical necessity for the prescription of controlled substances. Merrill directed patients to have their prescriptions filled at specific pharmacies and warned them against filling their prescriptions at pharmacies that would ask too many questions about the quantity and combination of controlled substances prescribed.

Merrill was convicted for prescribing controlled substances to abusers and addicts outside the course of standard medical practice. The trial jury found that Merrill's actions resulted in the deaths of five of his patients. The evidence at trial revealed that Merrill, a licensed osteopathic physician, prescribed excessive and inappropriate quantities and combinations of controlled substances to patients and failed to monitor their use and abuse of the prescribed controlled substances.

Merrill was sentenced to life imprisonment on the charges that his actions resulted in death. He was also sentenced to concurrent twenty, ten, and five year terms of imprisonment on the remaining 92 counts.

| | |
|---|---|
| Name: | **MICKLESON, Dennis L., MD** |
| City, State: | Palmer, AK |
| Date of Arrest: | 12/01/2006 |
| Date of Conviction: | 02/09/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Unlawful possession of a controlled substance |
| DEA Registration: | Retired 09/30/2006 |

**Remarks**:

Dennis Lynn Mickleson, MD, age 57, of Palmer, AK, pled guilty in federal court to one count of unlawful possession of a controlled substance.

According to court documents, Mickleson knowingly and intentionally possessed a controlled substance which was not obtained directly or pursuant to a valid prescription or order.

Mickleson was sentenced to probation for a term of three (3) years and ordered to pay a fine of $5,000 and an assessment of $25.

| | |
|---|---|
| Name: | **MILLETTE, Michael J., MD** |
| City, State: | Crystal Lake, IL |
| Date of Arrest: | 07/14/2006 |
| Date of Conviction: | 01/11/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute controlled substances without legitimate medical purpose; conspiracy to launder money |
| DEA Registration: | Revoked 05/02/2005 |

**Remarks**:

Michael J. Millette, MD, age 46, of Crystal Lake, IL, pled guilty to conspiracy to distribute Schedule III and IV controlled substances and conspiracy to launder money.

According to court documents, Millette obtained $1.6 million in drug proceeds from authorizing at least 61,202,400 dosage units of Schedule III controlled substances and at least 1,446,810 dosage units of Schedule IV controlled substances via the internet.  Said prescriptions were not issued for a legitimate medical purpose and not in the usual course of a practitioner's professional practice.

Millette was sentenced to forty-one (41) months imprisonment followed by two (2) years supervised release.  Millette was also ordered to forfeit $1.6 million.

| | |
|---|---|
| Name: | **MIRZA, Sarfraz Ahmed, MD** |
| City, State: | Melbourne, FL |
| Date of Arrest: | 06/26/2007 |
| Date of Conviction: | 02/19/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Trafficking in oxycodone (14 to 28 grams) |
| DEA Registration: | Retired 11/30/2004 |

**Remarks:**

Sarfraz Ahmed Mirza, MD, age 65, of Melbourne, FL, pled guilty in Brevard County court to one count of trafficking in oxycodone (14 to 28 grams). Mirza was sentenced to community control for two years followed by state probation for a term of five years and ordered to pay $321.

| | |
|---|---|
| Name: | **MOLMENTI, Luis A., MD** |
| City, State: | Plymouth, MA |
| Date of Arrest: | 2/28/2005 |
| Date of Conviction: | 4/21/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Health care fraud |
| DEA Registration: | Surrendered 7/5/2005 |

**Remarks:**

Luis A. Molmenti, MD, age 41, of Plymouth, MA, pled guilty to one count of health care fraud.

According to court documents, from February, 2003 to August, 2004, Molmenti wrote prescriptions for OxyContin in the name of other individuals, who filled the prescriptions and mailed the drugs back to him for his personal use.

Molmenti was sentenced to 24 months probation. He was also ordered to pay $1,877.15 in restitution to the Maryland Health Insurance Partnership, perform 100 hours of community service and pay a $100.00 special assessment fee.

| | |
|---|---|
| Name: | **MORGAN, Breton Lee, MD** |
| City, State: | Point Pleasant, WV |
| Date of Arrest: | 09/12/2006 |
| Date of Conviction: | 03/12/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Obtaining a Schedule III controlled substance by fraud |
| DEA Registration: | Surrendered 04/07/2006 |

**Remarks:**

Breton Lee Morgan, MD, age 46, of Point Pleasant, WV, pled guilty in federal court to one count of obtaining a Schedule III controlled substance by fraud.

According to court documents, Morgan knowingly and intentionally acquired and obtained possession of a quantity of hydrocodone, a Schedule III controlled substance, from a pharmaceutical company by misrepresentation, fraud, deception and subterfuge.

Morgan was sentenced to thirty days in prison followed by three months supervised home detention and fined $5,000.

| | |
|---|---|
| Name: | **MORGAN, Richard A., DO** |
| City, State: | Oceanside, NY |
| Date of Arrest: | 05/14/2007 |
| Date of Conviction: | 03/19/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute and to possess with intent to distribute oxycodone |
| DEA Registration: | Retired 06/30/2007 |

**Remarks:**

Richard A. Morgan, DO, age 37, of Oceanside, NY, pled guilty in the Eastern District of New York to one count of conspiracy to distribute and to possess with intent to distribute oxycodone.

According to court documents, Morgan, along with other defendants, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, Oxycodone.

Morgan was sentenced to 168 months (14 years) incarceration, followed by three years supervised release.

| | |
|---|---|
| Name: | **MOSS, Joe P., MD** |
| City, State: | Franklin, TN |
| Date of Arrest: | 12/22/2004 |
| Date of Conviction: | 04/13/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Healthcare fraud; Possession of ammunition by a convicted felon |
| DEA Registration: | Surrendered 02/23/2001 |

**Remarks:**

Joe P. Moss, MD, age 64, of Franklin, TN pled guilty in federal court to health care fraud and possession of ammunition by a convicted felon.

According to court documents, on June 16, 2005, Moss, who was a licensed physician in Williamson County, was placed on five years probation by the U.S. District Court in the Middle District of Tennessee following his pleas of guilty to obtaining controlled substances by fraud and submitting false and fraudulent dispensing records to the Drug Enforcement Administration. Both charges were felonies.

While on probation, Moss was prohibited from possessing firearms or other dangerous weapons. Because of his felony convictions, Moss's medical license was suspended by the Tennessee Board of Medical Examiners. Moss was also excluded from participating in Medicare and Medicaid and could not bill Medicare or Medicaid for patients he treated, nor could he cause claims to be submitted for a medical practice he owned, operated, or administered.

During a home visit to Moss by the U.S. Probation Office, it was discovered that Moss was in possession of numerous dangerous weapons and ammunition. It was also later established that Moss saw and treated patients at his medical offices in Franklin, TN. Moss documented his treatment of patients in some of the patient charts, sometimes forging the initials of another physician as the treating physician. Moss also caused prescriptions to be filled and refilled for patients he had treated. Some of the patients Moss treated were covered by Medicare and/or Medicaid. Moss caused claims to be submitted to Medicare and/or Medicaid for services rendered by a physician's assistant and nurse practitioner who treated patients at Moss's medical practice.

Moss was sentenced to eighteen months incarceration followed by three years of supervised probation and ordered to pay $13,796.10 in restitution.

| | |
|---|---|
| Name: | **MUDD, Kenneth, MD** |
| City, State: | Louisville, KY |
| Date of Arrest: | 07/20/2004 |
| Date of Conviction: | 10/24/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Trafficking in prescription blanks for controlled substances, prohibited activities |
| DEA Registration: | Surrendered 07/22/2004 |

**Remarks:**

Kenneth Mudd, MD, age 32, of Louisville, KY, pled guilty in state court to trafficking in prescription blanks for controlled substances and prohibited activities. Mudd was employed at the University of Louisville's department of obstetrics and gynecology.

Mudd was sentenced to three years imprisonment, to serve probated for five years.

| | |
|---|---|
| Name: | **MUKHERJEE, Mukunda D., MD** |
| City, State: | Flint, MI |
| Date of Arrest: | 06/29/2004 |
| Date of Conviction: | 02/03/2006 |
| Judicial Status: | Jury Conviction |
| Conviction: | Unlawful distribution of a controlled substance |
| DEA Registration: | Expired 01/31/2006 |

**Remarks:**

Mukunda Mukherjee, MD, age 64, of Flint, MI, was convicted on February 3, 2006 by a federal jury on 44 counts of unlawful distribution of Schedule II and Schedule III controlled substances.

According to the court documents, from April, 2001 to June, 2004, Mukherjee wrote numerous prescriptions without a legitimate medical purpose. The trial judge described Mukherjee's office as "effectively a prescription mill with addicts coming from out-of-state to get prescriptions."

Mukherjee was sentenced to a total of 328 years imprisonment and was ordered to forfeit approximately $170,000 in assets.

| | |
|---|---|
| Name: | **MYERS, Michael Frank, MD** |
| City, State: | Greenville, SC |
| Date of Arrest: | 12/28/2006 |
| Date of Conviction: | 05/23/2007 |
| Judicial Status: | Jury Conviction |
| Conviction: | Conspiracy to, and distribution of, Schedule I, III, and IV controlled substances |
| DEA Registration: | Retired 07/03/2007 |

**Remarks:**

Michael F. Myers, MD, age 53, of Greenville, SC, was found guilty by a federal jury on 30 felony counts. These included one count of conspiracy to knowingly, intentionally, and unlawfully possess with intent to distribute, and distribution of, marijuana, a Schedule I controlled substance; one count of maintaining a place for the purpose of distributing and using marijuana; 25 counts of distributing and dispensing Schedule III controlled pharmaceuticals; and three counts of distributing and dispensing a Schedule IV controlled pharmaceutical.

Myers was sentenced to 78 months in federal prison, followed by supervised release for a term of three years, and ordered to pay an assessment of $3,000.

| | |
|---|---|
| Name: | **MYERS, Sanford Kent, MD** |
| City, State: | Knoxville, TN |
| Date of Arrest: | 12/19/2006 |
| Date of Conviction: | 11/24/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to possess with intent to distribute a Schedule II controlled substance |
| DEA Registration: | Surrendered 12/28/2006 |

**Remarks:**

Sanford K. Myers, MD, age 54, of Knoxville, TN, pled guilty in federal court to one count of knowingly, intentionally, and without authority conspiring to possess with intent to distribute OxyContin, a Schedule II controlled substance.

According to court documents, Myers was an organizer or leader of a criminal activity involving five or more people that resulted in illegal prescriptions totaling over 30,000 80mg OxyContin pills. Myers would write prescriptions in the names of several individuals with whom he did not have a doctor-patient relationship and for whom none of the prescriptions were medically necessary. The prescriptions would be filled and the OxyContin tablets sold illegally. In return for writing the prescriptions, Myers received money and cocaine.

Myers was sentenced to 156 months in federal prison, followed by supervised release for a term of three years, and ordered to pay a special

assessment of $100.

| | |
|---|---|
| Name: | **NYAMEKYE, Absylom Kwabena, MD** |
| City, State: | New York, NY |
| Date of Arrest: | 07/28/2005 |
| Date of Conviction: | 04/21/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute Schedule III and IV controlled substances; Conspiracy to launder money |
| DEA Registration: | Surrendered 05/02/2006 |

**Remarks:**

Absylom Kwabena Nyamekye, MD, age 39, of New York, New York, pled guilty in federal court to one count of conspiracy to distribute schedule III and IV controlled substances and one count of conspiracy to launder money.

According to court documents, between November 2003 and March 2004, Nyamekye authorized at least 357,330 dosage units of Schedule III controlled substances and 17,250 dosage units of Schedule IV controlled substances via the internet.   Said prescriptions were not issued for a legitimate medical purpose and not in the usual course of a practitioner's professional practice.

Nyamekye was sentenced to 20 months in prison, two years supervised release, and ordered to forfeit $36,286.00.

| | |
|---|---|
| Name: | **O'BRIEN, Paul John, DO** |
| City, State: | Crawfordsville, IN |
| Date of Arrest: | 02/03/09 |
| Date of Conviction: | 05/28/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Acquisition of Controlled Substance by Fraud |
| DEA Registration: | Retired 04/25/2007 |

**Remarks:**

Paul John O'Brien, DO, age 51, of Crawfordsville, IN, pled guilty in the Montgomery Superior Court to one count of Acquisition of Controlled Substance by Fraud.

According to court documents, O'Brien knowingly acquired possession of a controlled substance (120 Hydrocodone tablets), by misrepresentation, fraud, forgery, deception, concealment of a material fact, or use of a false name or false address.

O'Brien was sentenced to imprisonment for a period of one year, with all but one day suspended, followed by one year supervised probation. He was ordered 75 hours community service and fined $100.

| | |
|---|---|
| Name: | **ODEGAARD, Barry N., MD** |
| City, State: | Honolulu, HI |
| Date of Arrest: | 04/03/2006 |
| Date of Conviction: | 10/10/2008 |
| Judicial Status: | Jury Conviction |
| Conviction: | Illegal distribution of oxycodone |
| DEA Registration: | Surrendered 04/12/2006 |

**Remarks:**

Barry N. Odegaard, MD, age 56, of Honolulu, HI, was found guilty in U.S. District Court, District of Hawaii, on five counts of illegal distribution of oxycodone, a Schedule II controlled substance.

According to court documents, on five occasions from August 2004 to December 2004, Odegaard knowingly and intentionally distributed and dispensed oxycodone outside the course of professional medical practice and not for a legitimate medical purpose.

Odegaard was sentenced to federal prison for a term of five years followed by three years of supervised release, and ordered to pay a special assessment of $500 and a fine of $12,500.

| | |
|---|---|
| Name: | **OPSAHL, Jon S., MD** |
| City, State: | Colton, CA |
| Date of Arrest: | 03/17/2006 |
| Date of Conviction: | 11/05/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Misbranding drugs |
| DEA Registration: | Surrendered 03/18/2005 |

**Remarks:**

Jon S. Opsahl, MD, age 47, of Colton, CA, pled guilty in federal court to one count of misbranding drugs.

According to court documents, Opsahl did unlawfully, knowingly, and intentionally misbrand a drug which involved a quantity of hydrocodone, a Schedule III controlled substance, in interstate commerce by issuing a prescription without having complied with the requisites for issuing a prescription in the State of Texas.

Opsahl was ordered to forfeit $100,000.

| | |
|---|---|
| Name: | **ORTENZIO, Louis, MD** |
| City, State: | Blacksville, WV |
| Date of Arrest: | 10/4/2005 |
| Date of Conviction: | 3/24/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Healthcare fraud; Obtaining a controlled substance by fraud |
| DEA Registration: | Surrendered 10/6/2005 |

**Remarks**:

Louis Ortenzio, MD, age 53, of Blacksville, WV, pled guilty to one count of healthcare fraud and one count of obtaining a controlled substance by fraud.

According to court documents, Ortenzio submitted claims for services that were not rendered, and prepared a prescription in the name of another individual for hydrocodone, a Schedule III controlled substance, to obtain the drugs for his own use.

Ortenzio was sentenced to five years probation, the first six months to be served on home detention.  He was also ordered to perform 1,000 hours of community service, and pay restitution in the amount of $213,680.24 to Medicaid and Medicare.

| | |
|---|---|
| Name: | **OWENS, Guy, MD** |
| City, State: | New Britain, CT |
| Date of Arrest: | 05/01/2003 |
| Date of Conviction: | 04/18/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Illegal prescription / distribution of a narcotic; sexual assault |

DEA Registration:                    Surrendered 04/02/2003
**Remarks:**

Guy Owens, MD, age 79, of New Britain, CT, pled guilty in the State of Connecticut Superior Court to two counts of illegal prescription / distribution of a narcotic and one count of sexual assault.

According to court documents, A female patient had been receiving prescriptions for controlled substances from Owens for several years and had become addicted to them.  In recent visits, Owens had demanded sexual contact or he would not continue to write her prescriptions.  Over a three-month period, the patient had not paid Owens but instead had unwillingly participated in sexual acts with him in return for the prescriptions.

Owens received a three year suspended prison sentence and three years probation.

| | |
|---|---|
| Name: | **PAGALILAUAN, Manuel, MD** |
| City, State: | Bensalem, PA |
| Date of Arrest: | 04/05/2007 |
| Date of Conviction: | 06/24/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute and distribution of controlled substances |
| DEA Registration: | Out of Business 10/31/2006 |

**Remarks:**

Manuel Pagalilauan, MD, age 64, of Bensalem, PA, pled guilty in U.S. District Court, Eastern District of Pennsylvania, to one count of conspiracy to distribute controlled substances and two counts of distribution of controlled substances.

According to court documents, Pagalilauan assisted in the operation of the Family Medical Center ("FMC") in Philadelphia, PA.  Although it purported to be a medical clinic, FMC was in actuality a "pill mill" at which so-called patients ("customers") could, for a fee, obtain medical prescriptions for Schedule III, IV, and V controlled substances without there being any medical necessity for these prescriptions.  Pagalilauan allowed customers to obtain prescriptions under multiple false names as long as the customer initially provided some sort of identification in each false name so that FMC could establish a "patient file."  Customers of FMC normally received no physical examination or any other medical care or treatment.

Pagalilauan was sentenced to prison for a term of nine months followed by supervised release for two years, and ordered to pay a special assessment of $300 and a fine of $1,500.

| | |
|---|---|
| Name: | **PARRIS, Lawrence L., MD** |
| City, State: | Bothell, WA |
| Date of Arrest: | 05/28/2008 |
| Date of Conviction: | 08/27/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Unlawful possession of a controlled substance |
| DEA Registration: | Surrendered 05/27/2008 |

**Remarks:**

Lawrence L. Parris, MD, age 58, of Bothell, WA, pled guilty in U.S. District Court, Western District of Washington, to one count of unlawful possession of a controlled substance.

According to court documents, Parris unlawfully removed from a clinic where he worked and possessed for his own personal use, quantities of meperidine, a Schedule II controlled substance, in the form of injectible Demerol, which he then consumed.  The drugs were not possessed by Parris pursuant to a lawful prescription.  Parris hid his actions by making false entries in patient records indicating that the drugs had been administered to patients, whereas, in fact, they had been diverted to his own personal use.

Parris was sentenced to probation for a term of two years and ordered to pay a special assessment of $25 and a fine of $10,000.

| | |
|---|---|
| Name: | **PARSA, Bruce N., DO** |
| City, State: | Kansas City, KS |
| Date of Arrest: | 05/02/2003 |
| Date of Conviction: | 10/20/2003 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute or dispense Schedule II controlled substances; use of an invalid registration |
| DEA Registration: | Surrendered 11-02-2001 |

**Remarks:**

Bruce N. Parsa, DO, age 40, of Kansas City, KS, pled guilty in United States District Court to one count of conspiracy to distribute or dispense Schedule II controlled substances and four counts of knowingly and intentionally using a registration number that was revoked, suspended and expired.

According to court documents, Parsa unlawfully, knowingly and intentionally combined, conspired, confederated and agreed together and with others to distribute and dispense Dexedrine, Adderall, Dextrostat, OxyContin and oxycodone outside the scope of professional practice and not for a legitimate medical purpose.

Parsa was sentenced to 60 months in prison followed by three years supervised released and ordered to pay an assessment of $500.

| | |
|---|---|
| Name: | **PASCAL, Harold J., MD** |
| City, State: | East Stroudsburg, PA |
| Date of Arrest: | 12/18/2006 |
| Date of Conviction: | 02/01/2008 |
| Judicial Status: | Pled Nolo Contendere |
| Conviction: | Prescribing and delivering controlled substances outside the scope of treatment; Delivery by practitioners Schedule I and II; and Medicaid fraud and abuse |
| DEA Registration: | Surrendered 12/19/2006 |

**Remarks:**

Harold Pascal, MD, age 73, of East Stroudsburg, PA, pled nolo contendere to one count of prescribing and delivering controlled substances outside the scope of treatment; one count delivery by practitioners Schedule I and II; and Medicaid fraud and abuse.

Pascal was sentenced to a term of imprisonment of not less than 6 months and no more than 18 months. He was also ordered to pay a fine of $15,000 and complete 75 hours of community service.

| | |
|---|---|
| Name: | **PERRY-THORNTON, Elena, MD** |
| City, State: | Detroit, MI |
| Date of Arrest: | 09/28/2005 |
| Date of Conviction: | 10/19/2006 |

| | |
|---|---|
| Judicial Status: | Pled Guilty |
| Conviction: | Unlawful distribution of a controlled substance |
| DEA Registration: | Retired 01/19/2007 |

**Remarks:**

Elena Perry-Thornton, MD, age 56, of Detroit, MI, pled guilty in federal court to one count of unlawful distribution of a controlled substance.

According to court documents, Perry-Thornton pled guilty to selling a prescription for 100 tablets of 80mg OxyContin to an undercover patient without any significant medical examination, allowing the patient to choose the type of drug, the strength of the drug, and how many days would elapse before the patient purchased additional prescriptions. At times, Perry-Thornton operated her office out of her residence and out of a used car lot.

Perry-Thornton was sentenced to federal prison for a term of 72 months followed by 24 months of supervised probation and ordered to pay an assessment of $100.00.

| | |
|---|---|
| Name: | **PETERS, Alonzo III, MD (aka Peters, Alonzo Jr.)** |
| City, State: | Houston, TX |
| Date of Arrest: | 07/26/2006 |
| Date of Conviction: | 01/22/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Money laundering aiding and abetting |
| DEA Registration: | Retired 10/31/2007 |

**Remarks:**

Alonzo Peters III, MD, age 56, of Houston, TX, pled guilty in U.S. District Court Southern District of Texas to one count of money laundering aiding and abetting.

According to court documents, Peters knowingly conducted, and attempted to conduct, a financial transaction, specifically, the purchase of a 33.14 karat diamond with cashier's checks including an $80,000 check purchased at the Beau Rivage Casino which involved the proceeds of a specified unlawful activity, that is, the illegal distribution of controlled substances, knowing that the transaction was designed to conceal and disguise the nature, source, location, ownership or control of the proceeds of that unlawful activity.

Peters was sentenced to 60 months in federal prison followed by a term of three years supervised release and ordered to pay a special assessment of $100 and a fine of $10,000.

| | |
|---|---|
| Name: | **PETROVICH, John A., MD** |
| City, State: | Granite City, IL |
| Date of Arrest: | 07/25/2005 |
| Date of Conviction: | 10/24/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Healthcare Fraud |
| DEA Registration: | Surrendered 01/19/2006 |

**Remarks:**

John Petrovich, MD, age 47, of Granite City, IL, pled guilty to one count of health care fraud.

According to court documents, Petrovich wrote prescriptions for anti-anxiety and pain relief medications for individuals with whom he did not have a physician-patient relationship, knowing that the medicines were not medically necessary and that the individuals were using public aide to pay for the prescriptions.

Petrovich was sentenced to five years probation. He was also ordered to pay a fine of $5,000 to the United States Government, a separate fine of $5,000 to the Illinois Medicaid Program, and a special assessment of $100.

| | |
|---|---|
| Name: | **PICKENS, James Eliot, MD** |
| City, State: | Bountiful, UT |
| Date of Arrest: | 05/15/2008 |
| Date of Conviction: | 04/30/2009 |
| Judicial Status: | Jury Conviction |
| Conviction: | Distribution of a controlled substance |
| DEA Registration: | Retired 04/25/2007 |

**Remarks:**

James E. Pickens, MD, age 73, of Bountiful, UT, was found guilty by a federal jury in the Middle District of Florida (Orlando Division) on one count of distribution of a controlled substance.

According to court documents, Pickens knowingly and intentionally distributed and dispensed Didrex, a Schedule III controlled substance, other than for a legitimate medical purpose and not in the usual course of professional practice.

As a doctor recruited by Jive Network, an organization that used the Internet to unlawfully distribute and dispense prescription drugs to customers, Pickens reviewed health questionnaire answers provided by customers over the Internet or telephone and approved customer orders for controlled pharmaceuticals solely on the basis of those answers.

Pickens was sentenced to a total term of 21 months in federal prison followed by 3 years supervised release and ordered to pay a special assessment of $100.

| | |
|---|---|
| Name: | **PIRIE, Lynne Bursey, DO** |
| City, State: | Phoenix, AZ |
| Date of Arrest: | 07/23/2008 |
| Date of Conviction: | 10/14/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Distribution of Human Growth Hormone |
| DEA Registration: | Active |

**Remarks:**

Lynne Bursey Pirie, DO, age 58, of Phoenix, AZ, pled guilty in U.S. District Court, District of Arizona, to one count of distribution of Human Growth Hormone (HGH).

According to court documents, on or about September 20, 2006, Pirie knowingly dispensed Somatropin (HGH) to a patient that did not have any disease or recognized medical condition that would have authorized Pirie to treat the patient by prescribing and/or administering HGH. Nevertheless, despite the absence of any medical history or diagnoses supported by laboratory and/or clinical findings that would support such a course of treatment, Pirie prescribed/administered Somatropin to this patient.

Pirie was sentenced to probation for a term of 18 months and ordered to pay a special assessment of $100 and a fine of $250.

| | |
|---|---|
| Name: | **PONT, Jeffrey M., MD** |
| City, State: | Scottsdale, AZ |
| Date of Arrest: | 08/04/2004 |
| Date of Conviction: | 12/15/2004 |
| Judicial Status: | Pled Guilty |
| Conviction: | Solicitation to possess narcotic drugs |
| DEA Registration: | Surrendered 04/29/2003 |

**Remarks:**

Jeffrey Pont, MD, age 49, of Scottsdale, AZ, pled guilty in state court to one count of solicitation to possess narcotic drugs.

Pont was sentenced to two years probation and must also pay a fine in the amount of $2,160 and complete 200 hours of community service.

| | |
|---|---|
| Name: | **POULSHOCK, Andrew S., DO** |
| City, State: | Philadelphia, PA |
| Date of Arrest: | 01/10/2005 (formal arrest processing delayed until sentencing date) |
| Date of Conviction: | 10/13/2004 |
| Judicial Status: | Pled Guilty |
| Conviction: | Causing the misbranding of drugs |
| DEA Registration: | Active |

**Remarks:**

Andrew Poulshock, DO, age 43, of Philadelphia, PA, was arrested after being sentenced in federal court in the Eastern District of Pennsylvania on one count of causing the misbranding of drugs. Poulshock had previously pled guilty to this charge on October 13, 2004, but formal arrest proceedings were delayed until he was sentenced.

According to court documents, Poulshock delivered thousands of non-controlled prescription drug samples to a pharmacist who, in turn, placed the drug samples into inventory and sold them to patients. The patient's insurers reimbursed the pharmacist for the drug samples. Poulshock was paid approximately $50,000 by the pharmacist for the drug samples.

Poulshock was sentenced to 36 months probation and ordered to pay a $30,000 fine.

| | |
|---|---|
| Name: | **PHUNG, Can D., MD** |
| City, State: | Norman, OK |
| Date of Arrest: | 05/28/2008 |
| Date of Conviction: | 07/09/2009 |
| Judicial Status: | Jury Conviction |
| Conviction: | Distribution of controlled substances; healthcare fraud; obstruction of justice |
| DEA Registration: | Surrendered 01/15/2008 |

**Remarks:**

Can D. Phung, MD, age 61, of Norman, OK, was found guilty by a federal jury in the Western District of Oklahoma on all fifty-three counts included in the indictment, i.e., fifty-one counts of knowingly and intentionally distributing and dispensing controlled substances outside the usual course of professional medical practice and without medical purpose; one count of healthcare fraud; and one count of obstruction of justice.

According to court documents, Phung wrote prescriptions for hydrocodone, oxycodone, alprazolam, phentermine, and methylphenidate, all controlled pharmaceuticals, to individuals, some of whom he had never seen as patients, outside the usual course of professional medical practice and without medical purpose. Phung billed the Oklahoma Health Care Authority (OHCA) for evaluation and management services for patients where he did not obtain an appropriate medical history or provide an appropriate examination of the patients. Phung also billed OHCA for office visits with patients he never saw. Following receipt of a subpoena for patient records and before providing those records to the government, Phung knowingly altered, destroyed, falsified, and made false entries in the patient records with the intent to impede, obstruct, and influence the investigation.

Phung was sentenced to federal prison for a term of 109 months, followed by three years of supervised release, and ordered to pay a special assessment of $5,300, a fine of $10,000, and to make restitution in the amount of $4,612.63 to OHCA.

| Name: | **REESE, Perry III, MD** |
|---|---|
| City, State: | Cary, NC |
| Date of Arrest: | 04/14/2008 |
| Date of Conviction: | 02/25/2009 |
| Judicial Status: | Jury Conviction |
| Conviction: | Distribution of Oxycodone; Interstate Travel/Transportation in Aid of a Racketeering Enterprise |
| DEA Registration: | Surrendered 04/17/2003 |

**Remarks:**

Perry Reese III, MD, of Cary, NC, was found guilty by a US U.S. District Court, Eastern District of North Carolina jury, to two counts Distribution of Oxycodone and one count Interstate Travel/Transportation in Aid of a Racketeering Enterprise (RICO).

According to court documents, drug users would come to Reese's office and either ask the person at the front desk or Reese, himself, for prescriptions of controlled substances. The drug user would pay Reese cash for the prescriptions. Such prescriptions were outside the scope of professional practice and not for a legitimate medical purpose.

Reese was sentenced to 240 months incarceration, to be followed by 3 years supervised release. Reese has filed an appeal.

| Name: | **RESSNER, Eric L., MD** |
|---|---|
| City, State: | Palm Beach Gardens, FL |
| Date of Arrest: | 02/06/2006 |
| Date of Conviction: | 08/11/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to commit Healthcare fraud |
| DEA Registration: | Surrendered 12-26-2006 |

**Remarks:**

Eric Ressner, MD, age 52, of Palm Beach Garden, FL, pled guilty in federal court to one count of Conspiracy to commit Healthcare fraud.

According to court documents, Ressner knowingly allowed a licensed pharmacist to use his name in submitting false and fraudulent prescription drug claims for Ketamine HCL and other prescription medication to private health insurance companies.  In exchange for allowing the pharmacist to use his name, Ressner received a number of items of significant value from the pharmacist which represented proceeds from payments received from false and fraudulent prescription drug claims.  Ressner used some of the payments received from the pharmacist as down payment on his residence.

Ressner was sentenced to forty-eight months imprisonment, three years supervised release, 500 hours of community service, and ordered to forfeit $100,000.00.

| Name: | **REW, John, MD** |
|---|---|
| City, State: | Tampa, FL |
| Date of Arrest: | 3/24/2009 |
| Date of Conviction: | 10/2/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Dispensing Oxycodone, Hydrocodone and Alprazolam Outside the Scope of Professional Practice |
| DEA Registration: | Surrendered 3/24/2009 |

**Remarks:**

John Rew, MD of Tampa, FL, pled guilty in U.S. District Court, Middle District of Florida, to one count charging dispensing and distributing controlled substances, namely: Oxycodone, Hydrocodone, and Alprazolam, outside the scope of professional practice.

According to court documents, Rew overprescribed Oxycodone, a Schedule II Controlled Substance, in overtly large doses, and did so outside the scope of his professional practice, as a then-licensed pain management physician. Rew did so by prescribing more medication than the patient could safely ingest, by failing to adequately inquire of the patient's medical condition or complaints, by failing to conduct the appropriate physical examination or tests of his patients level of Oxycodone, without recommending or considering further or other pain management techniques of which Rew, himself, was knowledgeable and which he performed in his past practice of medicine.

Rew was sentenced to three years probation. He was also ordered to pay a fine of $20,000.

| Name: | **RICHARDS, Kenneth D., DO** |
|---|---|
| City, State: | Green City, MO |
| Date of Arrest: | 2/27/2007 |
| Date of Conviction: | 06/02/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Unlawful use of drug paraphernalia; Driving While Intoxicated – Drug Intoxication |
| DEA Registration: | Surrendered 07/09/2007 |

**Remarks:**

Kenneth Richards, DO, age 45, of Green City, MO, pled guilty to unlawful use of drug paraphernalia and Driving While Intoxicated – Drug Intoxication. Richards was sentenced to 24 months probation and 50 hours of community service.

| Name: | **RINGEL, Steven, MD** |
|---|---|
| City, State: | Harrisonville, KS |
| Date of Arrest: | 10/05/2004 |
| Date of Conviction: | 02/07/2005 |

| | |
|---|---|
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute and dispense a controlled substance |
| DEA Registration: | Surrendered 10/07/2004 |

**Remarks:**

Steven Ringel, MD, age 30, of Harrisonville, KS, pled guilty in United States District Court to one count of conspiracy to distribute and dispense more than 30,000 units of Lortab (hydrocodone), a controlled substance, outside the scope of professional practice.

According to court documents, Ringel wrote prescriptions for hydrocodone using various fictitious patient names with the intention of taking possession of the controlled substances himself.

Ringel was sentenced to 30 months in prison followed by three years supervised release and ordered to pay an assessment of $100 and a fine of $1,000.

| | |
|---|---|
| Name: | **ROBERG, Bradford, MD** |
| City, State: | McHenry, IL |
| Date of Arrest: | 5/13/2008 |
| Date of Conviction: | 02/03/2009 |
| Judicial Status: | Jury Conviction |
| Conviction: | Forgery and Unlawful Acquisition of a Controlled Substance |
| DEA Registration: | Retired 06/12/2009 |

**Remarks:**

Bradford Roberg, MD, age 55, of McHenry, IL, was pled guilty in the Circuit Court of the Nineteenth Judicial Circuit of Lake County, Illinois of forgery and unlawful acquisition of a controlled substance.

According to court documents, Roberg presented a prescription for OxyContin to a pharmacy that he had issued to a patient, who was deceased.

Roberg was sentenced to 30 months probation and 250 hours of public service.

| | |
|---|---|
| Name: | **ROMAN-TORRES, Alexis, MD** |
| City, State: | Adjuntas, PR |
| Date of Arrest: | 05/09/2008 |
| Date of Conviction: | 07/29/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute controlled substances |
| DEA Registration: | Retired 08/01/2009 |

**Remarks:**

Alexis Roman-Torres, MD, age 54, of Adjuntas, PR, pled guilty in the Middle District of Florida (Orlando Division) to one count of conspiracy to distribute controlled substances.

According to court documents, Roman-Torres knowingly and intentionally distributed and dispensed Schedule III and Schedule IV controlled substances other than for a legitimate medical purpose and not in the usual course of professional practice.

As a doctor recruited by Jive Network, an organization that used the Internet to unlawfully distribute and dispense prescription drugs to customers, Roman-Torres reviewed health questionnaire answers provided by customers over the Internet or telephone and approved customer orders for controlled pharmaceuticals solely on the basis of those answers.

Roman-Torres was sentenced to a total term of 18 months in federal prison followed by 3 years supervised release and ordered to pay a special assessment of $100.

| | |
|---|---|
| Name: | **ROSS, James Stanley, MD** |
| City, State: | Clarksville, VA |
| Date of Arrest: | 01/17/2007 |
| Date of Conviction: | 08/28/2007 |
| Judicial Status: | Guilty Plea |
| Conviction: | Distribution of controlled substances |
| DEA Registration: | Retired 01/18/2007 |

**Remarks:**

James Stanley Ross, MD, age 54, of Clarksville, VA, pled guilty in federal court to one count of distribution of OxyContin;  one count of distribution of hydrocodone and codeine; and one count of distribution of oxycodone.

According to court documents, Ross knowingly, intentionally, and unlawfully distributed and dispensed OxyContin, hydrocodone, codeine, and oxycodone without a legitimate medical purpose and beyond the bounds of medical practice.  Ross also wrote and delivered a prescription for sixty (60) dosage units of OxyContin (40mg) in exchange for what he believed was crack cocaine.

Ross was sentenced to 19 months in federal prison, followed by supervised release for a term of three (3) years, and ordered to pay an assessment of $300.

| | |
|---|---|
| Name: | **ROTTSCHAEFER, Bernard, MD** |
| City, State: | Pittsburgh, PA |
| Date of Arrest: | 06/03/2003 |
| Date of Conviction: | 03/09/2004 |
| Judicial Status: | Jury Conviction |
| Conviction: | Distribution of controlled substances |
| DEA Registration: | Expired 04/30/2006 |

**Remarks:**

Bernard Rottschaefer, MD, age 61, of Pittsburgh, PA, was found guilty by a jury on 153 counts of unlawful distribution of a controlled substance in

violation of 21 USC 841(a)(1) in United States District Court for the Western District of Pennsylvania.

According to court documents, Rottschaefer's patients testified that he fed their drug addictions by prescribing them Xanax, OxyContin, and other addictive painkillers; four of his patients testified that they performed sexual favors in exchange for the prescriptions.

Rottschaefer was sentenced to 78 months incarceration, 36 months probation, a fine of $12,500, and a special assessment of $15,000.

| | |
|---|---|
| Name: | **RYABIK, Brett, MD** |
| City, State: | Louisville, KY |
| Date of Arrest: | 01/13/2004 |
| Date of Conviction: | 02/15/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Obtaining drug by fraud; Trafficking in controlled substances; Prohibited activities |
| DEA Registration: | Surrendered 01/12/2004 |
| **Remarks:** | |

Brett Ryabik, MD, age 44, of Louisville, KY, pled guilty in state court to obtaining a controlled substance by fraud, trafficking in controlled substances and prohibited activities relating to controlled substances.

According to court documents, in July 2003, Ryabik made false statements to obtain a prescription of hydrocodone, a controlled substance. He also obtained other controlled substances in the name of another individual who was unaware that a prescription was written in her name.

Ryabik was sentenced to one year imprisonment, followed by five years probation. He was also ordered to pay a fine of $1,000. As a special condition of his plea agreement, Ryabik agreed to provide a video interview which will be disseminated to healthcare and police officers for training purposes.

| | |
|---|---|
| Name: | **SABUGO, Evelyn Frances P., MD** |
| City, State: | Philadelphia, PA |
| Date of Arrest: | 03/20/2007 |
| Date of Conviction: | 05/20/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute a controlled substance; health care fraud, aiding and abetting |
| DEA Registration: | Surrendered 02/15/2008 |

**Remarks:**

Evelyn Frances P. Sabugo, MD, age 70, of Philadelphia, PA, pled guilty in U.S. District Court, Eastern District of Philadelphia, to one count of conspiracy to distribute a controlled substance; and one count of aiding and abetting health care fraud.

According to court documents, Sabugo conspired to knowingly and intentionally distribute Schedule II controlled substances by selling approximately 99 controlled substance prescriptions to an individual outside the scope of professional practice and not for a legitimate medical purpose.  Sabugo also sold approximately 74 prescriptions for controlled substances in the name of an individual with whom she did not have a valid doctor/patient relationship and had never met.  Sabugo made false statements to a Drug Enforcement Administration agent about her prescriptions and prescribing habits.  Sabugo also knowingly and willfully aided and abetted the execution of a scheme to defraud a health care benefit program by aiding and abetting the submission of fraudulent claims by her customers for reimbursement for the prescription drugs described above.

Sabugo was sentenced to federal prison for a term of 18 months followed by two years of supervised release, the terms to be served concurrently on each count, and ordered to pay a special assessment of $200, a fine of $10,000, and to make restitution in the amount of $50,720.19 to Independence Blue Cross.

| | |
|---|---|
| Name: | **SANDERS, Lisa, MD** |
| City, State: | Fort Gordon, GA |
| Date of Arrest: | 2/22/2005 |
| Date of Conviction: | 5/26/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Acquiring a controlled substance by deception or subterfuge |
| DEA Registration: | Surrendered 3/7/2005 |

**Remarks:**

Lisa Sanders, MD, age 42, of Fort Gordon, GA, pled guilty in federal court to one count of acquiring a controlled substance by deception or subterfuge.

Sanders was sentenced to six months imprisonment to be followed by one year of supervised release.  Sanders must also perform 100 hours of community service and pay a fine of $2,500.

| | |
|---|---|
| Name: | **SASSON, Nicholas, MD** |
| City, State: | Salina, CA |
| Date of Arrest: | 07/12/2004 |
| Date of Conviction: | 10/18/2004 |
| Judicial Status: | Pled No Contest |
| Conviction: | Obtaining Controlled Substances by Fraud |
| DEA Registration: | Surrendered 04/06/2004 |

**Remarks:**

Nicholas Sasson, MD, age 36, of Salinas, CA, pled no contest in state court to one count of obtaining a controlled substance by fraud.

Sasson was sentenced to five years probation and a fine of $1,000.  He was also ordered to perform 1,500 hours of community service.

| | |
|---|---|
| Name: | **SCHLESINGER, Richard, MD** |
| City, State: | Owings Mill, MD |
| Date of Arrest: | 05/26/2004 |
| Date of Conviction: | 05/26/2004 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute Demerol; Healthcare fraud |
| DEA Registration: | Retired 09/30/2005 |

**Remarks:**

Richard Schlesinger, MD, age 59, of Owings Mills, MD, pled guilty in federal court to one count of conspiracy to distribute a mixture containing Demerol, and one count of healthcare fraud.

Schlesinger was sentenced to three years probation with six months home detention and must perform 100 hours of community service.

| | |
|---|---|
| Name: | **SCHEYER, William J., MD** |
| City, State: | Kirkland, WA |
| Date of Arrest: | 01/19/2005 |
| Date of Conviction: | 01/19/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Obtaining a controlled substance by misrepresentation, fraud, forgery, deception, and subterfuge |
| DEA Registration: | Surrendered 10/24/2005 |

**Remarks:**

William Scheyer, MD, age 79, of Kirkland, WA, pled guilty in federal court to one count of obtaining a controlled substance by misrepresentation, fraud, forgery, deception, and subterfuge.

According to court documents, from August 2001 and continuing until May 2003, Scheyer authorized fraudulent prescriptions for controlled substances in various individual's names without their knowledge or consent.

Scheyer was sentenced to two years probation subject to the following special conditions:  60 days of home electronic confinement, 500 hours community service, a $1,000 fine, and the surrender of his DEA registration and license to practice medicine.

| Name: | **SCHWAB, Edward T., DO** |
|---|---|
| City, State: | Canton, MS |
| Date of Arrest: | 03/31/2006 |
| Date of Conviction: | 09/21/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute Schedule III and IV controlled substances; Conspiracy to engage in monetary transactions in property derived from specific unlawful activity |
| DEA Registration: | Surrendered 05/19/2004 |

**Remarks**:

Edward T. Schwab, DO, age 72, of Canton, MS, pled guilty in federal court to one count conspiracy to distribute schedule III and IV controlled substances and conspiracy to engage in monetary transactions in property derived from specific unlawful activity.

According to court documents, between October 2002 and August 2003, Schwab authorized at least 316,440 dosage units of Schedule III controlled substances and 755,460 dosage units of Schedule IV controlled substances via the Internet.  These prescriptions were not issued for a legitimate medical purpose and not in the usual course of a practitioner's professional practice.

Schwab was sentenced to twenty-two months in prison, two years supervised release, and ordered to forfeit $500,246.

| Name: | **SCRUGGS, Ramon, MD** |
|---|---|
| City, State: | Tustin, CA |
| Date of Arrest: | 05/01/2008 |
| Date of Conviction: | 06/01/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to commit offenses against the United States; money laundering |
| DEA Registration: | Retired 09/30/2008 |

**Remarks:**

Ramon Scruggs, MD, age 61, of Tustin, CA, pled guilty in the Northern District of California (San Jose Division) to one count of conspiracy to commit offenses against the United States and one count of money laundering.

According to court documents, Scruggs was a physician who operated his medical practice at The New Hope Health Center located in Costa Mesa, CA.  The New Hope Health Center was a medical facility whose primary business was the dispensing of anabolic steroids, human growth hormone, and other performance-enhancing drugs.  Scruggs and others at The New Hope Health Center conspired to distribute anabolic steroids, human growth hormone, and various other prescription drugs to professional baseball players, law enforcement personnel, and other individuals, in a manner outside the usual course of professional practice and not for a legitimate purpose, but for non-legitimate purposes, including performance enhancement, aesthetic body improvement, and other non-medical reasons.  Scruggs also conspired to smuggle human growth hormone into the United States from the People's Republic of China with the intent to defraud and in a manner contrary to law.

Scruggs also pled guilty to knowingly and willfully transferring funds affecting foreign commerce, that is, a wire transfer of $3,605 from Scruggs bank account to the People's Republic of China with the intent to promote a specific unlawful activity, that is, the smuggling of human growth hormone into the United States.

Scruggs was sentenced to probation for a term of two years and ordered to pay a special assessment of $200.

| Name: | **SENLER, Tufan, MD** |
|---|---|
| City, State: | Louisville, KY |
| Date of Arrest: | 3/17/2009 |
| Date of Conviction: | 4/9/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Unlawful Distribution of Schedule III and IV Controlled Substances by Licensed Medical Practitioner; Export of Controlled Substances without a Permit; Money Laundering; Fraudulent Introduction of Misbranded Drugs into Interstate Commerce and Aid and Abet Same |
| DEA Registration: | Retired 8/1/2009 |

**Remarks:**

Tufan Senler, MD, of Louisville, KY, pled guilty in U.S. District Court, Western District of Kentucky, to one count Unlawful Distribution of Schedule III and IV Controlled Substances by Licensed Medical Practitioner; one count Export of Controlled Substances without a Permit; one count Money Laundering; and one count Fraudulent Introduction of Misbranded Drugs into Interstate Commerce and Aid and Abet Same.

According to court documents, as early as 2002 and through September 2005, Senler owned Science of Better Living, operating under the website dietprescriptions.com. Senler dispensed, distributed and exported Schedule III and IV controlled substances, specifically diet prescription drugs. Customers who purchased drugs from the website were only required to fill out an online questionnaire; there would be no face-to-face contact with the patient. After receiving the orders, Senler would have the controlled substances shipped to customers in various locations throughout the United States and throughout the world. Providing controlled substances without establishing a legitimate doctor-patient relationship is not consistent with the professional practice of medicine and is outside the standard of legitimate practice of medicine.

In order to export controlled substances outside the United States, an exported is required to obtain a permit from the Attorney General for each shipment. At no time did Senler have a valid exportation permit issued by the Attorney General to dispense or distribute controlled non-narcotic drugs to other countries.

Senler was sentenced to two years probation, twelve months home detention, and ordered to pay a $5,000 fine. In addition, Senler was ordered to forfeit $3,114,179.78 which represented property that facilitated his offenses or proceeds thereof.

| | |
|---|---|
| Name: | **SHINDERMAN, Marc S., MD** |
| City, State: | Westbrook, ME |
| Date of Arrest: | 08/25/2005 |
| Date of Conviction: | 07/20/2006 |
| Judicial Status: | Jury Conviction |
| Conviction: | Using a DEA registration issued to another person; aiding the acquisition of controlled substances by deception; furnishing false information required to be kept by a pharmacy; creating false medical records |
| DEA Registration: | Retired 02/08/2008 |

**Remarks**:

Marc Shinderman, MD, age 64, of Westbrook, ME, was convicted on July 20, 2006 by a federal jury on twenty-five counts of using a DEA registration issued to another person; twenty-four counts of aiding the acquisition of controlled substances by deception; two counts of furnishing false information required to be kept by a pharmacy; and seven counts of creating false medical records.

Shinderman was sentenced to six months in prison followed by six months home confinement upon release from prison; and two years supervised release.  He was also ordered to pay a $5,800 special assessment, $30,000 fine, and $619.62 in restitution.

| | |
|---|---|
| Name: | **SHORTT, James M., MD** |
| City, State: | W. Columbia, SC |
| Date of Arrest: | 10/12/2005 |
| Date of Conviction: | 07/17/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to Distribute Anabolic Steroids and Human Growth Hormone |
| DEA Registration: | Surrendered 01/31/06 |

**Remarks**:

James Shortt, MD, age 46, of West Columbia, SC, pled guilty in federal court to one count of conspiracy to distribute anabolic steroids and human growth hormone.

Shortt was sentenced to 12 months and one day imprisonment, to be followed by two years of supervised release.

| | |
|---|---|
| Name: | **SIMONS, Lawrence M., MD** |
| City, State: | Goddard, KS |
| Date of Arrest: | 04/01/2009 |
| Date of Conviction: | 01/11/2010 |
| Judicial Status: | Pled Guilty |
| Conviction: | Unlawful distribution of a controlled substance |
| DEA Registration: | Surrendered 02/28/2008 |

**Remarks:**

Lawrence M. Simons, MD, age 33, of Goddard, KS, pled guilty in U.S. District Court, District of Kansas, to two counts of unlawful distribution of a controlled substance.

According to court documents, Simons signed four prescriptions for fentanyl (Duragesic), a Schedule II controlled substance, for an individual with whom he had not established a valid physician/patient relationship and, in fact, had never met.  It is unlawful for a physician to prescribe controlled substances unless the prescription is issued for a legitimate medical purpose and the physician issues the prescription in the usual course of professional medical practice.  A valid physician/patient relationship must exist in order for the prescription to be issued for a legitimate medical purpose.

Simons was sentenced to federal prison for a term of 24 months followed by 3 years of supervised release and ordered to pay a special assessment of $200.

| | |
|---|---|
| Name: | **SIPSY, Lonnie Keith, DO** |
| City, State: | Charleston, WV |
| Date of Arrest: | 10/29/2007 |
| Date of Conviction: | 02/01/2008 |
| Judicial Status: | Guilty Plea |
| Conviction: | Possession of a controlled substance by deception and subterfuge |
| DEA Registration: | Retired 09/30/2006 |

**Remarks:**

Lonnie Keith Sipsy, DO, age 41, of Charleston, WV, pled guilty in federal court to one count of having knowingly and intentionally acquired and obtained possession of a quantity of hydrocodone, a Schedule III controlled substance, by deception and subterfuge.

Sipsy was sentenced to 12 months and one day in federal prison, followed by supervised release for a term of one year, and ordered to pay an assessment of $100 and a fine of $5,000.

| | |
|---|---|
| Name: | **SIRECI, John B., DO** |
| City, State: | Woodbury, NJ |
| Date of Arrest: | 06/04/2004 |
| Date of Conviction: | 09/30/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Obtaining controlled substances by fraud |
| DEA Registration: | Active |

**Remarks:**

John B. Sireci, DO, age 38, of Woodbury, NJ, pled guilty in state court to one count of obtaining controlled substances by fraud. Sireci was sentenced in the Superior Court of Gloucester County to three years probation, and fined $3,555.00.

| | |
|---|---|
| Name: | **SMITH, Joseph Kerry, MD** |
| City, State: | Mount Vernon, IL |
| Date of Arrest: | 07/02/2007 |
| Date of Conviction: | 04/18/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Illegal dispensation of a controlled substance |
| DEA Registration: | Surrendered 08/31/2007 |
| **Remarks:** | |

Joseph Kerry Smith, MD, age 54, of Mount Vernon, IL, pled guilty in U.S. District Court, Southern District of Illinois, to five counts of illegal dispensation of a controlled substance, as charged in the indictment.

According to court documents, on two occasions, Smith knowingly and intentionally dispensed a substance containing hydrocodone outside the scope of professional practice and not for a legitimate medical purpose. On three occasions, Smith knowingly and intentionally dispensed a substance containing morphine outside the scope of professional practice and not for a legitimate medical purpose.

Smith was sentenced to a ten month term of imprisonment to be served as follows:  five months federal imprisonment followed by five months in community confinement. Upon release, he will be placed on five years of supervised release and ordered to pay a special assessment of $500 and a fine of $100.

| | |
|---|---|
| Name: | **SNYDER, Robert, DO** |
| City, State: | Pittsburgh, PA |
| Date of Arrest: | 02/21/2006 |
| Date of Conviction: | 09/05/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Insurance fraud; Possession of controlled substances |
| DEA Registration: | Surrendered 10/25/2005 |
| **Remarks:** | |

Robert Snyder, DO, age 38, of Pittsburgh, PA, pled guilty in State Court on both counts off insurance fraud and acquiring or obtaining controlled substances by misrepresentation, fraud, forgery, deception or subterfuge.

According to court documents, between April 2001 and May 2005, Snyder telephoned prescriptions to and/or presented prescriptions at various pharmacies for the drug Hydromet and/or Hydrocodone Compound, in the names of his medical patients and/or friends.  Snyder did so knowing the prescription information was being processed through his patients' healthcare insurance provider.  Snyder's patients had no knowledge of the prescriptions for which claims were being submitted to their insurance company or that the drugs were being dispensed directly to Snyder.

Snyder was sentenced to one year probation

| | |
|---|---|
| Name: | **SOKOLL, William, MD** |
| City, State: | Royal Oak, MI |
| Date of Arrest: | 10/24/2007 |
| Date of Conviction: | 04/16/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Obtaining controlled substance by fraud; Controlled substance – licensee prescription violations |
| DEA Registration: | Surrendered 11/26/2007 |
| **Remarks:** | |

William Sokoll, MD, age 53, of Royal Oak, MI, pled guilty to one count of obtaining controlled substance by fraud and one count of controlled substance – licensee prescription violations.

According to court documents, Sokoll knowingly and intentionally acquired the controlled substance Stadol by writing a prescription to another person when the drug was intended for his personal use.

Sokoll was sentenced to nine months incarceration (with 10 days credit), followed by 2 years probation. Sokoll was order to pay $3176.37 in restitution.

| | |
|---|---|
| Name: | **SOKOLOFF, Keith, DO** |
| City, State: | Newark, DE |
| Date of Arrest: | 03/15/2005 |
| Date of Conviction: | 05/03/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Delivery of a controlled substance; Health care fraud; Conspiracy |
| DEA Registration: | Surrendered 11/14/2005 |
| **Remarks:** | |

Keith Sokoloff, age 34, of Newark, DE, pled guilty in state court to one count of healthcare fraud, one count of delivery of a narcotic Schedule II controlled substance, and one count of conspiracy second degree.

According to court documents, Sokoloff presented fraudulent health care claims to the Delaware Medical Assistance Program, a heath care benefit program for which he was a health care provider.  Dr. Sokoloff also committed a felony by entering into an agreement with other co-conspirators to unlawfully deliver Schedule II controlled substances, specifically OxyContin.

Sokoloff was sentenced to incarceration for five years, suspended after serving six months home confinement, with probation for the balance of the five year term.  He was also ordered to perform 1,000 hours of community service.

| | |
|---|---|
| Name: | **SOLIS, Armando, MD** |
| City, State: | Miami Beach, FL |

| | |
|---|---|
| Date of Arrest: | 12/06/2004 |
| Date of Conviction: | 08/31/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to distribute or dispense controlled substances |
| DEA Registration: | Retired 09/30/2005 |

**Remarks:**

Armando Solis, MD, age 54, of Miami Beach, FL, pled guilty to one count of conspiracy to distribute or dispense controlled substances.

According to court documents, Solis issued prescriptions for controlled substances without properly determining their medical necessity and in a manner that was outside the course of professional practice.

Solis was sentenced to 46 months imprisonment followed by two years supervised released and ordered to pay a $15,000 fine and a $100 special assessment fine.

| | |
|---|---|
| Name: | **SPECTOR, Michael Anthony, MD** |
| City, State: | Superior, CO |
| Date of Arrest: | 06/29/2003 |
| Date of Conviction: | 12/05/2003 |
| Judicial Status: | Pled Guilty |
| Conviction: | Dispensing by fraud, deceit, or forgery |
| DEA Registration: | Active |

**Remarks:**

Michael Anthony Spector, MD, age 46, of Superior, CO, pled guilty in State Court to dispensing drugs by fraud, deceit, or forgery.  Spector unlawfully and knowingly dispensed the drug Vicodin by using a false name.

Spector was sentenced to two years probation.

| | |
|---|---|
| Name: | **STACK, Warren R., MD** |
| City, State: | Salt Lake City, UT |
| Date of Arrest: | 12/17/2007 |
| Date of Conviction: | 07/21/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to commit bulk cash smuggling; Healthcare fraud |
| DEA Registration: | Surrendered 06/18/2007 |

**Remarks:**

Warren Stack, MD, age 62, of Salt Lake City, UT, pled guilty in United States District Court, Central District of Utah, on one count of conspiracy to commit bulk cash smuggling and two counts of healthcare fraud.

According to court documents, Stack would meet his patients at a make-shift desk in his waiting room and prescribe controlled substances without conducting a medical examination. He would require his patients to make their co-payments in cash; however, he directed his staff to bill various insurance providers as though he conducted a thorough and professional examination.  During his self-described "Express Scripts" period, he would prescribe as many as 80 prescriptions per day, and collected approximately $70 to $200 per prescription.

Stack was sentenced to federal prison for a term of 96 months, followed by 36 months of supervised release.  He was ordered to pay a special assessment of $300 and to make restitution totaling $1,554,337.86 to Medicare, Medicaid, and several health insurance providers.

| | |
|---|---|
| Name: | **STANCH, James M., MD** |
| City, State: | Manahawkin, NJ |
| Date of Arrest: | 02/08/2006 |
| Date of Conviction: | 06/30/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Distribution and possession of a Schedule II controlled substance |
| DEA Registration: | Surrendered 05/25/2004 |

**Remarks:**

James M. Stanch, MD, age 54, of Manahawkin, NJ, pled guilty in federal court to one count of distribution and possession of a Schedule II controlled substance and one count of distribution and possession of narcotic drugs.

According to court documents, from in or about February 2006, through on or about July 26, 2006, Stanch did knowingly and intentionally distribute and possess with intent to distribute quantities of hydrocodone, a Schedule III controlled substance, alprazolam, propoxyphene and provigil, all Schedule IV controlled substances.   Stanch knowingly and intentionally conspired and agreed with others to acquire and obtain possession of these controlled substances by misrepresentation, fraud, deception, and subterfuge.

Stanch was sentenced to a term of imprisonment of fifty-seven months on each count to run concurrently with each other, three years supervised release, and fined $4,000.

| | |
|---|---|
| Name: | **STEELE, Doyle Stuart, MD** |
| City, State: | Las Vegas, NV |
| Date of Arrest: | 12/20/2005 |
| Date of Conviction: | 03/23/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Conspiracy to possess and distribute controlled substances |

DEA Registration:                     Retired 09/30/2006

**Remarks:**

Doyle Stuart Steele, MD, age 52, of Las Vegas, NV, pled guilty in federal court to one count of conspiracy to possess and distribute controlled substances.

According to court documents, Steele conspired unlawfully and intentionally to possess with the intent to distribute oxycodone and Percocet, Schedule II controlled substances, and hydrocodone, a Schedule III controlled substance, and that, as part of the conspiracy, Steele distributed and dispensed controlled substances outside the scope of professional practice and not for a legitimate medical purpose, in return for which he received cash payments, sexual relationships, or a portion of the prescribed controlled substances for his own use.

Steele was sentenced to eighty-seven (87) months in federal prison followed by probation for a term of three (3) years and ordered to pay a fine of $15,000 and an assessment of $100.00.

| | |
|---|---|
| Name: | **STOWELL, Steven, MD** |
| City, State: | Cranberry, PA |
| Date of Arrest: | 04/25/2008 |
| Date of Conviction: | 10/30/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Acquisition of Controlled Substance by Fraud; Administration by Practitioner |
| DEA Registration: | Surrender 04/28/2008 |

**Remarks:**

Steven Stowell, MD, of Cranberry, PA, pled guilty in the Court of Common Pleas of Butler County, Pennsylvania to one count of conspiracy and one count of dispensing controlled substance by a practitioner not in accordance with principles of medical profession.

According to court documents, Stowell wrote prescriptions for his wife not in accordance with professional practice.

Stowell was sentenced to 24 months probation, fined $1,000, ordered to pay restitution in the amount of $2069.69, and ordered to complete 25 hours of community service.

| | |
|---|---|
| Name: | **TOBIN, Christopher Greg, MD** |
| City, State: | Wilmington, NC |
| Date of Arrest: | 07/21/2008 |
| Date of Conviction: | 08/05/2009 |
| Judicial Status: | Jury Conviction |
| Conviction: | Conspiracy to distribute controlled substances; Distribution of controlled substances |
| DEA Registration: | Retired 06/30/2007 |

**Remarks:**

Christopher G. Tobin, MD, age 42, of Wilmington, NC, was found guilty by a federal jury in the Middle District of Florida (Orlando Division) on one count of conspiracy to distribute controlled substances and two counts of distribution of controlled substances.

According to court documents, Tobin knowingly and intentionally combined, conspired, confederated, and agreed with others to distribute and dispense Schedule III and Schedule IV controlled substances, and to use a communication facility in committing and in causing and facilitating the commission of, the distribution and dispensing of controlled substances, other than for a legitimate medical purpose and not in the usual course of professional practice.

As a doctor recruited by Jive Network, an organization that used the Internet to unlawfully distribute and dispense prescription drugs to customers, Tobin reviewed health questionnaire answers provided by customers over the Internet or telephone and approved customer orders for controlled pharmaceuticals solely on the basis of those answers.

Tobin was sentenced to a total term of 36 months in federal prison followed by 3 years supervised release and ordered to pay a special assessment of $300.

| | |
|---|---|
| Name: | **UMANSKY, Michael, MD** |
| City, State: | Los Angeles, CA |
| Date of Arrest: | 02/05/2003 |
| Date of Conviction: | 08/22/2003 |
| Judicial Status: | Pled No Contest |
| Conviction: | Accessory to the unlicensed practice of medicine |
| DEA Registration: | Expired 05/31/2003 |

**Remarks:**

Michael Umansky, MD, age 72, of Los Angeles, CA, pled nolo contendere (no contest) to one count of accessory to a felony committed by another.

According to court documents, Umansky admitted that, after seeing patients at an initial visit with a perfunctory exam, patients had their prescription refills handled during subsequent monthly visits by his wife who served as his receptionist and was not a licensed physician. The patient had no additional contact with the doctor.

Umansky was sentenced to 36 months probation and payment of $10,000 restitution.

| | |
|---|---|
| Name: | **VAN, Thu-Hoa, MD** |
| City, State: | Biloxi, MS |
| Date of Arrest: | 5/21/2008 |
| Date of Conviction: | 6/26/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Distributing/Dispensing Promethazine Outside the Scope of Professional Practice |
| DEA Registration: | Surrender for Cause |

**Remarks:**

Thu-Hoa Van, MD of Biloxi, MS, pled guilty in U.S. District Court, Southern District of Mississippi, to one count Distributing/Dispensing Promethazine with Codeine (a Schedule V Controlled Substance) Outside the Scope of Professional Practice.

According to court documents, from about 1997 and continuing up to 2008, Van, as a medical doctor would routinely see patients and prescribe the above-referenced controlled substance with only a cursory medical examination or with no examination at all, outside the scope of professional practice.

Van was sentenced to 12 months incarceration, followed by 1 year supervised release. Van has filed an appeal of the final judgment.

| | |
|---|---|
| Name: | **VASOYA, Pravin, MD** |
| City, State: | Mount Laurel, NJ |
| Date of Arrest: | 06/11/2008 |
| Date of Conviction: | 02/10/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Distribution and possession with intent to distribute oxycodone |
| DEA Registration: | Surrendered 01/15/2009 |

**Remarks:**

Pravin Vasoya, MD, age 41, of Mount Laurel, NJ, pled guilty in U.S. District Court, District of New Jersey, to one count of distribution and possession with intent to distribute oxycodone.

According to court documents, an undercover detective met with Vasoya and purchased multiple prescriptions for OxyContin and Roxicodone. During four separate meetings, the undercover officer purchased a total of nine prescriptions for which he paid Vasoya $8,000.  Vasoya wrote these prescriptions in a variety of different names given to him by the undercover officer.  These meetings took place in parking lots.   At no time during any of these meetings did Vasoya conduct a physical examination of the officer or ask him any questions regarding pain or his medical condition.

Vasoya was sentenced to federal prison for a term of 57 months followed by four years of supervised release, and ordered to pay a fine of $10,000.

| Name: | **WADLEY, Esther, DO** |
|---|---|
| City, State: | Republic, MO |
| Date of Arrest: | 08/13/2004 |
| Date of Conviction: | 04/20/2005 |
| Judicial Status: | Pled Guilty |
| Conviction: | Distribution of a controlled substance outside the scope of professional practice; Obstruction of a health care offense criminal investigation |
| DEA Registration: | Surrendered 03/01/2005 |

**Remarks**:

Esther Wadley, DO, age 36, of Republic, MO, pled guilty to distribution of a controlled substance outside the scope of professional practice, and to obstruction of a criminal investigation of a healthcare offense.

Wadley was sentenced to five years supervised probation and 1,000 hours of community service.

| Name: | **WAGMAN, Philip G., MD** |
|---|---|
| City, State: | New Castle, PA |
| Date of Arrest: | 10/04/2004 |
| Date of Conviction: | 05/09/2006 |
| Judicial Status: | Jury Conviction |
| Conviction: | Violation of the Controlled Substance, Drug, Device and Cosmetic Act; Conspiracy to violate the Controlled Substance, Drug, Device and Cosmetic Act; Flight to avoid apprehension |
| DEA Registration: | Surrendered 10/05/2004 |

**Remarks:**

Philip G. Wagman, MD, age 49, of New Castle, PA, was found guilty by a jury in the Court of Common Pleas of Lawrence County on nineteen counts of violation of the Controlled Substance, Drug, Device and Cosmetic Act; one count of conspiracy to violate the Controlled Substance, Drug, Device, and Cosmetic Act; and one count of flight to avoid apprehension.

According to court documents, Wagman prescribed, and conspired with other persons to prescribe, Scheduled II controlled substances in his capacity as a licensed practitioner that were not in accordance with treatment principles accepted by a responsible segment of the medical profession.

Wagman was sentenced to incarceration of not less than seven (7) years and no more than fifteen (15) years and ordered to pay a fine of $50,000.

| Name: | **WANG, David, MD** |
|---|---|
| City, State: | Orlando, FL |
| Date of Arrest: | 08/17/2005 |
| Date of Conviction: | 07/24/2008 |
| Judicial Status: | Guilty |
| Conviction: | Trafficking |
| DEA Registration: | Revoked 10/30/2007 |

**Remarks:**

David Wang, MD, age 54, of Orlando, FL, pled nolo contendere to two counts Sale of a Controlled Substance.

Wang was sentenced to 5 years probation.

| Name: | **WEXLER, David, MD** |
|---|---|
| City, State: | New York, NY |
| Date of Arrest: | 06/24/2003 |
| Date of Conviction: | 03/16/2006 |
| Judicial Status: | Jury Conviction |
| Conviction: | Conspiracy to distribute/possess; Intent to distribute resulting in death |
| DEA Registration: | Surrendered 07/10/2007 |

**Remarks:**

David Wexler, MD, of New York City, NY, was found guilty by a federal jury on 17 counts including unlawfully distributing prescription narcotics (such as Xanax, Vicodin, Dilaudid, and Percocet), health care fraud, and conspiracy to distribute prescription narcotics which resulted in the death of an individual due to an overdose.

According to court documents, Wexler, a dermatologist practicing in New York, billed Medicare and various health insurance companies for thousands of surgeries that he had never performed. Evidence also showed that Wexler agreed to pay kickbacks from those insurance payments to some patients in order to keep them coming back to his office. In return for one of the patient's acquiescence in this scheme, the evidence showed that Dr. Wexler paid the patient $700 a month, and provided the patient with prescriptions for various controlled substances for no legitimate medical purpose.

Wexler was sentenced to 20 years imprisonment; five years supervised release, and ordered to pay $887,000 in restitution to Medicare and various health insurance plans.

| Name: | **WHITE, Larry Curtis, DO** |
|---|---|
| City, State: | Rochester, MI |
| Date of Arrest: | 04/19/2007 |
| Date of Conviction: | 04/15/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Illegal distribution of Schedule II controlled substances |
| DEA Registration: | Retired 04/25/2008 |

**Remarks:**

Larry Curtis White, DO, age 67, of Rochester, MI, pled guilty in U.S. District Court, Eastern District of Michigan, to one count of illegal distribution of Schedule II controlled substances.

According to court documents, White distributed Percodan (oxycodone) to a patient without an appropriate inquiry to determine if the patient had a legitimate medical need for this controlled substance prescription, as Dr. White knew he was required to do.  The patient's file contained a note that a hospital had reported drug abuse and a comment that the patient had "drug seeking behavior" and "obtaining too many narcotics and drug seeking tendencies."

White was sentenced to federal prison for a term of one year and one day followed by three years of supervised release.  White was ordered to pay a special assessment of $100 and a fine of $50,000.

| | |
|---|---|
| Name: | **WILLIAMS, Fred J., MD** |
| City, State: | Panama City, FL |
| Date of Arrest: | 12/11/2003 |
| Date of Conviction: | 06/16/2004 |
| Judicial Status: | Jury Conviction |
| Conviction: | Unlawful dispensing of a controlled substance; fraud |
| DEA Registration: | Surrendered 12/17/2003 |

**Remarks:**

Fred J. Williams, MD, age 53, of Panama City, FL, was convicted by a federal jury on 94 different counts including 56 counts of unlawfully dispensing a controlled substance, 2 counts of unlawfully dispensing a controlled substance resulting in death, and multiple counts of wire fraud, health care fraud, and firearms violations..

According to court documents, Williams wrote multiple prescriptions on the same day for the same patient, wrote prescriptions for over 100 individuals on whom he maintained no medical chart, wrote prescriptions for patients whom he preformed very minimal or no examination, wrote prescriptions for patients whose behavior and physical appearance indicated that they were addicted to controlled substances or who informed Williams that they had been addicted to controlled substances or illegal drugs in the past, wrote prescriptions for patients whose toxicology screens showed that they were not taking the prescribed drugs but were instead taking illegal drugs, wrote prescriptions for at least one patient who he heard was selling the prescribed drugs, that he frequently refilled prescriptions early and replaced "lost" drugs.

Williams was sentenced to federal prison for a term of Life.

| | |
|---|---|
| Name: | **WILLIAMS, Michael L., MD** |
| City, State: | Palestine, TX |
| Date of Arrest: | 10/12/2006 |
| Date of Conviction: | 09/25/2008 |
| Judicial Status: | Pled Nolo Contendere |
| Conviction: | Unlawfully Obtaining a Controlled Substance (Dihydrocodeinone) by the Use of False/Forged Prescription |
| DEA Registration: | Surrendered 09/05/2007 |

**Remarks:**

Michael Williams, MD, age 40, of Palestine, TX, pled nolo contendere Unlawfully Obtaining a Controlled Substance (Dihydrocodeinone) by the Use of False/Forged Prescription.

According to court documents, Williams unlawfully, intentionally and knowingly obtained a controlled substance, Dihydrocodeinone, by presenting a prescription to legally licensed pharmacist in a fictitious name.

Williams was sentenced to two years confinement. The confinement was suspended and Williams was ordered to complete two years probation and perform 160 hours of community service.

| | |
|---|---|
| Name: | **WILLIAMS, Monique Bridget, MD** |
| City, State: | Los Angeles, CA |
| Date of Arrest: | 11/03/2008 |
| Date of Conviction: | 11/03/2008 |
| Judicial Status: | Guilty Plea |
| Conviction: | Unlawful distribution and dispensing of a Schedule II controlled substance |
| DEA Registration: | Surrendered 10/02/2008 |

**Remarks:**

According to the press release issued by the U.S. Attorney's Office in Los Angeles, Monique Bridget Williams, MD, age 42, of Los Angeles, CA, agreed to enter a plea of guilty in the Central District of California to a one-count information, admitting that she wrote prescriptions for OxyContin for people she did not examine and who did not need the powerful painkiller in exchange for cash.

According to the plea agreement, Williams intentionally issued prescriptions and dispensed controlled substances, primarily oxycodone, without conducting medical examinations and with no legitimate medical purpose.  Oxycodone, sold under the brand name OxyContin, is a prescription painkiller used to treat moderate to high levels of pain.  In the plea agreement, Williams admitted to selling prescriptions and the narcotics for as much as $25 per pill.

Williams was sentenced to 36 months incarceration, followed by three years supervised release.

| | |
|---|---|
| Name: | **WILLIAMS, Warren H., MD** |
| City, State: | Charlotte, NC |
| Date of Arrest: | 04/20/2005 |
| Date of Conviction: | 05/15/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Health care fraud; Illegal distribution of a controlled substance, and aiding and abetting same |
| DEA Registration: | Surrendered 10/12/2004 |

**Remarks:**

Warren Williams, MD, age 55, of Charlotte, NC, pled guilty to one count of health care fraud, and one count of illegal distribution of a controlled

substance and aiding and abetting same.

Williams participated in a scheme to defraud private insurance companies by regularly completing and submitting insurance billing forms reflecting charges for medical services not provided and for individuals who were not current patients.  Williams also distributed prescription drugs without a legitimate medical purpose and outside the scope of medical practice.

Williams was sentenced to one year and one day for each count to run concurrently, three years supervised release, and ordered to pay restitution in the amount of $59,885.64.

| | |
|---|---|
| Name: | **WILLS, Danny Ray, MD** |
| City, State: | Princeton, WV |
| Date of Arrest: | 08/27/2009 |
| Date of Conviction: | 01/05/2009 |
| Judicial Status: | Pled Guilty |
| Conviction: | Obtaining a Schedule III controlled substance by fraud |
| DEA Registration: | Surrendered 05/19/2009 |

**Remarks:**

Danny Ray Wills, MD, age 63, of Princeton, WV, pled guilty in U.S. District Court, Southern District of West Virginia, to one count of knowingly and intentionally obtaining possession of quantities of hydrocodone, a Schedule III controlled substance, by misrepresentation, fraud, deception, and subterfuge.

According to court documents, Wills was a Medical Doctor who was also the elected Sheriff of Mercer County, WV.  During his tenure as sheriff, Wills ordered and obtained a total of 4,500 units of hydrocodone, all delivered to the sheriff's office.  Wills admitted that he had dispensed hydrocodone to himself for about two years without maintaining any records.  Wills paid for the hydrocodone with money from the Mercer County concealed weapons permit fund.  Wills admitted that he had abused his position of trust as Sheriff of Mercer County and his special skills as a physician.

Wills was sentenced to federal prison for a term of 6 months followed by 1 year of supervised release.  He was ordered to pay a special assessment of $100 and restitution to the Mercer County Commission in the amount of $863.54.

| | |
|---|---|
| Name: | **WINKLER,  Heidi Ann, MD** |
| City, State: | Norwalk, CA |
| Date of Arrest: | 06/30/2006 |
| Date of Conviction: | 02/02/2007 |
| Judicial Status: | Pled Guilty |
| Conviction: | Issuing an illegal prescription |
| DEA Registration: | Active |

**Remarks:**

Heidi Ann Winkler, MD, age 54, of Norwalk, CA, pled guilty to prescribing narcotics without a legitimate purpose.

According to court documents, Winkler was over-prescribing controlled substances, primarily Vicodin, to individuals without a legitimate medical purpose.

Winkler was sentenced in Superior Court of California, County of Los Angeles, to one day in jail, three years probation, 120 hours of community service, and ordered to pay restitution in the amount of $18,204.11.

| Name: | **YASSINE, Bassam, MD** |
|---|---|
| City, State: | Glendora, CA |
| Date of Arrest: | 07/10/2007 |
| Date of Conviction: | 06/30/2008 |
| Judicial Status: | Pled Guilty |
| Conviction: | Unlawful distribution of controlled substances |
| DEA Registration: | Expired 05/31/2009 |

**Remarks:**

Bassam Yassine, MD, age 40, of Glendora, CA, pled guilty in U.S. District Court, Central District of California, to one count of Unlawful Distribution Controlled Substances.

According to court documents, Yassine knowingly, intentionally, and unlawfully distributed or dispensed, for a fee, 100 dosage units of Hydrocodone, a Schedule III Controlled Substance, without any legitimate medical purpose, with little or no medical examinations or tests, and outside the course of medical practice.

Yassine was sentenced to 37 months incarceration, followed by three years supervised release; and a fine $7,500.

| Name: | **YEZBICK, Alphonse, DO** |
|---|---|
| City, State: | West Bloomfield, MI |
| Date of Arrest: | 05/03/2005 |
| Date of Conviction: | 02/08/2006 |
| Judicial Status: | Pled Guilty |
| Conviction: | Unlawful practice of medicine; Delivery and manufacture of a controlled substance |
| DEA Registration: | Surrendered 09/25/2001 |

**Remarks:**

Alphonse Yezbick, DO, age 77, of West Bloomfield, MI, pled guilty in state court to unlawful practice of medicine and delivery and manufacture of a controlled substance.

Yezbick was sentenced to fourteen days imprisonment, followed by two years probation.

| Name: | **YUN, In Whan, MD** |
|---|---|
| City, State: | Wrens, GA |
| Date of Arrest: | 04/10/2007 |
| Date of Conviction: | 03/18/2008 |
| Judicial Status: | Guilty Plea |
| Conviction: | Unlawful dispensation of a controlled substance |
| DEA Registration: | Retired 03/27/2008 |

**Remarks:**

In Whan Yun, MD, age 69, of Wrens, GA, pled guilty in federal court to one count of unlawful dispensation of a controlled substance.

According to court documents, Yun knowingly, intentionally and unlawfully dispensed, by means of a written prescription, the Schedule III controlled substance hydrocodone outside the usual course of professional practice and without legitimate purpose relating to the practice of medicine.

Yun was sentenced to probation for a term of five (5) years and assessed fines of $5,100.  Yun was also ordered to forfeit $200,000 which constituted an approximation, or estimate, of monies improperly received by the doctor for illegal dispensations.