# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:07-cr-00231-CC
### USA v. Riggins
### Honorable Clarence Cooper

Minute Sheet for proceedings held In Open Court on 09/16/2010.

TIME COURT COMMENCED: 10:00 A.M.  COURT REPORTER: Amanda Lohnaas
TIME COURT CONCLUDED: 11:20 A.M.  CSO/DUSM: Arthur White
TIME IN COURT: 01:20  USPO: Scott Hudson
DEPUTY CLERK: Velma Shanks

| | |
|---|---|
| DEFENDANT(S): | [1]Erin Riggins Present at proceedings |
| ATTORNEY(S) PRESENT: | Randy Chartash representing USA<br>Craig Gillen representing Erin Riggins<br>** Lawrence Sommerfeld representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#1-[29]Motion for Downward Departure DENIED<br>DFT#1-[32]Motion for Downward Departure GRANTED<br>DFT#1-[35]Motion for Downward Departure DENIED |
| MINUTE TEXT: | Court granted Government's Motion for Downward Departure. Court denied Defendant's Motions for downward departure or variance. Defendant committed to the CBOP 27 Months. Special Assessment $100.00; No fine. Supervised Release 3 Years. (1)The defendant shall not possess a firearm as defined in 18 U.S.C. § 921 (2)Sub one drug urinalysis within 15 days (3) DNA testing (4) 100 Hrs Community Service (5) Make full and complete disclosure of finances (6) No new credit (7) Submit to search. It is ordered that all of the Defendant's right, title and interest in the property identified in the Consent Preliminary Order of Forfeiture dated September 15, 2010, which is hereby incorporated by reference, is forfeited. Court recommends that defendant's sentence be served in Montgomery AL. |